| Exhibit No. | Title | Description |
|---|---|---|
| **Exhibits AA1** | Exclusive Engagement Letters filed with the U.S. Copyright Office | Highlighted copy of one of the identical executed exclusive 7 Engagement Letters |
| **Exhibits A1-A7** | | Copies of each of the identical executed with each party exclusive 7 Engagement Letters |
| **Exhibit B** | Copyright Receipt for the Lien and Certificate of Recordation | On November 20, 2017, Pullman filed a Notice of Lien with the United States Copyright Office, recording its lien plus attorneys' fees, costs and interest for the EMI deal |
| **Exhibit C** | Copyright Receipt for the Amended Lien and Certificate of Recordation | On November 27, 2017, after Pullman learned the true amount of the purchase price paid by EMI, Pullman filed an Amended Notice of Lien with the United States Copyright Office, recording its lien, representing 10% of the purchase price EMI agreed to pay the Isley Brothers, plus liquidated damages, attorneys' fees, costs and interest |
| **Exhibit D** | Certificate of Recordation with the U.S. Copyright Office | On November 28, 2018, Pullman filed a Notice of Additional Lien with the United States Copyright Office, recording its lien plus attorneys' fees, costs and interest for the Reservoir deal |
| **Exhibit E** | Certificate of Recordation with the U.S. Copyright Office | Certificate of Recordation of a Security Agreement, dated as of July 20, 1999 and Confession of Judgment signed by the Isley Brothers |
| **Exhibit F** | Assignment Filed by Reservoir with the U.S. Copyright Office | September 7, 2018 – Copyright Assignment Agreement |
| **Exhibit G** | Certificates of Recordation Filed with the U.S. Copyright Office | Certificates of Recordation for the 7 exclusive executed Engagement Letters filed with the United States Copyright Office |