# EXHIBIT B



# Receipt
Copyright Office
Library of Congress
101 Independence Avenue SE
Washington DC 20559-6000



**No. 1-2RMYKF7**

**Date: 11/20/2017 15:09:28**

## Received

| | | |
|---|---|---|
| Form(s): | 2 DCS | |
| Deposit Count. | | |
| Piece to Count: | | |
| Type of Deposit: | | |
| Other Enclosures: | 1 COVER LETTER | |
| Title: | SHOUTI | |
| # Additional Titles: | | |
| Priority. | | |
| # of Documents: | 1 | |

## Services
- Search Report
- Search
- Retrieval
- Correspondence
- Inspection
- Photocopies
- Additional Certificate
- Certification
- Secure Test Exam

Other:

**Received From:** COMPUMARK
1925 BALLENGER AVENUE
4TH FLOOR
ALEXANDERIA VA 22314

**Phone:** (703) 740-3010

**Representing:** **Phone:** () -

**Correspondence Id:**

## Fees

| | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | | Check: | |
| Fee to be Determined: | | Money Order: | |
| Base Fee: | $175.00 | Deposit Account: | 61794 |
| Special Handling Fee: | $ | Deposit Account Name: | Compumark |
| Secure Test Exam Fee: | $ | | |
| Total due: | $175.00 | | |

**Total Payment:** $175.00

**Notes:**

**Received By: GVAS**

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt acknowledges delivery of the material to the Copyright Office on the date indicated. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt will be provided. If you are submitting multiple claims, only one title will appear on the receipt.




RECEIVED
Public Information Office
NOV 20 2017
COPYRIGHT OFFICE

Copyright Office Receipt No. 1 - 2 RM Y K F 7

November 20, 2017

Re: Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office
From: CompuMark

Contact Name: Donna M. Stockett        Contact Telephone: 703-740-3010

CompuMark
1925 Ballenger Avenue
4th Floor
Alexandria VA 22314

Submission Form – Document Cover Sheet

Service Requested: Regular

---

Number of Items – 1

---

SHOUT! (+11 OTHER TITLES) – Notice of Lien

---

CompuMark

DA 061794

Attached filing(s) submitted to the US Copyright Office by _____DmStockett_____
Donna M. Stockett

1

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.

**1** First party name given in the document: The Pullman Group, LLC
[IMPORTANT: Please read instructions for this and other spaces.]

**2** First title given in the document: SHOUT!

**3** Total number of titles in the document: 12

**4** Amount of fee calculated: $175

**5** Fee enclosed
☐ Check   ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account
Deposit account number: 061794
Deposit account name: CompuMark

**6** Completeness of document
☐ Document is complete by its own terms   ☑ Document is not complete. Record "as is."

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document  Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document. Executed on _____.
DATE

Signature _____

Duly authorized agent of _____

**8** Return to:
Name: David Pullman @ The Pullman Group, LLC.
Number/street: 8721 Santa Monica Boulevard   Apt/suite: 747
City: Los Angeles   State: CA   Zip: 90069
Phone number: 310-288-0558   Fax number: 310-288-0908
Email: dpullman@pullmanbonds.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559 6000
INCLUDE ALL THESE TOGETHER: (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.

DOCUMENT COVER SHEET   REV: 07/2006   PRINT: 07/2006—XX,000   Printed on recycled paper   U.S. Government Printing Office: 2006-310-XXX/60,XXX

# Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
www.copyright.gov, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____ Document _____

Volume _____ Document _____

Date of recordation  M _____ D _____ Y _____
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1** First party name given in the document: **The Pullman Group, LLC**
(IMPORTANT: Please read instruction for this and other spaces.)

**2** First title given in the document: **SHOUT!**

**3** Total number of titles in the document: **12**

**4** Amount of fee calculated: **$175**

**5** Fee enclosed
☐ Check  ☐ Money order
☑ Fee authorized to be charged to Copyright Office deposit account
Deposit account number **061794**
Deposit account name **CompuMark**

**6** Completeness of document
☐ Document is complete by its own terms   ☑ Document is not complete. Record "as is."

IMPORTANT NOTE: *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.*

**7** Certification of Photocopied Document
Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: *This space may not be used for documents that require an official certification.*

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document. Executed on _____.
DATE

Signature _____

Duly authorized agent of _____

**8** Return to:
Name **David Pullman @ The Pullman Group, LLC.**
Number/street **8721 Santa Monica Boulevard**  Apt/suite **747**
City **Los Angeles**  State **CA**  Zip **90069**
Phone number **310-288-0558**  Fax number **310-288-0908**
Email **dpullman@pullmanbonds.com**

SEND TO: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
INCLUDE ALL THESE TOGETHER: *(1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to Register of Copyrights; and (3) your document.*

DOCUMENT COVER SHEET   REV: 07/2006   PRINT: 07/2006—XX,000   Printed on recycled paper    U.S. Government Printing Office: 2006-310-XXX/60,XXX

## Notice of Lien

Notice is hereby given that The Pullman Group®, LLC, pursuant to the Letter Agreement dated July 20, 1999, between The Pullman Group®, LLC and the Isley brothers, Ronald Isley, Rudolph Isley, and the O'Kelly Isley, Jr. Estate and their related entities, including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC, has a lien in the amount of $2,250,000, plus such additional attorneys' fees and costs and interest as may accrue, against any and all interest of the Isley brothers, Ronald Isley, Rudolph Isley, and the O'Kelly Isley, Jr. Estate and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC in all compositions, songs, and works of any kind worldwide owned and/or written and/or recorded and/or produced and/or performed in whole or in part by Ronald Isley and/or Rudolph Isley and/or O'Kelly Isley, Jr. and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC including, but not limited to the compositions listed in Exhibit "A" attached hereto and incorporated by this reference.

The Pullman Group®, LLC

By: _David Pullman_
David Pullman
Founder, Chairman and CEO
The Pullman Group, LLC

**EXHIBIT "A"**

Written in whole or in part and/or recorded and/or produced and/or performed in whole or in part and/or owned in whole or part by the Isley brothers, Ronald Isley, and/or Rudolph Isley, and/or O'Kelly Isley, Jr. and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC

Compositions:
1. Shout!
2. Twist & Shout
3. This Old Heart of Mine
4. That Lady aka Who's That Lady
5. Love is a Wonderful Thing
6. This Old Heart of Mine (Is Weak for You)
7. It's Your Thing
8. Pop That Thang
9. Fight the Power – Part 1
10. Between the Sheets
11. For the Love of You Part 1&2