# EXHIBIT D

## Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

November 28, 2018
---
Date Of Recordation

| 9958 | 508 |
|---|---|
| Volume | Doc. No. |

The Pullman Group, LLC
Attn: David Pullman
8721 Santa Monica Blvd   Suite 747
Los Angeles, CA 90069

**Form DCS** (Document Cover Sheet)
For Recordation of Documents under 17 U.S.C. §205
UNITED STATES COPYRIGHT OFFICE

Electronic Title List Enclosed ☐
Declaration of Ownership in a Musical Work (DOMW) ☐
*If DOMW is checked, an electronic title list must be enclosed and "Electronic Title List Enclosed" must also be checked.*

Privacy Act Notice: Sections 205 and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

DO NOT WRITE IN THIS BOX
Volume __9958__    Document __508__
SR# __1-7183156747__    NOV 28 2018
Date of recordation M ___ D ___ Y ___
(ASSIGNED BY THE COPYRIGHT OFFICE)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

Send to: Library of Congress, Copyright Office–DOC, LM 433, 101 Independence Avenue SE, Washington, DC 20559-6000
If submitting a DOMW, send to: Copyright Office–DOMW, P.O. Box 71537, Washington, DC 20024-1537

To the Register of Copyrights: *Please record the accompanying document.*

IMPORTANT: *Please read all instructions for completing this form. If you have enclosed an electronic title list or if your document is a Declaration of Ownership in a Musical Work (DOMW), check the appropriate box(es) on the top of this page.*

**1** Title of first work provided in document — It's Your Thing

**2** Total number of titles in document — 12

**3** Page number(s) in document where titles information can be located — 

**4** Amount of fee calculated — $ 175    *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**5** Fee enclosed
☐ Check   ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number __CompuMark__
Deposit account name __061794__

**6** Return receipt requested
☐ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**7** Redacted document
☐ Check if document is redacted
☐ Check if a written justification for redacted material not enumerated in 37 C.F.R. § 201.4(d)(4)(i) is enclosed

**8** English translation
☐ Check if an English translation of non-English material is enclosed

LC COPYRIGHT
0 049 814 639 9

FORM DCS

**9 Document type**
*(Check the one that best describes the document.)*

☐ Assignment ☐ Exclusive License ☐ Non-Exclusive License
☐ Change of Address ☐ Mortgage or Security Agreement
☐ Affidavit/Declaration/Certification ☐ Court Order ☐ Will
☐ Change of Name *(e.g., via merger agreement, amendment to articles of incorporation)*
☒ Other __Notice of Additional Lien__

**10 Document's Date of Execution**

N/A

**11 Party Information**

*(Provide the names of all parties to the document and the nature of their respective relationships to the document, including which party, if any, is the current copyright owner of the works to which the document pertains. A mailing address must also be provided if submitting a DOMW and may be voluntarily provided for all other documents. If more space is needed, attach an additional sheet.)*

Name: The Pullman Group, LLC
Relationship: Lienholder
Number/Street: 8721 Santa Monica Blvd   Apt/Suite: 747
City: Los Angeles   State: CA   Zip: 90069

Name: ___
Relationship: ___
Number/Street: ___   Apt/Suite: ___
City: ___   State: ___   Zip: ___

☐ List continued on an attached additional sheet

**12 Remitter Information and Certifications**

*(You, the individual actually submitting this form and the attached document to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the document is successfully recorded.)*

I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying document, and any other enclosed materials to the U.S. Copyright Office for recordation, and all information I have submitted is true, accurate, and complete to the best of my knowledge.

I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.

Signature: *[signed] David Pullman*   Date: 11/27/18

Name: David Pullman
Title/Organization: President, The Pullman Group, LLC
Number/Street: 8721 Santa Monica Blvd   Apt/Suite: 747
City: Los Angeles   State: CA   Zip: 90069
Phone number: 310 288 0558   Fax number: 310 288 0908
Email: dpullman@pullmanbonds.com

If you are not a party to the document, describe your relationship to the document or the original parties to the document *(e.g., duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).*

_____
_____
_____

**13 Document Certifications**

*(These certifications can be made either by the remitter identified on the previous page or another individual.)*

[X] Original document enclosed    [ ] Official certification enclosed

*I certify under penalty of perjury under the laws of the United States of America that the following is true and correct: (Check the box next to each certification being made. The first is always required. The second is required if an original document or official certification is not enclosed. If a different individual is making each one, complete and attach an additional copy of this page.)*

[X] *The accompanying document being submitted to the U.S. Copyright Office for recordation satisfies, to the best of my knowledge, the signature, completeness, legibility, and, if redacted, redaction requirements for recordation as specified in 37 C.F.R. § 201.4.*

[ ] *The accompanying document being submitted to the U.S. Copyright Office for recordation is, to the best of my knowledge, a true and correct copy of the original, signed document.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _David Pullman_    Date 11/27/18

**Certifier Information**

*(This information is only required if an individual other than the remitter identified on the previous page is making the above certifications.)*

Name David Pullman

Title/Organization President, The Pullman Group, LLC

If the certifier is not a party to the document, describe the certifier's relationship to the document or the original parties to the document (e.g., duly authorized agent of a party, successor-in-interest to a party, duly authorized agent of a successor-in-interest to a party).

_____
_____
_____

## Notice of Additional Lien

Notice is hereby given that The Pullman Group®, LLC, pursuant to the Letter Agreement dated July 20, 1999, between The Pullman Group®, LLC and the Isley brothers, Ronald Isley, Rudolph Isley, and the O'Kelly Isley, Jr. Estate and their related entities, including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors, heirs, and/or assigns including but not limited to Isley Brothers, LLC, has a new additional lien in addition to and separate from any and all other previous liens filed against any and all of the parties and the subject matter described and listed below in the amount of $2,651,125, plus such additional attorneys' fees and costs and interest as may accrue, against any and all interest of the Isley brothers, Ronald Isley, Rudolph Isley, and the O'Kelly Isley, Jr. Estate and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC in all compositions, songs, and works of any kind worldwide owned and/or written and/or recorded and/or produced and/or performed in whole or in part by Ronald Isley and/or Rudolph Isley and/or O'Kelly Isley, Jr. and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC including, but not limited to the compositions listed in Exhibit "A" attached hereto and incorporated by this reference.

The Pullman Group®, LLC

By: *David Pullman* (signature)

David Pullman
Founder, Chairman and CEO
The Pullman Group, LLC

# EXHIBIT "A"

Written in whole or in part and/or recorded and/or produced and/or performed in whole or in part and/or owned in whole or part by the Isley brothers, Ronald Isley, and/or Rudolph Isley, and/or O'Kelly Isley, Jr. and/or O'Kelly Isley, Jr. Estate and their related entities including but not limited to Three Boys's Corporation, Bovina Music, Inc., T-Neck Records, Inc., Triple Three Music, Inc. and any successors and/or assigns including but not limited to Isley Brothers, LLC, heirs.

Compositions:
1. It's Your Thing
2. Shout!
3. Twist & Shout
4. This Old Heart of Mine
5. That Lady aka Who's That Lady
6. Love is a Wonderful Thing
7. This Old Heart of Mine (Is Weak for You)
8. Pop That Thang
9. Fight the Power – Part 1
10. Between the Sheets
11. For the Love of You Part 1&2