# EXHIBIT E

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**12Jan00**

| VOLUME | PAGE |
|--------|------|
| **3446** | **744** |

| VOLUME | PAGE |
|--------|------|
| **3446** | **747** |



OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Certificate of Recordation
C-762 March 1989  30,000

**Fees are effective through June 30, 2002.**
**After that date, check the Copyright Of-**
**fice Website at www.loc.gov/copyright or**
**call (202) 707-3000 for current fee infor-**
**ma**

RECEIVED

107935136

JAN 18 2000

DOCUMENT SECTION

## DOCUMENT COVER SHEET ②
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

JAN. 1 2000
Month        Day        Year

Volume _3446_    Page _744_

Volume _3446_    Page _747_

FUNDS RECEIVED

Do not write above this line.

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

   The Pullman Group, LLC

   T-Neck Records, Inc.

   Triple Three Music

Date of execution and/or effective date of the accompanying document      July 20, 1999
                                                                          (month)  (day)  (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☒ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works

☐ Other _____

**5** Title of first work as given in the document      1 Player

   (See Schedule II)

**6** Total number of titles in document      193

**7** Amount of fee calculated
$ _350.00_ C

**8** Fee enclosed
☐ Check
☐ Money Order

☒ Fee authorized to be charged to:
Copyright Office
Deposit Account number      DA085332

Account name      McDermott, Will & Emery

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature _____

Date  January 12, 2000

(202) 756-8373          (202) 756-8087
Phone Number              Fax Number

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
   I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____

Duly Authorized Agent of _____

Date _____

Recordation will be mailed in window envelope to this address:

Name ▼      Willem F. Gadiano, Esq.

Number/Street/Apt ▼      McDermott, Will & Emery, 600 13th Street, N.

City/State/ZIP ▼      Washington, D.C.   20005

• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL ELEMENTS TOGETHER
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S E
Washington, D C. 20559-6000

The recordation fee for the Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999—20,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER

☆U.S.GOVERNMENT PRINTING OFFICE:1999-454-879/

# DOCUMENT INDEX

This document is more than 25 pages in length.   To
facilitate the preparation of the computer image as well as
the retrieval of specific titles, the document has been
segmented into multiple document image records.   Each
document image record has its own document number in
the format VnnnnDnnn and is separately cataloged in the
Copyright Office History of Documents file, COHD.   Each
document image record contains 25 pages or less of the
document.   Each starts with a copy of this Document
Index, which lists all of the document image records and
their respective document numbers, so that the reader may
have a sense of the entire document.

The following is a list of the document image records into which
this document has been segmented.   You may retrieve any other
segment of the document by using the FIND button and the
specific segment of interest.

| SEGMENT DOCUMENT NUMBERS | RANGE OF PAGES OF THE DOCUMENT |
|---|---|
| 3446   0 744 | 1 – 25 |
| 3446   0 745 | 26 – 50 |
| 3446   0 746 | 51 – 75 |
| 3446   0 747 | 76 – 98 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |



V3446 D744

[EXECUTION COPY]

## SECURITY AGREEMENT

**SECURITY AGREEMENT**, dated as of July 20, 1999 (as amended, supplemented, restated or otherwise modified from time to time, this "*Agreement*"), made by **T-NECK RECORDS, INC.**, a New York corporation ("*T-Neck*"), **TRIPLE THREE MUSIC, INC.**, a New York corporation ("*Triple Three*"), **YELSI GROUP, INC.**, a Delaware corporation ("*Yelsi*"), **THREE BOYS' MUSIC, INC.**, a New York corporation ("*Three Boys*"), **BOVINA MUSIC, INC.**, a New York corporation ("*Bovina*"), Rudolph Isley, Ronald Isley, and The O'Kelly Isley Estate (together, the "*Isleys*", and together with T-Neck, Triple Three, Yelsi, Three Boys, and Bovina being referred to herein, collectively, as the "*Grantors*" and each individually as a "*Grantor*"), in favor of **THE PULLMAN GROUP, LLC**, a Delaware limited liability company (the "*Secured Party*").

### W I T N E S S E T H:

**WHEREAS**, pursuant to certain engagement letters, each dated July 20, 1999, between each of the Grantors and the Secured Party (each such engagement letter, together with all amendments, supplements, restatements and other modifications, if any, from time to time thereafter made thereto, the "*Subject Agreement*", and collectively, the "*Subject Agreements*"), the parties thereto agreed that the Secured Party would perform certain specified services to each Grantor, and each Grantor would have certain obligations to the Secured Party, including the payment of compensation for the Secured Party's performance of such services;

**WHEREAS**, pursuant to Section 5(c)(iv) of the respective Subject Agreements, each Grantor is required to execute and deliver this Agreement; and

**WHEREAS**, each Grantor has duly authorized the execution, delivery and performance of this Agreement;

**NOW THEREFORE**, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and in order to induce the Secured Party to perform the services specified in each Subject Agreement, each Grantor agrees, for the benefit of the Secured Party, as follows:

### ARTICLE I

### DEFINITIONS

**SECTION 1.1.  Certain Terms**.  The following terms (whether or not underscored) when used in this Agreement, including its preamble and recitals, shall have the following meanings (such definitions to be equally applicable to the singular and plural forms thereof):

"*Assigned Agreements*" is defined in clause (b) of Section 2.1.

NYK 609317-2.053322.0011

"*Collateral*" is defined in Section 2.1.

"*Copyright Collateral*" means all copyrights of each Grantor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of such Grantor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

"*Deal Documents*" means this Agreement, the Subject Agreements, and each other document or agreement entered into in connection herewith or therewith.

"*Lien*" means any lien, pledge, mortgage, security interest or other encumbrance (including the lien or retained security title of a conditional vendor on or with respect to, or any preferential arrangement having the practical effect of constituting a security interest with respect to the payment of any obligation with, or the proceeds of, any asset or revenue of any kind).

"*Grantor*" and "*Grantors*" are defined in the preamble.

"*Obligations*" means all obligations (monetary or otherwise) of the Grantors arising under or in connection with the Subject Agreements and each other Deal Document, including principal, interest (including post-default interest and interest accruing after the commencement of any bankruptcy, insolvency or similar proceeding, whether or not a claim for post-filing or post-petition interest is allowed in any such proceeding), reimbursement obligations, fees, indemnities, costs and expenses (including the fees and disbursements of counsel to the Secured Party required to be paid by the Grantors) that are owing under the Subject Agreements and the other Deal Documents, in each case whether now existing or hereafter incurred, direct or indirect, absolute or contingent, and due or to become due.

"*Person*" means and includes (i) an individual, (ii) a legal entity, and (iii) a government or any department or agency thereof.

"*Secured Obligations*" is defined in Section 2.2.

"*Secured Party*" is defined in the preamble.

"*Subject Agreement*" is defined in the first recital.

"*U.C.C.*" means the Uniform Commercial Code as from time to time in effect in the State of New York or, with respect to any Collateral located in any state or jurisdiction other than the State of New York, the Uniform Commercial Code as from time to time in effect in such state or jurisdiction.

"*Vessel*" is defined in clause (c) of Section 2.1.

**SECTION 1.2.  Subject Agreement Definitions**.  Unless otherwise defined herein or the context otherwise requires, terms used in this Agreement, including its preamble and recitals, have the meanings provided in the Subject Agreements.  In addition, as used herein, the words "include", "includes", and "including" shall be deemed to be followed by the phrase "without limitation".

**SECTION 1.3.  U.C.C. Definitions**.  Unless otherwise defined herein or the context otherwise requires, terms for which meanings are provided in the U.C.C. are used in this Agreement, including its preamble and recitals, with such meanings.

# ARTICLE II

# SECURITY INTEREST

**SECTION 2.1.  Grant of Security**.  Each Grantor hereby assigns and pledges to the Secured Party, and hereby grants to the Secured Party a security interest in, all of its right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

(a)     all Copyright Collateral and other general intangibles of such Grantor;

(b)     all of such Grantor's right, title and interest in and to the agreements specified in Schedule III attached hereto, as such agreements may be amended, supplemented, restated, replaced or otherwise modified from time to time (collectively, the "*Assigned Agreements*"), including (i) all rights of such Grantor to receive moneys due and to become due under or pursuant to the Assigned Agreements, (ii) all rights of such Grantor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Assigned Agreements, (iii) all claims of such Grantor for damages arising out of or for breach of or default under the Assigned Agreements and (iv) the right of such Grantor to terminate the Assigned Agreements, to perform thereunder and to compel performance and otherwise exercise all remedies thereunder;

(c)     the vessel owned by Yelsi, wherever located, and including all machinery, components, parts and accessories installed thereon or affixed thereto, together with all accessions, additions, attachments, improvements, substitutions and replacements thereto and therefor, as identified on Schedule IV attached hereto (the "*Vessel*");

(d)     the judgment identified on Schedule V and all rights of such Grantor with respect thereto;

(e)     all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Section 2.1; and

NYK 609317-2 053322 0011

(f)   all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above, proceeds deposited from time to time in the Collateral Account of such Grantor, and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

Notwithstanding the foregoing provisions of this Section 2.1, such grant of security interest shall not extend to, and the term "Collateral" shall not include, any Assigned Agreement to the extent that (A) such Assigned Agreement is not assignable or capable of being encumbered as a matter of law or under the terms thereof (but solely to the extent that any such restriction shall be enforceable under applicable law), without the consent of any party thereto (other than a Grantor) and (B) such consent has not been obtained; provided, however, that the foregoing grant of a security interest shall extend to, and the term "Collateral" shall include, (1) any and all proceeds of such Assigned Agreement to the extent that the assignment or encumbering of such proceeds is not so restricted and (2) upon any such consent of such party with respect to such otherwise excluded Assigned Agreement, thereafter such Assigned Agreement as well as any and all proceeds thereof that might theretofore have been excluded from such grant of a security interest and the term "Collateral".

SECTION 2.2.   Security for Obligations.  This Agreement secures the prompt payment in full of all Obligations, including all amounts payable by the Grantors under or in connection with the Subject Agreements, this Agreement, and each other Deal Document, whether for principal, interest, costs, fees, expenses, indemnities or otherwise and whether now or hereafter existing (all of such obligations being the "*Secured Obligations*").

SECTION 2.3.   Continuing Security Interest; Transfer of Notes.  This Agreement shall create a continuing security interest in the Collateral and shall

(a)   remain in full force and effect until payment in full in cash of all Secured Obligations and the termination of the Subject Agreements;

(b)   be binding upon each Grantor, its successors, transferees and assigns; and

(c)   inure, together with the rights and remedies hereunder, to the benefit of the Secured Party and its successors, transferees and assigns.

Without limiting the generality of the foregoing clause (c), the Secured Party may assign or otherwise transfer (in whole or in part) any rights held by it to any other Person, and such other Person shall thereupon become vested with all the rights and benefits in respect thereof granted to the Secured Party under any Deal Document (including this Agreement) or otherwise, subject, however, to any contrary provisions in such assignment or transfer.  Upon the indefeasible payment in full in cash of all Secured Obligations and the termination of the Subject Agreements, the security interest granted herein shall terminate and all rights to the Collateral

4

shall revert to the Grantors.  Upon any such termination or release, the Secured Party will, at each Grantor's sole expense, execute and deliver to such Grantor such documents as such Grantor shall reasonably request to evidence such termination.

**SECTION 2.4.  <u>Grantors Remains Liable</u>.** Anything herein to the contrary notwithstanding:

(a)     each Grantor shall remain liable under the contracts and agreements included in the Collateral (including the Assigned Agreements) to the extent set forth therein, and shall perform all of its duties and obligations under such contracts and agreements to the same extent as if this Agreement had not been executed;

(b)     each Grantor will comply in all material respects with all laws, rules and regulations relating to the ownership and operation of the Vessel and the other Collateral, including, without limitation, all registration requirements under applicable laws, and shall pay when due all taxes, fees and assessments imposed on or with respect to the Vessel and other Collateral, except to the extent the validity thereof is being contested in good faith by appropriate proceedings for which adequate reserves in accordance with GAAP have been set aside by such Grantor;

(c)     the exercise by the Secured Party of any of its rights hereunder shall not release any Grantor from any of its duties or obligations under any such contracts or agreements included in the Collateral; and

(d)     the Secured Party shall not have any obligation or liability under any such contracts or agreements included in the Collateral by reason of this Agreement, nor shall the Secured Party be obligated to perform any of the obligations or duties of any Grantor thereunder or to take any action to collect or enforce any claim for payment assigned hereunder.

**SECTION 2.5.  <u>Security Interest Absolute</u>.** All rights of the Secured Party and the security interests granted to the Secured Party hereunder, and all obligations of each Grantor hereunder, shall be absolute and unconditional, irrespective of

(a)     any lack of validity or enforceability of the Subject Agreements or any other Deal Document;

(b)     the failure of the Secured Party:

(i)     to assert any claim or demand or to enforce any right or remedy against any Grantor or any other Person under the provisions of the Subject Agreements, any other Deal Document or otherwise; or

(ii)     to exercise any right or remedy against any other guarantor of, or collateral securing, any Secured Obligation;

5

(c)    any change in the time, manner or place of payment of, or in any other term of, all or any of the Secured Obligations or any other extension, compromise or renewal of any Secured Obligation, including any increase in the Secured Obligations;

(d)    any reduction, limitation, impairment or termination of any Secured Obligation for any reason, including any claim of waiver, release, surrender, alteration or compromise, and shall not be subject to (and each Grantor hereby waives any right to or claim of) any defense or setoff, counterclaim, recoupment or termination whatsoever by reason of the invalidity, illegality, nongenuineness, irregularity, compromise, unenforceability of, or any other event or occurrence affecting, any Secured Obligation or otherwise;

(e)    any amendment to, rescission, waiver, or other modification of, or any consent to departure from, any of the terms of the Subject Agreements or any other Deal Document;

(f)    any addition, exchange, release, surrender or non-perfection of any collateral (including the Collateral), or any amendment to or waiver or release of or addition to or consent to departure from any guaranty, for any of the Secured Obligations; or

(g)    any other circumstances which might otherwise constitute a defense available to, or a legal or equitable discharge of, any Grantor or otherwise.

**SECTION 2.6.  Waiver of Subrogation**.  Each Grantor hereby irrevocably waives to the extent permitted by applicable law any claim or other rights which it may now or hereafter acquire against any other Grantor that arises from the existence, payment, performance or enforcement of such Grantor's obligations under this Agreement, including any right of subrogation, reimbursement, exoneration, or indemnification, any right to participate in any claim or remedy against any other Grantor or any collateral which the Secured Party now has or hereafter acquires, whether or not such claim, remedy or right arises in equity, or under contract, statute or common law, including the right to take or receive from any other Grantor, directly or indirectly, in cash or other property or by set-off or in any manner, payment or security on account of such claim or other rights.  If any amount shall be paid to any Grantor in violation of the preceding sentence, such amount shall be deemed to have been paid to the Secured Party, and shall forthwith be paid to the Secured Party to be credited and applied upon the Secured Obligations, whether matured or unmatured.  Each Grantor acknowledges that it will receive direct and indirect benefits for the arrangements contemplated by the Subject Agreements and that the waiver set forth in this Section is knowingly made in contemplation of such benefits.

6

## ARTICLE III

## REPRESENTATIONS AND WARRANTIES

**SECTION 3.1.  Representations and Warranties**. Each Grantor represents and warrants unto the Secured Party as set forth in this Article.

**SECTION 3.1.1  Location of Collateral, etc**.  The principal place of business and chief executive office of such Grantor and the office where such Grantor keeps its records concerning the Collateral, and the original copies of each Assigned Agreement are located at the places specified in Item A of Schedule I hereto.  Except as set forth in Item B of Schedule I hereto such Grantor has no trade names and during the 12-month period preceding the date hereof such Grantor has not been known by any legal name different from the one set forth on the signature page hereto, nor has such Grantor been the subject of any merger or other corporate reorganization.  The Vessel identified on Schedule IV hereto is registered in the places specified therein.

**SECTION 3.1.2  Ownership, No Liens, etc**.  Such Grantor owns its portion of the Collateral free and clear of any Lien, except for the security interest created by this Agreement and except as specified in Item C of Schedule I hereto.  No effective financing statement or other instrument similar in effect covering all or any part of the Collateral is on file in any recording office, except (a) such as may have been filed in favor of the Secured Party relating to this Agreement and (b) financing statements in respect of Liens specified in Item C of Schedule I hereto, forms of which are attached hereto as Exhibit A.  Yelsi is the duly registered owner of the Vessel and has furnished to the Secured Party true, genuine original certificates of ownership with respect to the Vessel.

**SECTION 3.1.3  Assigned Agreements**.  Such Grantor has, contemporaneously herewith, delivered to the Secured Party true, correct and complete copies of each Assigned Agreement. The Assigned Agreements of such Grantor have been duly authorized, executed and delivered by such Grantor, are in full force and effect and are binding upon and enforceable against such Grantor in accordance with their terms.  To the knowledge of such Grantor, there exists no default under any Assigned Agreement by any party thereto.

**SECTION 3.1.4  Copyright Collateral**.  With respect to the Copyright Collateral that is material to any Grantor:

(a)     such Copyright Collateral is subsisting and has not been adjudged invalid or unenforceable, in whole or in part, and is valid and enforceable;

(b)     such Grantor has made all necessary filings and recordations to protect its interest in such Copyright Collateral, including recordations of all of its interests in the United States Copyright Office and in corresponding offices throughout the world;

7

(c)      in the case of any such Copyright Collateral that is owned by such Grantor, such Grantor is the exclusive owner of the entire and unencumbered right, title and interest in and to such Copyright Collateral and no claim has been made that the use of such Copyright Collateral does or may violate the asserted rights of any third party;

(d)      in the case of any such Copyright Collateral that is licensed by such Grantor, such Grantor is in compliance with all the material terms of such license; and

(e)      the Grantor has performed and will continue to perform all acts and has paid and will continue to pay all required fees and taxes to maintain each and every item of such Copyright Collateral in full force and effect throughout the world, as applicable.

Such Grantor owns directly or is entitled to use by license or otherwise, all copyrights and other rights with respect to any of the foregoing used by or useful to such Grantor.

**SECTION 3.1.5  Validity, etc**. This Agreement creates a valid security interest in the Collateral, subject to no other Liens other than as identified in Item C of Schedule I hereto, securing the payment of the Secured Obligations, and all filings and other actions necessary or desirable to perfect and protect such security interest have been duly taken (or, in the case of the filings referred to in Section 3.1.6, have been delivered to the Secured Party).

**SECTION 3.1.6  Authorization, Approval, etc**. No authorization, approval or other action by, and no notice to or filing with, any governmental authority (other than the filing of financing statements in the form of Exhibit A hereto in the U.C.C. filing offices of each jurisdiction referred to in Schedule I hereto and the filing of this Agreement with the United States Copyright Office) is required either:

(a)      for the grant by such Grantor of the security interest granted hereby or for the execution, delivery and performance of this Agreement by such Grantor; or

(b)      for the perfection of or the exercise by the Secured Party of its rights and remedies hereunder.

**SECTION 3.1.7  Due Execution, Validity, Etc**. Such Grantor has full power and authority, and holds all requisite governmental licenses, permits and other approvals, to enter into and perform its obligations under this Agreement. The execution, delivery and performance by such Grantor of this Agreement does not contravene or result in a default under such Grantor's articles of incorporation or by-laws (or comparable organizational documents) or contravene or result in a default under any contractual restriction, Lien or governmental regulation or court decree or order binding on such Grantor. This Agreement has been duly executed and delivered on behalf of each Grantor and constitutes the legal, valid and binding obligation of each Grantor enforceable in accordance with its terms, subject to the effect of any applicable

8

bankruptcy, insolvency, reorganization, moratorium or similar law affecting creditor's right generally, and subject to the effect of general principles of equity (regardless of whether considered in a proceeding in equity or at law). In addition, each representation and warranty of each Grantor contained in each Deal Document to which it is a party is true and correct (unless such representation and warranty is stated to relate solely to an earlier date, in which case such representation and warranty is true and correct as of such earlier date).

# ARTICLE IV

# COVENANTS

**SECTION 4.1.  Certain Covenants**. Each Grantor covenants and agrees that, so long as any portion of the Secured Obligations shall remain unpaid or the Secured Party shall have any outstanding Commitment, such Grantor will, unless the Secured Party shall otherwise consent in writing, perform the obligations set forth in this Section.

## SECTION 4.1.1  As to Collateral.

(a)  Until such time as the Secured Party shall notify the Grantors of the revocation of such power and authority after the occurrence and continuation of any breach pursuant to Section 8 of any Subject Agreement, each Grantor (i) will, at its own expense, endeavor to collect, as and when due, all amounts due with respect to any of the Collateral, including the taking of such action with respect to such collection as the Secured Party may reasonably request or, in the absence of such request, as each Grantor may deem advisable, and (ii) may grant, in the ordinary course of business, to any party obligated on any of the Collateral, any rebate, refund or allowance to which such party may be lawfully entitled. The Secured Party, however, may, at any time after the occurrence and during the continuance of any breach pursuant to Section 8 of any Subject Agreement, whether before or after any revocation of such power and authority or the maturity of any of the Secured Obligations, notify any parties obligated on any of the Collateral to make payment to the Secured Party of any amounts due or to become due thereunder and enforce collection of any of the Collateral by suit or otherwise and surrender, release, or exchange all or any part thereof, or compromise or extend or renew for any period (whether or not longer than the original period) any indebtedness thereunder or evidenced thereby. Upon request of the Secured Party after the occurrence and during the continuance of any breach pursuant to Section 8 of any Subject Agreement, each Grantor will, at its own expense, notify any parties obligated on any of the Collateral to make payment to the Secured Party of any amounts due or to become due thereunder.

(b)  The Secured Party is authorized to endorse, in the name of each Grantor, any item, howsoever received by the Secured Party, representing any payment on or other proceeds of any of the Collateral.

9

**SECTION 4.1.2   As to Copyright Collateral.**

(a)     No Grantor shall, unless such Grantor shall either reasonably and in good faith determine (and notice of such determination shall have been delivered to the Secured Party) that any of the Copyright Collateral is of negligible economic value to such Grantor, or have a valid business purpose to do otherwise, do or permit any act or knowingly omit to do any act whereby any of the Copyright Collateral may lapse or become invalid or unenforceable or placed in the public domain except upon expiration of the end of an unrenewable term of a registration thereof.

(b)     Each Grantor shall notify the Secured Party immediately if it knows that any application or registration relating to any material item of the Copyright Collateral may become abandoned or dedicated to the public or placed in the public domain or invalid or unenforceable, or of any adverse determination or development (including the institution of, or any such determination or development in, any proceeding in the United States Copyright Office or any foreign counterpart thereof or any court) regarding such Grantor's ownership of any of the Copyright Collateral, its right to register the same or to keep and maintain and enforce the same.

(c)     In no event shall any Grantor or any of its agents, employees, designees or licensees file an application for the registration of any Copyright Collateral with the United States Copyright Office or any similar office or agency in any other country or any political subdivision thereof, unless it promptly informs the Secured Party and, upon request of the Secured Party, executes and delivers any and all agreements, instruments, documents and papers as the Secured Party may reasonably request to evidence the Secured Party's security interest in such Copyright Collateral and the goodwill and general intangibles of such Grantor relating thereto or represented thereby.

(d)     Each Grantor shall take all necessary steps, including in any proceeding before the United States Copyright Office or any similar office or agency in any other country or any political subdivision thereof, to maintain and pursue any application (and to obtain the relevant registration) filed with respect to, and to maintain any registration of, the Copyright Collateral, including the filing of applications for renewal, affidavits of use, affidavits of incontestability and opposition, interference and cancellation proceedings and the payment of fees and taxes (except to the extent that dedication, abandonment or invalidation is permitted under the foregoing clause (a).

**SECTION 4.1.3   Insurance.** Each Grantor will maintain or cause to be maintained insurance as is reasonably necessary on all of the Collateral in full replacement value thereof. All proceeds of insurance maintained by each Grantor so covering the Collateral shall be retained by the Secured Party for application to the payment in full of the Secured Obligations. Each Grantor irrevocably makes, constitutes and appoints the Secured Party (and all officers, employees or agents designated by the

10

Secured Party) as such Grantor's true and lawful agent (and attorney-in-fact) for the purpose of making, settling and adjusting claims in respect of Collateral under policies of insurance, endorsing the name of such Grantor on any check, draft, instrument or other item of payment for the proceeds of such policies of insurance and for making all determinations and decisions with respect thereto.  In the event that any Grantor at any time or times shall fail to obtain or maintain any of the policies of insurance required by this Section 4.1.3 or to pay any premium in whole or part relating thereto, the Secured Party may, without waiving or releasing any obligation or liability of the Grantors under any Deal Document, in its sole discretion, obtain and maintain such policies of insurance and pay such premium and take any other actions with respect thereto as the Secured Party deems advisable.  All sums disbursed by the Secured Party in connection with this Section 4.1.3, including reasonable attorneys' fees, court costs, expenses and other charges relating thereto, shall be payable, upon demand, by the Grantors to the Secured Party and shall be additional Secured Obligations secured hereby.

SECTION 4.1.4   Transfers and Other Liens.  No Grantor shall:

(a)     sell, assign (by operation of law or otherwise) or otherwise dispose of any of the Collateral; or

(b)     (b)     create or suffer to exist any Lien upon or with respect to any of the Collateral, except for the security interest created by this Agreement and those Liens identified in Item C of Schedule I hereto.

SECTION 4.1.5   As to the Assigned Agreements.

(a)     Each Grantor shall at its expense:

(i)     perform and observe in all material respects all the terms and provisions of the Assigned Agreements to be performed or observed by it, maintain the Assigned Agreements in full force and effect, enforce the Assigned Agreements in accordance with their terms and take all such action to such end as may be from time to time reasonably requested by the Secured Party; and

(ii)     furnish to the Secured Party promptly upon receipt thereof copies of all notices, requests and other documents received by such Grantor under or pursuant to the Assigned Agreements, and from time to time furnish to the Secured Party such information and reports regarding the Assigned Agreements as the Secured Party may reasonably request.

(b)     No Grantor shall, without the prior written consent of the Secured Party:

(i)     cancel or terminate any Assigned Agreement or consent to or accept any cancellation or termination thereof;

11

(ii)    amend or otherwise modify any Assigned Agreement or give any consent, waiver or approval thereunder;

(iii)    waive any default under or breach of any Assigned Agreement; or

(iv)    take any other action in connection with any Assigned Agreement that would impair in any material respect the value of the interest or rights of such Grantor thereunder or that would impair in any material respect the interest or rights of the Secured Party.

SECTION 4.1.6    As to the Vessel.  Yelsi hereby agrees that:

(a)    it shall keep the Vessel identified on Schedule IV hereto in the location(s) specified therein, and will keep each certificate of ownership on file with the relevant agency or authority as required in each such jurisdiction, or, upon 30 days' prior notice to the Secured Party, at such other places in a jurisdiction where all the representations and warranties set forth in Article III shall be true and correct, and all actions required pursuant to the first sentence of Section 4.1.7 shall have been taken with respect to the Vessel;

(b)    it shall cause the Vessel to be maintained and preserved in good repair and working order, ordinary wear and tear excepted, and make necessary and proper repairs, renewals and replacements; and

(c)    it shall pay promptly when due all property and other taxes, assessments and governmental charges or levies imposed upon or with respect to, and all claims (including claims resulting from the use or operation of the Vessel) against or with respect to the Vessel, except to the extent the validity thereof is being contested in good faith by appropriate proceedings for which adequate reserves in accordance with GAAP have been set aside by such Grantor.

SECTION 4.1.7    Further Assurances, etc.  Each Grantor agrees that, from time to time at its own expense, such Grantor will promptly execute and deliver all further instruments and documents, and take all further action, that may be necessary or desirable, or that the Secured Party may reasonably request, in order to perfect, preserve and protect any security interest granted or purported to be granted hereby or to enable the Secured Party to exercise and enforce its rights and remedies hereunder with respect to any Collateral.  Without limiting the generality of the foregoing, each Grantor will:

(a)    mark conspicuously each Assigned Agreement and each of its records pertaining to the Collateral with a legend, in form and substance satisfactory to the Secured Party, indicating that such Assigned Agreement or other Collateral is subject to the security interest granted hereby;

(b)    execute and file such financing or continuation statements, or amendments thereto, and such other instruments or notices (including any

12

assignment of claim form under or pursuant to the federal assignment of claims statute, 31 U.S.C. § 3726, any successor or amended version thereof or any regulation promulgated under or pursuant to any version thereof), as may be necessary, or as the Secured Party may reasonably request, in order to perfect and preserve the security interests and other rights granted or purported to be granted to the Secured Party hereby; and

(c)      furnish to the Secured Party, from time to time at the Secured Party's request, statements and schedules further identifying and describing the Collateral and such other reports in connection with the Collateral as the Secured Party may reasonably request, all in reasonable detail.

With respect to the foregoing and the grant of the security interest hereunder, each Grantor hereby authorizes the Secured Party to file one or more financing or continuation statements, and amendments thereto, and make filings with the United States Copyright Office (or any successor office or any similar office in any other country), in such case for the purpose of perfecting, confining, continuing, enforcing or protecting the security interest granted by each Grantor, without the signature of any Grantor, and naming any Grantor or the Grantors as debtors and the Secured Party as secured party. A carbon, photographic or other reproduction of this Agreement or any financing statement covering the Collateral or any part thereof shall be sufficient as a financing statement where permitted by law.

**SECTION 4.1.8  Inspections and Verification.**  The Secured Party shall have the right, at the Grantors' own cost and expense, to inspect the Collateral, all records related thereto (and to make extracts and copies from such records) and the premises upon which any of the Collateral is located, to discuss the Grantors' affairs with the officers of the Grantors and their independent accountants and to verify under reasonable procedures the validity, amount, quality, quantity, value, condition and status of, or any other matter relating to, the Collateral, including, in the case of Collateral in the possession of any third Person, by contacting account debtors of the Grantors or the third Person possessing such Collateral for the purpose of making such a verification.

## ARTICLE V

## THE SECURED PARTY

**SECTION 5.1.  Secured Party Appointed Attorney-in-Fact.**  Each Grantor hereby irrevocably constitutes and appoints the Secured Party and any officer or agent thereof, with full power of substitution, as its true and lawful attorney-in-fact with full irrevocable power and authority in the place and stead of such Grantor and in the name of such Grantor or in its own name, for the purpose of carrying out the terms of this Agreement, to take, upon the occurrence and during the continuance of any breach pursuant to Section 8 of any Subject Agreement, any and all appropriate action and to execute any and all documents and instruments that may be necessary or desirable to accomplish the purposes of this Agreement, and, without limiting the generality of the foregoing, each Grantor hereby gives the Secured Party the power and right, on behalf of such Grantor, without notice to or assent by such Grantor, to do any or all of the following:

13

(a)    in the name of such Grantor or its own name, or otherwise, take possession of and indorse and collect any checks, drafts, notes, acceptances or other instruments for the payment of moneys due with respect to any Collateral and file any claim or take any other action or proceeding in any court of law or equity or otherwise deemed appropriate by the Secured Party for the purpose of collecting any and all such moneys due with respect to any Collateral whenever payable;

(b)    in the case of any Copyright Collateral, execute and deliver, and have recorded, any and all agreements, instruments, documents and papers as the Secured Party may request to evidence the Secured Party's security interest in such Copyright Collateral and the goodwill and general intangibles of such Grantor relating thereto or represented thereby;

(c)    pay or discharge taxes and Liens levied or placed on or threatened against the Collateral, effect any repairs or any insurance called for by the terms of this Agreement and pay all or any part of the premiums therefor and the costs thereof;

(d)    execute, in connection with any sale or other disposition provided for in Section 6.1, any endorsements, assignments or other instruments of conveyance or transfer with respect to the Collateral; and

(e)    (i) direct any party liable for any payment under any of the Collateral to make payment of any and all moneys due or to become due thereunder directly to the Secured Party or as the Secured Party shall direct; (ii) ask or demand for, collect, and receive payment of and give receipt for, any and all moneys, claims and other amounts due or to become due at any time in respect of or arising out of any Collateral; (iii) sign and indorse any invoices, freight or express bills, bills of lading, storage or warehouse receipts, drafts against debtors, assignments, verifications, notices and other documents in connection with any of the Collateral; (iv) commence and prosecute any suits, actions or proceedings at law or in equity in any court of competent jurisdiction to collect the Collateral or any portion thereof and to enforce any other right in respect of any Collateral; (v) defend any suit, action or proceeding brought against such Grantor with respect to any Collateral; (vi) settle, compromise or adjust any such suit, action or proceeding and, in connection therewith, give such discharges or releases as the Secured Party may deem appropriate; (vii) notify, or require any Grantor to notify, account debtors to make payment directly to the Secured Party and change the post office box number or other address to which the account debtors make payments; (viii) assign any Copyright Collateral, throughout the world for such term or terms, on such conditions, and in such manner, as the Secured Party shall in its sole discretion determine; and (ix) generally, sell, transfer, pledge and make any agreement with respect to or otherwise deal with any of the Collateral as fully and completely as though the Secured Party were the absolute owner thereof for all purposes, and do, at the Secured Party's option and such Grantor's expense, at any time, or from time to time, all acts and things that the Secured Party deems

14

necessary to protect, preserve or realize upon the Collateral and the Secured Party's security interests therein and to effect the intent of this Agreement, all as fully and effectively as such Grantor might do.

Each Grantor hereby acknowledges, consents and agrees that the power of attorney granted pursuant to this Section is irrevocable and coupled with an interest.

**SECTION 5.2.  Secured Party May Perform**.  If any Grantor fails to perform any agreement contained herein, the Secured Party may itself perform, or cause performance of, such agreement, and the reasonable expenses of the Secured Party incurred in connection therewith shall be payable by such Grantor pursuant to Section 6.2.

**SECTION 5.3.  Secured Party Has No Duty**.  In addition to, and not in limitation of, Section 2.4, the powers conferred on the Secured Party hereunder are solely to protect its interest in the Collateral and shall not impose any duty on it to exercise any such powers.  The Secured Party's sole duty with respect to the custody, safekeeping and physical preservation of the Collateral in its possession, under Section 9-207 of the U.C.C. or otherwise, shall be to deal with it in the same manner as the Secured Party deals with similar property for its own account. Neither the Secured Party nor any of its officers, directors, employees or agents shall be liable for failure to demand, collect or realize upon any of the Collateral or for any delay in doing so or shall be under any obligation to sell or otherwise dispose of any Collateral upon the request of any Grantor or any other Person or to take any other action whatsoever with regard to the Collateral or any part thereof (including the taking of any necessary steps to preserve rights against prior parties or any other rights pertaining to any Collateral).  The Secured Party shall be accountable only for amounts that it actually receives as a result of the exercise of such powers, and neither the Secured Party nor any of its officers, directors, employees or agents shall be responsible to any Grantor for any act or failure to act hereunder, except for their own gross negligence or willful misconduct.

## ARTICLE VI

## REMEDIES

**SECTION 6.1.  Certain Remedies**.  If any breach pursuant to Section 8 of any Subject Agreement shall have occurred and be continuing:

> (a)   The Secured Party may exercise in respect of the Collateral, in addition to other rights and remedies provided for herein or otherwise available to it, all the rights and remedies of a secured party on default under the U.C.C. and also may

>> (i)   require each Grantor to, and each Grantor hereby agrees that it will, at its expense and upon the request of the Secured Party forthwith, assemble all or part of the Collateral as directed by the Secured Party and make it available to the Secured Party at a place to be designated by the Secured Party which is reasonably convenient to both parties;

15

(ii)       without demand of performance or other demand, presentment, protest, advertisement or notice of any kind (except any notice required by law referred to below) to or upon any Grantor or any other Person (all and each of which demands, defenses, advertisements and notices are hereby waived), sell, lease, assign, give option or options to purchase, or otherwise dispose of and deliver the Collateral or any part thereof (or contract to do any of the foregoing), in one or more parcels at public or private sale, at any of the Secured Party's offices or elsewhere, for cash, on credit or for future delivery, and upon such other terms as the Secured Party may deem commercially reasonable. Each Grantor agrees that, to the extent notice of sale shall be required by law, at least ten days' prior notice to such Grantor of the time and place of any public sale or the time after which any private sale is to be made shall constitute reasonable notification. The Secured Party shall not be obligated to make any sale of Collateral regardless of notice of sale having been given. The Secured Party may adjourn any public or private sale from time to time by announcement at the time and place fixed therefor, and such sale may, without further notice, be made at the time and place to which it was so adjourned;

(iii)       with respect to the Copyright Collateral, on demand, to cause the security interest to become an assignment, transfer and conveyance of any of or all such Collateral by the applicable Grantors to the Secured Party, or to license or sublicense, whether general, special or otherwise, and whether on an exclusive or non-exclusive basis, any such Collateral throughout the world on such terms and conditions and in such manner as the Secured Party shall determine (other than in violation of any then existing licensing arrangements to the extent that waivers cannot be obtained); and

(iv)       with or without legal process and with or without prior notice or demand for performance, to take possession of the Collateral and without liability for trespass to enter any premises where the Collateral may be located for the purpose of taking possession of or removing the Collateral.

(b)       All cash proceeds received by the Secured Party in respect of any sale of, collection from, or other realization upon all or any part of the Collateral may, in the discretion of the Secured Party, be held, to the extent permitted under applicable law, by the Secured Party as additional collateral security for all or any part of the Secured Obligations, and/or then or at any time thereafter shall be applied in whole or in part by the Secured Party against all or any part of the Secured Obligations in such manner as the Secured Party determines in its sole discretion. Any surplus of such cash or cash proceeds held

16

by the Secured Party and remaining after payment in full of all the Secured Obligations, and the termination of the Commitment, shall be paid over to the Grantors or to whomsoever may be lawfully entitled to receive such surplus.

(c)  The Secured Party may exercise any and all rights and remedies of each Grantor under or in connection with the Assigned Agreements or otherwise in respect of the Collateral, including any and all rights of such Grantor to demand or otherwise require payment of any amount under, or performance of any provision of, any Assigned Agreement.

## SECTION 6.1.2  Indemnity and Expenses.

(a)  Each Grantor agrees to jointly and severally indemnify the Secured Party from and against any and all claims, losses and liabilities arising out of or resulting from this Agreement (including enforcement of this Agreement), except claims, losses or liabilities resulting from the Secured Party's gross negligence or willful misconduct as determined by a final judgment of a court of competent jurisdiction.

(b)  Each Grantor will upon demand pay to the Secured Party the amount of any and all reasonable expenses, including the reasonable fees and disbursements of its counsel and of any experts and agents, which the Secured Party may incur in connection with

(i)  the administration of this Agreement,

(ii)  the custody, preservation, use or operation of, or the sale of, collection from, or other realization upon, any of the Collateral,

(iii)  the exercise or enforcement of any of the rights of the Secured Party hereunder, or

(iv)  the failure by any Grantor to perform or observe any of the provisions hereof.

## ARTICLE VII

## MISCELLANEOUS PROVISIONS

**SECTION 7.1.  Deal Document**.  This Agreement is a Deal Document executed pursuant to the Subject Agreements and shall (unless otherwise expressly indicated herein) be construed, administered and applied in accordance with the terms and provisions thereof.

**SECTION 7.2.  Amendments, etc.**

(a)  No amendment to or waiver of any provision of this Agreement nor consent to any departure by any Grantor herefrom, shall in any

17

event be effective unless the same shall be in writing and signed by the Secured Party and, with respect to any such amendment, by the Grantors, and then such waiver or consent shall be effective only in the specific instance and for the specific purpose for which given.

(b)     This Agreement shall be binding upon each Grantor and its successors, transferees and assigns and shall inure to the benefit of and be enforceable by the Secured Party and its successors, transferees and assigns; *provided, however,* that no Grantor may assign its obligations hereunder without the prior written consent of the Secured Party.

SECTION 7.3.  **Addresses for Notices**.  All notices and other communications provided for hereunder shall be in writing and mailed, delivered or transmitted by facsimile to either party hereto at the addresses set forth below, or at such other address as shall be designated by such party in a written notice to each other party.  Any notice, if mailed and properly addressed with postage prepaid, shall be deemed given three business days after posting; any notice sent by prepaid overnight express mail shall be deemed delivered on the next following business day; and any notice transmitted by facsimile shall be deemed given upon electronic confirmation of transmission by the sender thereof.

If to the Secured Party:

The Pullman Group, LLC
1370 Avenue of the Americas
New York, New York  10019
Facsimile:  212-750-0464

If to any Grantor:

c/o Isley Brothers Management
10866 Wilshire Boulevard
Suite 560
Los Angeles, California  90024
Facsimile:  (310) 441-4864

SECTION 7.4.  **Section Captions**.  Section captions used in this Agreement are for convenience of reference only, and shall not affect the construction of this Agreement.

SECTION 7.5.  **Severability**.  Wherever possible each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be prohibited by or invalid under such law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

SECTION 7.6.  **Counterparts**.  This Agreement may be executed by the parties hereto in several counterparts, each of which shall be deemed to be an original and all of which shall constitute together one and the same agreement.

NYK 609317-2 053322 0011

**SECTION 7.7.** <u>Governing Law, Entire Agreement, etc</u>. THIS AGREEMENT SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE INTERNAL LAWS OF THE STATE OF NEW YORK, EXCEPT TO THE EXTENT THAT THE VALIDITY OR PERFECTION OF THE SECURITY INTEREST HEREUNDER, OR REMEDIES HEREUNDER, IN RESPECT OF ANY PARTICULAR COLLATERAL ARE GOVERNED BY THE LAWS OF A JURISDICTION OTHER THAN THE STATE OF NEW YORK. THIS AGREEMENT AND THE OTHER LOAN DOCUMENTS CONSTITUTE THE ENTIRE UNDERSTANDING AMONG THE PARTIES HERETO WITH RESPECT TO THE SUBJECT MATTER HEREOF AND SUPERSEDE ANY PRIOR AGREEMENTS, WRITTEN OR ORAL, WITH RESPECT THERETO.

**SECTION 7.8.** <u>Forum Selection and Consent to Jurisdiction</u>. ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER, OR IN CONNECTION WITH, THIS AGREEMENT, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER ORAL OR WRITTEN) OR ACTIONS OF THE SECURED PARTY OR ANY GRANTOR SHALL BE BROUGHT AND MAINTAINED IN THE FEDERAL AND STATE COURTS LOCATED IN THE BOROUGH OF MANHATTAN OF THE STATE OF NEW YORK; *PROVIDED, HOWEVER*, THAT ANY SUIT SEEKING ENFORCEMENT AGAINST ANY COLLATERAL OR OTHER PROPERTY SHALL BE BROUGHT, AT THE SECURED PARTY'S OPTION, IN THE COURTS OF ANY JURISDICTION WHERE SUCH COLLATERAL OR OTHER PROPERTY MAY BE FOUND. EACH GRANTOR HEREBY EXPRESSLY AND IRREVOCABLY SUBMITS TO THE EXCLUSIVE JURISDICTION OF SUCH COURTS FOR THE PURPOSE OF ANY SUCH LITIGATION AS SET FORTH ABOVE AND IRREVOCABLY AGREES TO BE BOUND BY ANY JUDGMENT RENDERED THEREBY IN CONNECTION WITH SUCH LITIGATION SUBJECT TO ANY RIGHTS OF APPEAL OF ANY JUDGMENT RENDERED BY THE HIGHEST COURT IN THE STATE OF NEW YORK OR THE UNITED STATES DISTRICT COURT FOR THE STATE OF NEW YORK, AS THE CASE MAY BE. EACH GRANTOR FURTHER IRREVOCABLY CONSENTS TO SERVICE OF PROCESS BY REGISTERED MAIL, POSTAGE PREPAID, OR BY PERSONAL SERVICE WITHIN OR WITHOUT THE STATE OF NEW YORK. EACH GRANTOR HEREBY EXPRESSLY AND IRREVOCABLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY LAW, ANY OBJECTION WHICH IT MAY HAVE OR HEREAFTER MAY HAVE TO THE LAYING OF VENUE OF ANY SUCH LITIGATION BROUGHT IN ANY SUCH COURT REFERRED TO ABOVE AND ANY CLAIM THAT ANY SUCH LITIGATION HAS BEEN BROUGHT IN AN INCONVENIENT FORUM. TO THE EXTENT THAT ANY GRANTOR HAS OR HEREAFTER MAY ACQUIRE ANY IMMUNITY FROM JURISDICTION OF ANY COURT OR FROM ANY LEGAL PROCESS (WHETHER THROUGH SERVICE OR NOTICE, ATTACHMENT PRIOR TO JUDGMENT, ATTACHMENT IN AID OF EXECUTION OR OTHERWISE) WITH RESPECT TO ITSELF OR ITS PROPERTY, SUCH GRANTOR, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, HEREBY IRREVOCABLY WAIVES SUCH IMMUNITY IN RESPECT OF ITS OBLIGATIONS UNDER THIS AGREEMENT.

NYK 609317-2.053322.0011

SECTION 7.9.  <u>Waiver of Jury Trial</u>.  THE SECURED PARTY AND EACH GRANTOR HEREBY KNOWINGLY, VOLUNTARILY AND INTENTIONALLY WAIVE ANY RIGHTS THEY MAY HAVE TO A TRIAL BY JURY IN RESPECT OF ANY LITIGATION BASED HEREON, OR ARISING OUT OF, UNDER, OR IN CONNECTION WITH, THIS AGREEMENT, OR ANY COURSE OF CONDUCT, COURSE OF DEALING, STATEMENTS (WHETHER VERBAL OR WRITTEN) OR ACTIONS OF THE SECURED PARTY OR ANY GRANTOR.  EACH GRANTOR ACKNOWLEDGES AND AGREES THAT IT HAS RECEIVED FULL AND SUFFICIENT CONSIDERATION FOR THIS PROVISION (AND EACH OTHER PROVISION OF EACH OTHER LOAN DOCUMENT TO WHICH IT IS A PARTY) AND THAT THIS PROVISION IS A MATERIAL INDUCEMENT FOR THE SECURED PARTY ENTERING INTO THE SUBJECT AGREEMENTS AND EACH SUCH OTHER LOAN DOCUMENT.  IN NO EVENT SHALL THE SECURED PARTY BE LIABLE FOR ANY CONSEQUENTIAL DAMAGES WHICH MAY BE ALLEGED IN CONNECTION HEREWITH OR THE TRANSACTIONS CONTEMPLATED HEREBY.

SECTION 7.10.  <u>Waiver of Certain Claims</u>.  TO THE EXTENT PERMITTED BY APPLICABLE LAW, NO GRANTOR SHALL ASSERT, AND HEREBY WAIVES, ANY CLAIM AGAINST THE SECURED PARTY ON ANY THEORY OF LIABILITY FOR SPECIAL, INDIRECT, CONSEQUENTIAL OR PUNITIVE DAMAGES (AS OPPOSED TO DIRECT OR ACTUAL DAMAGES) ARISING OUT OF, IN CONNECTION WITH, OR AS A RESULT OF, THIS AGREEMENT OR ANY INSTRUMENT CONTEMPLATED HEREBY.

[Signature pages follow]

NYK 609317-2 053322 0011

IN WITNESS WHEREOF, each Grantor has caused this Agreement to be duly executed and delivered by it or its officer or other signatory thereunto duly authorized as of the date first above written.

T-NECK RECORDS, INC.

By _____

Name:   Ronald Isley

Title:   President

By _____

Name:   Rudolph Isley

Title:   Vice President

S-2

S-1

[Signature page to Security Agreement]

[Signature page to Security Agreement]

NYK 609317-2.053322.0011

V3446 D744   Page 22

TRIPLE THREE MUSIC, INC.

By _Ronald Isley_

    Name:  Ronald Isley
    Title:  President

By _Rudolph Isley_

    Name:  Rudolph Isley
    Title:  Vice President

[Signature page to Security Agreement]
[Signature page to Security Agreement]

NYK 609317-2.053322.0011

V3446 D744  Page 23

YELSI GROUP, INC.

By _Ronald Isley_
    Name:  Ronald  Isley
    Title:  President

By _Rudolph Isley_
    Name:  Rudolph Isley
    Title:  Vice President

S-2
S-3
[Signature page to Security Agreement]
[Signature page to Security Agreement]

THREE BOYS' MUSIC, INC.

By _____

Name:   Ronald Isley
Title:   President

By _____

Name:   Rudolph Isley
Title:   Vice President

S-2
S-4

[Signature page to Security Agreement]

[Signature page to Security Agreement]

NYK 609317-2.053322.0011

BOVINA MUSIC, INC.

By _____

Name:   Ronald Isley
Title:   President

By _____

Name:   Rudolph Isley
Title:   Vice President

S-2
S-5

[Signature page to Security Agreement]
[Signature page to Security Agreement]

NYK 609317-2.053322.0011

# DOCUMENT INDEX

This document is more than 25 pages in length. To facilitate the preparation of the computer image as well as the retrieval of specific titles, the document has been segmented into multiple document image records. Each document image record has its own document number in the format VnnnnDnnn and is separately cataloged in the Copyright Office History of Documents file, COHD. Each document image record contains 25 pages or less of the document. Each starts with a copy of this Document Index, which lists all of the document image records and their respective document numbers, so that the reader may have a sense of the entire document.

The following is a list of the document image records into which this document has been segmented. You may retrieve any other segment of the document by using the FIND button and the specific segment of interest.

| SEGMENT DOCUMENT NUMBERS | RANGE OF PAGES OF THE DOCUMENT |
|---|---|
| v3446 o744 | 1-25 |
| v3446 o745 | 26-50 |
| v3446 o746 | 51-75 |
| v3446 o747 | 76-98 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

V3446 D745



THE O'KELLY ISLEY ESTATE

By_____

Name:   Ronald Isley
Title:   Co-Executor

By_____

Name:   Rudolph Isley
Title:   Co-Executor

S-2
S-6

[Signature page to Security Agreement]
[Signature page to Security Agreement]

SYK 609317-2.053322.0011

_____
Rudolph Isley

S-2
S-7
[Signature page to Security Agreement]
[Signature page to Security Agreement]

Ronald Isley

Acknowledged and Accepted:

THE PULLMAN GROUP, LLC


By:_____
    Name:
    Title:


S-9

[Signature page to Security Agreement]

SCHEDULE I
to
Security Agreement

Item A.  Principal Place of Business/Chief Executive Office/Residence

| Grantor | Mailing Address | County | State |
|---------|-----------------|--------|-------|
| All Grantors | c/o Isley Brothers Management<br>10866 Wilshire Boulevard<br>Los Angeles, CA 90024 | Los Angeles | California |

Item B.  Trade Names

| Grantor | Trade Names | Other Legal Names | Mergers, etc. |
|---------|-------------|-------------------|---------------|
| N/A | | | |

Item C.  Other Liens, Financing Statements

N/A

NYK 609317-2 053322 0011

V3446 D745   Page 31

SCHEDULE II
to
Security Agreement


Copyrights


[ATTACHED HERETO]

to
Security Agreement

## ISLEY BROTHERS - MASTER SONG LIST

### Songs

1   1 Player
2   25 Ta Life
3   Ain't Givin Up No Love
4   Ain't I Been Good To You
5   All In My Lover's Eyes
6   Are You With Me
7   At Your Best
8   At Your Best You Are Love
9   Baby Hold On
10  Baby You Got It
11  Ballad For The Fallen Soldier
12  Belly Dancer
13  Between The Sheets
14  Big Dope Dealer
15  Big Poppa
16  Biggest Part Of Me
17  Bitties In The BK Lounge
18  Bless Your Heart
19  Breaker Breaker 1 9
20  Brown Eyed Girl
21  Buddah Lovaz
22  Can I Have A Kiss
23  Can't Let Go
24  Chill Factor
25  Choosey Lover
26  Climbin Up The Ladder
27  Come My Way
28  Cooling Me Out
29  Cow Jumped Over The Moon
30  Craziest
31  Dedicate This Song
32  Don't Give It Away
33  Don't Hold Back Your Love
34  Don't Say Goodnight
35  Drag
36  Every Day It Rains
37  Fight The Power
38  Float On
39  Floatin On Your Love
40  Footsteps In The Dark
41  For The Love Of You
42  Free Big Willie
43  From Ruthless 2 Death Row Do We All Part
44  From The Beginning
45  Fun And Games
46  Funkdafied
47  Get Into Something
48  Get My Licks In
49  Girls Will Be Girls

4.1

50   Give The Women What They Want
51   Go All The Way
52   Go For What You Know
53   Go For Your Guns
54   Groove With You
55   Harvest For The World
56   Heat Is On, The
57   Here We Go Again
58   He's Got Your Love
59   Highways Of My Life
60   Hollywood Paradox
61   Hoochies Need Love Too
62   Hope You Feel Better Love
63   How Lucky I Am
64   Hurry Up And Wait
65   I Can't Let Go
66   I Got Work To Do
67   I Know
68   I Know Who You Been Sockin It To
69   I N C Ride
70   I Need Your Body
71   I Once Had Your Love
72   I Turned You On
73   I Wanna Be With You
74   I Wanna Be With You
75   I'd Rather Be Your Lover
76   If He Can You Can
77   If You Were There
78   I'll Do It All For You
79   In My Opinion
80   Inside You
81   It Was A Good Day
82   It's A Disco Night
83   It's Alright With Me
84   Its Your Thing *
85   I've Got To Get Myself Together
86   Keep On Doin
87   L D
88   Let Me Down Easy
89   Let Me In Your Life
90   Let's Fall In Love
91   Let's Get Intimate
92   Let's Make Love Tonight
93   Lettin Niggas Know
94   Life In The City
95   Liquid Love
96   Live It Up
97   Livin In The Life
98   Love Comes And Goes
99   Love Fever
100   Love Is A Wonderful Thing
101   Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.

Y3446 D745  Page 33

102 Love Merry Go Round
103 Love Zone
104 Lover's Eve
105 Make Me Say It Again Girl
106 Mama I'm In Love With A Gangsta
107 Midnight Sky
108 Mind Blowin
109 Mind Over Matter
110 Most Beautifullest Thing In This World
111 My Block
112 My Heart
113 My Little Girl
114 Need A Little Taste Of Love
115 Nika
116 No Axe To Grind
117 Nobody But You/Me
118 Nobody Can Do The Dog Like I Do
119 Ol G
120 Ol Skool
121 One Day
122 One Day You'll Be Mine
123 Open Up Your Heart
124 Overshine
125 Party Night
126 Pass It On
127 People Of Today
128 Pride, The
129 Punks Jump Up To Get Down
130 Real Deal, The
131 Recipe Of A Hoe
132 Respectable
133 Rockin With Fire
134 Save Me
135 Say You Will
136 Second Nature
137 Sensuality
138 Shake
139 Shake Your Thang
140 Shakin With Linda
141 She's Gone
142 She's The One
143 Shoot Em Up
144 Shout
145 Shout It Out
146 Showdown
147 Smokin Me Out
148 So You Wanna Stay Down
149 Somebody Been Missin
150 Sound Of Revolution
151 Soup Remix
152 Special Delivery
153 Stone Cold Lover

V3446 D745  Page 34

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  The Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

V3446 D745  Page 35

*V3446 D745   Page 36*

SCHEDULE III
to
Security Agreement

## Assigned Agreements

1.     Agreement made as of January 1, 1980 between Bovina Music, Inc. and April Musci (sic) Inc.

2.     Letter agreement dated as of June 15, 1983 between CBS Records, a Division of CBS, Inc., and T-Neck Records, Inc.

NYK 609317-2 053322 0011

V3446 D745  **Page 37**

SCHEDULE VII
to
Security Agreement

Vessel

| Make | Hull No. | License No. | Registration No. |
|------|----------|-------------|------------------|
| Thomas E Winch | 921-703 | [1987CFZ4653H0184] | D921703 |

NYK 609317-2 053322.0011

V3446 D745  Page 38

EXHIBIT A
to
Security Agreement

Forms of Financing Statements

[ATTACHED HERETO]

NYK 609317-2.053322.0011

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing

V3446 D745   Page 39

| A. NAME & TEL. OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C RETURN COPY TO  (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020

D. OPTIONAL DESIGNATION (if applicable)  ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| The O'Kelly Isley Estate | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS  c/o Isley Brothers Management  10866 Wilshire Blvd., Suite 560 | CITY  Los Angeles | STATE  CA | COUNTRY  USA | POSTAL CODE  90024 |
|---|---|---|---|---|

| 1d. SS. OR TAX I.D. # | OPTIONAL  ADD'NL INFO RE:  ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE  OR COUNTRY OF  ORGANIZATION | 1g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY  ☐ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. SS. OR TAX I.D. # | OPTIONAL  ADD'NL INFO RE:  ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE  OR COUNTRY OF  ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY  ☐ NONE |
|---|---|---|---|---|

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME – Insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| The Pullman Group, LLC | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS  1370 Avenue of the Americas | CITY  New York | STATE  NY | COUNTRY  USA | POSTAL CODE  10019 |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following types or items of property:
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles         *Ronald Isley  Rudolph Isley*

| 5. CHECK  BOX  (if applicable) | ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest  (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the  debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | 7. If filed in Florida (check one)  ☐ Documentary  stamp tax paid   ☐ Documentary stamp  tax not applicable |
|---|---|---|

| 6. REQUIRED SIGNATURE(S) DEBTOR: The O'Kelly Isley Estate | 8. ☐ This FINANCING STATEMENT is to be filed (for record)  (or recorded) in the REAL ESTATE RECORDS  Attach Addendum          (if applicable) |
|---|---|
| SECURED PARTY: The Pullman Group, LLC        *David Pullman* | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s)  (ADDITIONAL FEE)  (optional)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2 |

| (1) FILING OFFICER COPY | — NATIONAL FINANCING STATEMENT (FORM (UCC1) (TRANS) (REV. 12/18/95) | CSC-The United States Corp. Co.  1013 Centre Road  Wilmington, DE  19805-1267 |
|---|---|---|

V3446 D745   Page 40

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:   The Pullman Group, LLC
                 1370 Avenue of the Americas
                 New York, New York 10019

Debtor:   The O'Kelly Isley Estate
          c/o Isley Brothers
          Management
          10866 Wilshire Blvd.
          Suite 560
          Los Angeles, CA 90024

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

(a)  all Copyright Collateral and other general intangibles of the Debtor;

(b)  the judgment identified on Schedule I and all rights of the Debtor with respect thereto.

(c)  all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

(d)  all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

The following terms when used in this Exhibit A shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in Item A of Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

Page  1  of  7

## SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924; (ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited, Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv) Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-1177 LGB (BQRx).

Page 2 of 7

## SCHEDULE II

See attached.

ISLEY BROTHERS - MASTER SONG LIST

### Songs

1   1 Player
2   25 Ta Life
3   Ain't Givin Up No Love
4   Ain't I Been Good To You
5   All In My Lover's Eyes
6   Are You With Me
7   At Your Best
8   At Your Best You Are Love
9   Baby Hold On
10  Baby You Got It
11  Ballad For The Fallen Soldier
12  Belly Dancer
13  Between The Sheets
14  Big Dope Dealer
15  Big Poppa
16  Biggest Part Of Me
17  Bitties In The BK Lounge
18  Bless Your Heart
19  Breaker Breaker 1 9
20  Brown Eyed Girl
21  Buddah Lovaz
22  Can I Have A Kiss
23  Can't Let Go
24  Chill Factor
25  Choosey Lover
26  Climbin Up The Ladder
27  Come My Way
28  Cooling Me Out
29  Cow Jumped Over The Moon
30  Craziest
31  Dedicate This Song
32  Don't Give It Away
33  Don't Hold Back Your Love
34  Don't Say Goodnight
35  Drag
36  Every Day It Rains
37  Fight The Power
38  Float On
39  Floatin On Your Love
40  Footsteps In The Dark
41  For The Love Of You
42  Free Big Willie
43  From Ruthless 2 Death Row Do We All Part
44  From The Beginning
45  Fun And Games
46  Funkdafied
47  Get Into Something
48  Get My Licks In
49  Girls Will Be Girls

Page 4 of 7

50  Give The Women What They Want
51  Go All The Way
52  Go For What You Know
53  Go For Your Guns
54  Groove With You
55  Harvest For The World
56  Heat Is On, The
57  Here We Go Again
58  He's Got Your Love
59  Highways Of My Life
60  Hollywood Paradox
61  Hoochies Need Love Too
62  Hope You Feel Better Love
63  How Lucky I Am
64  Hurry Up And Wait
65  I Can't Let Go
66  I Got Work To Do
67  I Know
68  I Know Who You Been Sockin It To
69  I N C Ride
70  I Need Your Body
71  I Once Had Your Love
72  I Turned You On
73  I Wanna Be With You
74  I Wanna Be With You
75  I'd Rather Be Your Lover
76  If He Can You Can
77  If You Were There
78  I'll Do It All For You
79  In My Opinion
80  Inside You
81  It Was A Good Day
82  It's A Disco Night
83  It's Alright With Me
84  Its Your Thing *
85  I've Got To Get Myself Together
86  Keep On Doin
87  L D
88  Let Me Down Easy
89  Let Me In Your Life
90  Let's Fall In Love
91  Let's Get Intimate
92  Let's Make Love Tonight
93  Lettin Niggas Know
94  Life In The City
95  Liquid Love
96  Live It Up
97  Livin In The Life
98  Love Comes And Goes
99  Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statement.

Page 5 of 7

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You   .
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

Page 1 of 7

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing

V3446 D745   Page 47

| A. NAME & TEL. OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020

D. OPTIONAL DEIGNATION (if applicable) ☐ LESSOR/LESSEE ☐ CONSIGNOR/CONSIGNEE ☐ NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME — Insert only one debtor name (1a or 1b)**

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| Triple Three Music, Inc. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS  c/o Isley Brothers Management 10866 Wilshire Blvd., Suite 560 | CITY Los Angeles | STATE CA | COUNTRY USA | POSTAL CODE 90024 |
|---|---|---|---|---|

| 1d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME — Insert only one debtor name (2a or 2b)**

| 2a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME — Insert only one secured party name (3a or 3b)**

| 3a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| The Pullman Group, LLC | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS 1370 Avenue of the Americas | CITY New York | STATE NY | COUNTRY USA | POSTAL CODE 10019 |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following types or items of property.**
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles

| 5. CHECK BOX (if applicable) | ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | 7. If filed in Florida (check one) ☐ Documentary stamp tax paid ☐ Documentary stamp tax not applicable |
|---|---|---|

| 6. REQUIRED SIGNATURE(S) DEBTOR: Triple Three Music, Inc. | 8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable) |
|---|---|

| SECURED PARTY: The Pullman Group, LLC | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional) ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

(1) FILING OFFICER COPY   — NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)

C&C-The United States Corp. Co.
1013 Centre Road
Wilmington, DE  19805-1297

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:    The Pullman Group, LLC
                  1370 Avenue of the Americas
                  New York, New York 10019

Debtor:   Triple Three Music, Inc.
          c/o Isley Brothers
          Management
          10866 Wilshire Blvd.
          Suite 560
          Los Angeles, CA 90024

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

    (a) all Copyright Collateral and other general intangibles of the Debtor;

    (b) the judgment identified on Schedule I and all rights of the Debtor with respect thereto.

    (c) all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

    (d) all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (c) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

The following terms when used in this Exhibit A shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in Item A of Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

Page 1 of 7

V3446 D745  Page 49

## SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924; (ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited, Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv) Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-1177 LGB (BQRx).

V3446 D745   Page 50

## SCHEDULE II

See attached.

NYK 610043-1.053322.0011

# DOCUMENT INDEX

This document is more than 25 pages in length.   To
facilitate the preparation of the computer image as well as
the retrieval of specific titles, the document has been
segmented into multiple document image records.   Each
document image record has its own document number in
the format VnnnnDnnn and is separately cataloged in the
Copyright Office History of Documents file, COHD.  Each
document image record contains 25 pages or less of the
document.   Each starts with a copy of this Document
Index, which lists all of the document image records and
their respective document numbers, so that the reader may
have a sense of the entire document.

**The following is a list of the document image records into which
this document has been segmented.  You may retrieve any other
segment of the document by using the FIND button and the
specific segment of interest.**

| SEGMENT DOCUMENT NUMBERS | RANGE OF PAGES OF THE DOCUMENT |
|---|---|
| v3446 o744 | 1-25 |
| v3446 o745 | 26-50 |
| v3446 o746 | 51-75 |
| v3446 o747 | 76-98 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

ISLEY BROTHERS - MASTER SONG LIST                    V3446 D746   Page 51

### Songs

1   1 Player
2   25 Ta Life
3   Ain't Givin Up No Love
4   Ain't I Been Good To You
5   All In My Lover's Eyes
6   Are You With Me
7   At Your Best
8   At Your Best You Are Love
9   Baby Hold On
10  Baby You Got It
11  Ballad For The Fallen Soldier
12  Belly Dancer
13  Between The Sheets
14  Big Dope Dealer
15  Big Poppa
16  Biggest Part Of Me
17  Bitties In The BK Lounge
18  Bless Your Heart
19  Breaker Breaker 1 9
20  Brown Eyed Girl
21  Buddah Lovaz
22  Can I Have A Kiss
23  Can't Let Go
24  Chill Factor
25  Choosey Lover
26  Climbin Up The Ladder
27  Come My Way
28  Cooling Me Out
29  Cow Jumped Over The Moon
30  Craziest
31  Dedicate This Song
32  Don't Give It Away
33  Don't Hold Back Your Love
34  Don't Say Goodnight
35  Drag
36  Every Day It Rains
37  Fight The Power
38  Float On
39  Floatin On Your Love
40  Footsteps In The Dark
41  For The Love Of You
42  Free Big Willie
43  From Ruthless 2 Death Row Do We All Part
44  From The Beginning
45  Fun And Games
46  Funkdafied
47  Get Into Something
48  Get My Licks In
49  Girls Will Be Girls

*V3446 D746*



Page __4__ of __7__

50   Give The Women What They Want
51   Go All The Way                                    V3446 D746   Page 52
52   Go For What You Know
53   Go For Your Guns
54   Groove With You
55   Harvest For The World
56   Heat Is On, The
57   Here We Go Again
58   He's Got Your Love
59   Highways Of My Life
60   Hollywood Paradox
61   Hoochies Need Love Too
62   Hope You Feel Better Love
63   How Lucky I Am
64   Hurry Up And Wait
65   I Can't Let Go
66   I Got Work To Do
67   I Know
68   I Know Who You Been Sockin It To
69   I N C Ride
70   I Need Your Body
71   I Once Had Your Love
72   I Turned You On
73   I Wanna Be With You
74   I Wanna Be With You
75   I'd Rather Be Your Lover
76   If He Can You Can
77   If You Were There
78   I'll Do It All For You
79   In My Opinion
80   Inside You
81   It Was A Good Day
82   It's A Disco Night
83   It's Allright With Me
84   Its Your Thing *
85   I've Got To Get Myself Together
86   Keep On Doin
87   L D
88   Let Me Down Easy
89   Let Me In Your Life
90   Let's Fall In Love
91   Let's Get Intimate
92   Let's Make Love Tonight
93   Lettin Niggas Know
94   Life In The City
95   Liquid Love
96   Live It Up
97   Livin In The Life
98   Love Comes And Goes
99   Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statement.

Page _5_ of _7_

V3446 D746   Page 53

102   Love Merry Go Round
103   Love Zone
104   Lover's Eve
105   Make Me Say It Again Girl
106   Mama I'm In Love With A Gangsta
107   Midnight Sky
108   Mind Blowin
109   Mind Over Matter
110   Most Beautifullest Thing In This World
111   My Block
112   My Heart
113   My Little Girl
114   Need A Little Taste Of Love
115   Nika
116   No Axe To Grind
117   Nobody But You/Me
118   Nobody Can Do The Dog Like I Do
119   Ol G
120   Ol Skool
121   One Day
122   One Day You'll Be Mine
123   Open Up Your Heart
124   Overshine
125   Party Night
126   Pass It On
127   People Of Today
128   Pride, The
129   Punks Jump Up To Get Down
130   Real Deal, The
131   Recipe Of A Hoe
132   Respectable
133   Rockin With Fire
134   Save Me
135   Say You Will
136   Second Nature
137   Sensuality
138   Shake
139   Shake Your Thang
140   Shakin With Linda
141   She's Gone
142   She's The One
143   Shoot Em Up
144   Shout
145   Shout It Out
146   Showdown
147   Smokin Me Out
148   So You Wanna Stay Down
149   Somebody Been Missin
150   Sound Of Revolution
151   Soup Remix
152   Special Delivery
153   Stone Cold Lover

Page 6 of 7

V3446 D746   Page 54

154 Story Book
155 Street Dreams
156 Sunshine
157 Take Me To The Next Phase
158 Tango
159 Tell Me When You Need It Again
160 Tell Me Who
161 Tha Crossroads
162 That Lady
163 Tonight Is The Night
164 Top Ta Bottom
165 Touch Me
166 Try To Do Something
167 Turn It Up
168 Turn On Tune In Drop Out
169 Twenty Five Ta Life
170 Twist And Shout
171 Twistin Belinda
172 Under The Influence
173 Voyage To Atlantis
174 Way Out Love
175 Week Ago
176 Welcome Into My Heart
177 What It Comes Down To
178 What You Do To Me
179 Whatcha Gonna Do
180 What's Going On
181 Who Loves You Better
182 Who Said
183 Who's That Lady
184 Winner Takes All
185 With You
186 Without A Doubt
187 Work To Do
188 Yes Yes Y'all
189 You Make Me Wanna Shout
190 You Still Feel The Need
191 Young Girls
192 Your Old Lady
193 You're Beside Me
194 You're The Key To My Heart

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing

**V3446 D746   Page 55**

A. NAME & TEL. OF CONTACT AT FILER (optional)

B. FILING OFFICE ACCT. # (optional)

C. RETURN COPY TO (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York 10020

D. OPTIONAL DESIGNATION (if applicable) [ ] LESSOR/LESSEE [ ] CONSIGNOR/CONSIGNEE [ ] NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME -- Insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| Yelsi Group, Inc. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS c/o Isley Brothers Management 10866 Wilshire Blvd., Suite 560 | CITY Los Angeles | STATE CA | COUNTRY USA | POSTAL CODE 90024 |
|---|---|---|---|---|

| 1d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g ENTITIES ORGANIZATIONAL I.D. #, IF ANY [ ] NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME -- Insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | |
|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY [ ] NONE |
|---|---|---|---|---|

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME -- Insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | |
|---|---|---|---|
| The Pullman Group, LLC | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS 1370 Avenue of the Americas | CITY New York | STATE NY | COUNTRY USA | POSTAL CODE 10019 |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following types or items of property:
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles

5. CHECK BOX (if applicable) [ ] This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

7. If filed in Florida (check one)
[ ] Documentary stamp tax paid   [ ] Documentary stamp tax not applicable

6. REQUIRED SIGNATURE(S) DEBTOR: Yelsi Group, Inc.

SECURED PARTY: The Pullman Group, LLC

8. [ ] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)   [ ] All Debtors [ ] Debtor 1 [ ] Debtor 2

CSC-The United States Corp. Co.
1013 Centre Road
Wilmington, DE 19805-1297

(1) FILING OFFICER COPY

— NATIONAL FINANCING STATEMENT (FORM (UCC1) (TRANS) (REV. 12/18/95)

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:   The Pullman Group, LLC
                 1370 Avenue of the Americas
                 New York, New York 10019

Debtor:   Yelsi Group, Inc.
          c/o Isley Brothers
          Management
          10866 Wilshire Blvd.
          Suite 560
          Los Angeles, CA 90024

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

  (a) all Copyright Collateral and other general intangibles of the Debtor;

  (b) the judgment identified on Schedule I and all rights of the Debtor with respect thereto.

  (c) the vessel owned by the Debtor, wherever located, and including all machinery, components, parts and accessories installed thereon or affixed thereto, together with all accessions, additions, attachments, improvements, substitutions and replacements thereto and therefor, as identified on Schedule III attached hereto (the "*Vessel*");

  (d) all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

  (e) all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

The following terms when used in this Exhibit A shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in Item A of Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

Page 1 of 8

NYK 610048-1.053322.0011

## SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924;
(ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited,
Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv)
Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-
1177 LGB (BQRx).

Page 2 of 8

V3446 D746  Page 58

## SCHEDULE II

See attached.

**ISLEY BROTHERS - MASTER SONG LIST**

V3446 D746   Page 59

### Songs

| | |
|---|---|
| 1 | 1 Player |
| 2 | 25 Ta Life |
| 3 | Ain't Givin Up No Love |
| 4 | Ain't I Been Good To You |
| 5 | All In My Lover's Eyes |
| 6 | Are You With Me |
| 7 | At Your Best |
| 8 | At Your Best You Are Love |
| 9 | Baby Hold On |
| 10 | Baby You Got It |
| 11 | Ballad For The Fallen Soldier |
| 12 | Belly Dancer |
| 13 | Between The Sheets |
| 14 | Big Dope Dealer |
| 15 | Big Poppa |
| 16 | Biggest Part Of Me |
| 17 | Bitties In The BK Lounge |
| 18 | Bless Your Heart |
| 19 | Breaker Breaker 1 9 |
| 20 | Brown Eyed Girl |
| 21 | Buddah Lovaz |
| 22 | Can I Have A Kiss |
| 23 | Can't Let Go |
| 24 | Chill Factor |
| 25 | Choosey Lover |
| 26 | Climbin Up The Ladder |
| 27 | Come My Way |
| 28 | Cooling Me Out |
| 29 | Cow Jumped Over The Moon |
| 30 | Craziest |
| 31 | Dedicate This Song |
| 32 | Don't Give It Away |
| 33 | Don't Hold Back Your Love |
| 34 | Don't Say Goodnight |
| 35 | Drag |
| 36 | Every Day It Rains |
| 37 | Fight The Power |
| 38 | Float On |
| 39 | Floatin On Your Love |
| 40 | Footsteps In The Dark |
| 41 | For The Love Of You |
| 42 | Free Big Willie |
| 43 | From Ruthless 2 Death Row Do We All Part |
| 44 | From The Beginning |
| 45 | Fun And Games |
| 46 | Funkdafied |
| 47 | Get Into Something |
| 48 | Get My Licks In |
| 49 | Girls Will Be Girls |

Page 4 of 8

50  Give The Women What They Want
51  Go All The Way
52  Go For What You Know
53  Go For Your Guns
54  Groove With You
55  Harvest For The World
56  Heat Is On, The
57  Here We Go Again
58  He's Got Your Love
59  Highways Of My Life
60  Hollywood Paradox
61  Hoochies Need Love Too
62  Hope You Feel Better Love
63  How Lucky I Am
64  Hurry Up And Wait
65  I Can't Let Go
66  I Got Work To Do
67  I Know
68  I Know Who You Been Sockin It To
69  I N C Ride
70  I Need Your Body
71  I Once Had Your Love
72  I Turned You On
73  I Wanna Be With You
74  I Wanna Be With You
75  I'd Rather Be Your Lover
76  If He Can You Can
77  If You Were There
78  I'll Do It All For You
79  In My Opinion
80  Inside You
81  It Was A Good Day
82  It's A Disco Night
83  It's Allright With Me
84  Its Your Thing *
85  I've Got To Get Myself Together
86  Keep On Doin
87  L D
88  Let Me Down Easy
89  Let Me In Your Life
90  Let's Fall In Love
91  Let's Get Intimate
92  Let's Make Love Tonight
93  Lettin Niggas Know
94  Life In The City
95  Liquid Love
96  Live It Up
97  Livin In The Life
98  Love Comes And Goes
99  Love Fever
100 Love Is A Wonderful Thing
101 Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.
                        Page 5 of 8

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

Page _6_ of _8_

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

## SCHEDULE III

### Vessel

| Make | Hull | License No. | Registration No. |
|------|------|-------------|------------------|
| Thomas E. Winch | 921-703 | 1987CFZ4653H0184 | D921703 |

Page _8_ of _8_

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing

V3446 D746   Page 64

| A. NAME & TEL. OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT.# (optional) |
|---|---|

C. RETURN COPY TO (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020

D. OPTIONAL DEIGNATION (if applicable)  ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| Three Boys' Music, Inc. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS  c/o Isley Brothers Management | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 10866 Wilshire Blvd., Suite 560 | Los Angeles | CA | USA | 90024 |

| 1d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY |
|---|---|---|---|---|
| | | | | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY |
|---|---|---|---|---|
| | | | | ☐ NONE |

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME – Insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| The Pullman Group, LLC | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|
| 1370 Avenue of the Americas | New York | NY | USA | 10019 |

4. This FINANCING STATEMENT covers the following types or items of property:
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles

| 5. CHECK BOX (if applicable) | ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | If filed in Florida (check one) ☐ Documentary stamp tax paid | ☐ Documentary stamp tax not applicable |
|---|---|---|---|

| 6. REQUIRED SIGNATURE(S) DEBTOR: Three Boys' Music, Inc. | 8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable) |
|---|---|
| SECURED PARTY: The Pullman Group, LLC | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2 |

(1) FILING OFFICER COPY — NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)

C&C-The United States Corp. Co.
1013 Centre Road
Wilmington, DE 19805-1297

V3446 D746   Page 65

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:  The Pullman Group, LLC
1370 Avenue of the Americas
New York, New York 10019

Debtor:  Three Boys' Music, Inc.
c/o Isley Brothers
Management
10866 Wilshire Blvd.
Suite 560
Los Angeles, CA 90024

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

(a) all Copyright Collateral and other general intangibles of the Debtor;

(b) the judgment identified on <u>Schedule I</u> and all rights of the Debtor with respect thereto.

(c) all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this <u>Exhibit A</u>; and

(d) all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in <u>clauses (a)</u> through <u>(e)</u> above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

The following terms when used in this <u>Exhibit A</u> shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in <u>Item A</u> of <u>Schedule II</u> attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

NYK 610044-1.053322.0011

SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924; (ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited, Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv) Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-1177 LGB (BQRx).

NYK 610044-1.053322.0011

## SCHEDULE II

See attached.

Page 3 of 7

NYK 610044-1.053322.0011

SCHEDULE ATTACHMENT A    V3446 D746    Page 68

## ISLEY BROTHERS - MASTER SONG LIST

### Songs

1   1 Player
2   25 Ta Life
3   Ain't Givin Up No Love
4   Ain't I Been Good To You
5   All In My Lover's Eyes
6   Are You With Me
7   At Your Best
8   At Your Best You Are Love
9   Baby Hold On
10  Baby You Got It
11  Ballad For The Fallen Soldier
12  Belly Dancer
13  Between The Sheets
14  Big Dope Dealer
15  Big Poppa
16  Biggest Part Of Me
17  Bitties In The BK Lounge
18  Bless Your Heart
19  Breaker Breaker 1 9
20  Brown Eyed Girl
21  Buddah Lovaz
22  Can I Have A Kiss
23  Can't Let Go
24  Chill Factor
25  Choosey Lover
26  Climbin Up The Ladder
27  Come My Way
28  Cooling Me Out
29  Cow Jumped Over The Moon
30  Craziest
31  Dedicate This Song
32  Don't Give It Away
33  Don't Hold Back Your Love
34  Don't Say Goodnight
35  Drag
36  Every Day It Rains
37  Fight The Power
38  Float On
39  Floatin On Your Love
40  Footsteps In The Dark
41  For The Love Of You
42  Free Big Willie
43  From Ruthless 2 Death Row Do We All Part
44  From The Beginning
45  Fun And Games
46  Funkdafied
47  Get Into Something
48  Get My Licks In
49  Girls Will Be Girls

Page 4 of 7

50   Give The Women What They Want
51   Go All The Way
52   Go For What You Know
53   Go For Your Guns
54   Groove With You
55   Harvest For The World
56   Heat Is On, The
57   Here We Go Again
58   He's Got Your Love
59   Highways Of My Life
60   Hollywood Paradox
61   Hoochies Need Love Too
62   Hope You Feel Better Love
63   How Lucky I Am
64   Hurry Up And Wait
65   I Can't Let Go
66   I Got Work To Do
67   I Know
68   I Know Who You Been Sockin It To
69   I N C Ride
70   I Need Your Body
71   I Once Had Your Love
72   I Turned You On
73   I Wanna Be With You
74   I Wanna Be With You
75   I'd Rather Be Your Lover
76   If He Can You Can
77   If You Were There
78   I'll Do It All For You
79   In My Opinion
80   Inside You
81   It Was A Good Day
82   It's A Disco Night
83   It's Allright With Me
84   Its Your Thing *
85   I've Got To Get Myself Together
86   Keep On Doin
87   L D
88   Let Me Down Easy
89   Let Me In Your Life
90   Let's Fall In Love
91   Let's Get Intimate
92   Let's Make Love Tonight
93   Lettin Niggas Know
94   Life In The City
95   Liquid Love
96   Live It Up
97   Livin In The Life
98   Love Comes And Goes
99   Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.

Page  5  of  7

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

Page 4 of 7

V3446 D746   Page 71

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing

V3446 D746   Page 72

| A. NAME & TEL. OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO: (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York 10020

D. OPTIONAL DEGNATION (if applicable) ☐ LESSOR/LESSEE ☐ CONSIGNOR/CONSIGNEE ☐ NON-UCC FILING

1. **DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| Bovina Music, Inc. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS   c/o Isley Brothers Management | CITY | STATE | COUNTRY | POSTAL CODE |
| 10866 Wilshire Blvd., Suite 560 | Los Angeles | CA | USA | 90024 |

| 1d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

2. **ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – Insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |

| 2d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

3. **SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME** – Insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME | | | | |
|---|---|---|---|---|
| The Pullman Group, LLC | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
| 1370 Avenue of the Americas | New York | NY | USA | 10019 |

4. This FINANCING STATEMENT covers the following types or items of property:
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles     *Ronald Isley*     *Rudolph Isley*

| 5. CHECK BOX (if applicable) | ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | 7. If filed in Florida (check one) ☐ Documentary stamp tax paid ☐ Documentary stamp tax not applicable |
|---|---|---|

| 6. REQUIRED SIGNATURE(S) DEBTOR: Bovina Music, Inc. | 8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS   Attach Addendum          (if applicable) |
|---|---|

| SECURED PARTY: The Pullman Group, LLC   *David Pullman* | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**(1) FILING OFFICER COPY**       — NATIONAL FINANCING STATEMENT (FORM (UCC1) (TRANS) (REV. 12/18/95)       C&C-The United States Corp. Co. 1013 Centre Road Wilmington, DE 19425-1297

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:   The Pullman Group, LLC
                 1370 Avenue of the Americas
                 New York, New York 10019

Debtor:   Bovina Music, Inc.
          c/o Isley Brothers
          Management
          10866 Wilshire Blvd.
          Suite 560
          Los Angeles, CA 90024

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

(a)  all Copyright Collateral and other general intangibles of the Debtor;

(b)  all of the Debtor's right, title and interest in and to the agreements specified in Schedule III attached hereto, as such agreements may be amended, supplemented, restated, replaced or otherwise modified from time to time (collectively, the "*Assigned Agreements*"), including (i) all rights of the Debtor to receive moneys due and to become due under or pursuant to the Assigned Agreements, (ii) all rights of the Debtor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Assigned Agreements, (iii) all claims of the Debtor for damages arising out of or for breach of or default under the Assigned Agreements and (iv) the right of the Debtor to terminate the Assigned Agreements, to perform thereunder and to compel performance and otherwise exercise all remedies thereunder;

(c)  the judgment identified on Schedule I and all rights of the Debtor with respect thereto;

(d)  all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

(e)  all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

Notwithstanding the foregoing provisions of this Exhibit A, such grant of security interest shall not extend to, and the term "Collateral" shall not include, any Assigned Agreement to the extent that (A) such Assigned Agreement is not assignable or capable of being encumbered as a matter of law or under the terms thereof (but solely to the extent that any such restriction shall be enforceable under applicable law), without the consent of any party thereto (other than

Page 1 of 9

NYK 610041-1.053322.0011

the Debtor) and (B) such consent has not been obtained; *provided, however*, that the foregoing grant of a security interest shall extend to, and the term "Collateral" shall include, (1) any and all proceeds of such Assigned Agreement to the extent that the assignment or encumbering of such proceeds is not so restricted and (2) upon any such consent of such party with respect to such otherwise excluded Assigned Agreement, thereafter such Assigned Agreement as well as any and all proceeds thereof that might theretofore have been excluded from such grant of a security interest and the term "Collateral".

The following terms when used in this <u>Exhibit A</u> shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in <u>Item A</u> of <u>Schedule II</u> attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

Page 2 of 9

## SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924; (ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited, Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv) Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-1177 LGB (BQRx).

Page 3 of 9

# DOCUMENT INDEX

This document is more than 25 pages in length.   To facilitate the preparation of the computer image as well as the retrieval of specific titles, the document has been segmented into multiple document image records.   Each document image record has its own document number in the format VnnnnDnnn and is separately cataloged in the Copyright Office History of Documents file, COHD.   Each document image record contains 25 pages or less of the document.   Each starts with a copy of this Document Index, which lists all of the document image records and their respective document numbers, so that the reader may have a sense of the entire document.

**The following is a list of the document image records into which this document has been segmented.   You may retrieve any other segment of the document by using the FIND button and the specific segment of interest.**

| SEGMENT DOCUMENT NUMBERS | RANGE OF PAGES OF THE DOCUMENT |
|---|---|
| ᵥ3446 ₒ744 | 1-25 |
| ᵥ3446 ₒ745 | 26-50 |
| ᵥ3446 ₒ746 | 51-75 |
| ᵥ3446 ₒ747 | 76-98 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

V3446 D747

V3446 D747   Page 76

## SCHEDULE II

See attached.

Page 4 of 9

NYK 610041-1.053322.0011

SCHEDULE "F" ITEM "A

**ISLEY BROTHERS - MASTER SONG LIST**

V3446 D747   Page 77

### Songs

| | |
|---|---|
| 1 | 1 Player |
| 2 | 25 Ta Life |
| 3 | Ain't Givin Up No Love |
| 4 | Ain't I Been Good To You |
| 5 | All In My Lover's Eyes |
| 6 | Are You With Me |
| 7 | At Your Best |
| 8 | At Your Best You Are Love |
| 9 | Baby Hold On |
| 10 | Baby You Got It |
| 11 | Ballad For The Fallen Soldier |
| 12 | Belly Dancer |
| 13 | Between The Sheets |
| 14 | Big Dope Dealer |
| 15 | Big Poppa |
| 16 | Biggest Part Of Me |
| 17 | Bitties In The BK Lounge |
| 18 | Bless Your Heart |
| 19 | Breaker Breaker 1 9 |
| 20 | Brown Eyed Girl |
| 21 | Buddah Lovaz |
| 22 | Can I Have A Kiss |
| 23 | Can't Let Go |
| 24 | Chill Factor |
| 25 | Choosey Lover |
| 26 | Climbin Up The Ladder |
| 27 | Come My Way |
| 28 | Cooling Me Out |
| 29 | Cow Jumped Over The Moon |
| 30 | Craziest |
| 31 | Dedicate This Song |
| 32 | Don't Give It Away |
| 33 | Don't Hold Back Your Love |
| 34 | Don't Say Goodnight |
| 35 | Drag |
| 36 | Every Day It Rains |
| 37 | Fight The Power |
| 38 | Float On |
| 39 | Floatin On Your Love |
| 40 | Footsteps In The Dark |
| 41 | For The Love Of You |
| 42 | Free Big Willie |
| 43 | From Ruthless 2 Death Row Do We All Part |
| 44 | From The Beginning |
| 45 | Fun And Games |
| 46 | Funkdafied |
| 47 | Get Into Something |
| 48 | Get My Licks In |
| 49 | Girls Will Be Girls |

Page _5_ of _9_

50  Give The Women What They Want
51  Go All The Way
52  Go For What You Know
53  Go For Your Guns
54  Groove With You
55  Harvest For The World
56  Heat Is On, The
57  Here We Go Again
58  He's Got Your Love
59  Highways Of My Life
60  Hollywood Paradox
61  Hoochies Need Love Too
62  Hope You Feel Better Love
63  How Lucky I Am
64  Hurry Up And Wait
65  I Can't Let Go
66  I Got Work To Do
67  I Know
68  I Know Who You Been Sockin It To
69  I N C Ride
70  I Need Your Body
71  I Once Had Your Love
72  I Turned You On
73  I Wanna Be With You
74  I Wanna Be With You
75  I'd Rather Be Your Lover
76  If He Can You Can
77  If You Were There
78  I'll Do It All For You
79  In My Opinion
80  Inside You
81  It Was A Good Day
82  It's A Disco Night
83  It's Allright With Me
84  Its Your Thing *
85  I've Got To Get Myself Together
86  Keep On Doin
87  L D
88  Let Me Down Easy
89  Let Me In Your Life
90  Let's Fall In Love
91  Let's Get Intimate
92  Let's Make Love Tonight
93  Lettin Niggas Know
94  Life In The City
95  Liquid Love
96  Live It Up
97  Livin In The Life
98  Love Comes And Goes
99  Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.

Page _6_ of _9_

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

V3446 D747  Page 80

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

Page _8_ of _9_

## SCHEDULE III

1.     Agreement made as of January 1, 1980 between Bovina Music, Inc. and April Musci (sic) Inc.

THIS SPACE FOR USE OF FILING OFFICER

**FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY**

This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing

| A. NAME & TEL OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York 10020

V3446 D747 Page 82

D. OPTIONAL DESIGNATION (if applicable)  ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

**1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b)**

| 1a. ENTITY'S NAME | | | |
|---|---|---|---|
| T-Neck Records, Inc. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS c/o Isley Brothers Management 10866 Wilshire Blvd., Suite 560 | CITY Los Angeles | STATE CA | COUNTRY USA | POSTAL CODE 90024 |
|---|---|---|---|---|

| 1d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b)**

| 2a. ENTITY'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | COUNTRY | POSTAL CODE |
|---|---|---|---|---|

| 2d. SS. OR TAX I.D. # | OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR | 2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME – Insert only one secured party name (3a or 3b)**

| 3a. ENTITY'S NAME | | | |
|---|---|---|---|
| The Pullman Group, LLC | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS 1370 Avenue of the Americas | CITY New York | STATE NY | COUNTRY USA | POSTAL CODE 10019 |
|---|---|---|---|---|

**4. This FINANCING STATEMENT covers the following types or items of property:**
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles *Ronald Isley*     *Rudolph Isley*

| 5. CHECK BOX (if applicable) | This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | 7. Filed in Florida (check one) ☐ Documentary stamp tax paid   ☑ Documentary stamp tax not applicable |
|---|---|---|

| 6. REQUIRED SIGNATURE(S) DEBTOR: T-Neck Records, Inc. | 8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable) |
|---|---|

| SECURED PARTY: The Pullman Group, LLC  *David Pullman* | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) optional ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

| (1) FILING OFFICER COPY | — NATIONAL FINANCING STATEMENT (FORM (UCC1) (TRANS) (REV. 12/18/95) | CSC-The United States Corp. Co. 1013 Centre Road Wilmington, DE 19805-1297 |
|---|---|---|

V3446 D747   Page 83

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

| | | | |
|---|---|---|---|
| Secured Party: | The Pullman Group, LLC | Debtor: | T-Neck Records, Inc. |
| | 1370 Avenue of the Americas | | c/o Isley Brothers |
| | New York, New York 10019 | | Management |
| | | | 10866 Wilshire Blvd. |
| | | | Suite 560 |
| | | | Los Angeles, CA 90024 |

All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

    (a)  all Copyright Collateral and other general intangibles of the Debtor;

    (b)  all of the Debtor's right, title and interest in and to the agreements specified in Schedule III attached hereto, as such agreements may be amended, supplemented, restated, replaced or otherwise modified from time to time (collectively, the "*Assigned Agreements*"), including (i) all rights of the Debtor to receive moneys due and to become due under or pursuant to the Assigned Agreements, (ii) all rights of the Debtor to receive proceeds of any insurance, indemnity, warranty or guaranty with respect to the Assigned Agreements, (iii) all claims of the Debtor for damages arising out of or for breach of or default under the Assigned Agreements and (iv) the right of the Debtor to terminate the Assigned Agreements, to perform thereunder and to compel performance and otherwise exercise all remedies thereunder;

    (c)  the judgment identified on Schedule I and all rights of the Debtor with respect thereto;

    (d)  all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

    (e)  all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

Notwithstanding the foregoing provisions of this Exhibit A, such grant of security interest shall not extend to, and the term "Collateral" shall not include, any Assigned Agreement to the extent that (A) such Assigned Agreement is not assignable or capable of being encumbered as a matter of law or under the terms thereof (but solely to the extent that any such restriction shall be enforceable under applicable law), without the consent of any party thereto (other than

Page 1 of 8

NYK 610045-1.053322.0011

V3446 D747  Page 84

the Debtor) and (B) such consent has not been obtained; *provided, however*, that the foregoing grant of a security interest shall extend to, and the term "Collateral" shall include, (1) any and all proceeds of such Assigned Agreement to the extent that the assignment or encumbering of such proceeds is not so restricted and (2) upon any such consent of such party with respect to such otherwise excluded Assigned Agreement, thereafter such Assigned Agreement as well as any and all proceeds thereof that might theretofore have been excluded from such grant of a security interest and the term "Collateral".

The following terms when used in this Exhibit A shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

"*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in Item A of Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

## SCHEDULE II

See attached.

ISLEY BROTHERS - MASTER SONG LIST

### Songs

1   1 Player
2   25 Ta Life
3   Ain't Givin Up No Love
4   Ain't I Been Good To You
5   All In My Lover's Eyes
6   Are You With Me
7   At Your Best
8   At Your Best You Are Love
9   Baby Hold On
10  Baby You Got It
11  Ballad For The Fallen Soldier
12  Belly Dancer
13  Between The Sheets
14  Big Dope Dealer
15  Big Poppa
16  Biggest Part Of Me
17  Bitties In The BK Lounge
18  Bless Your Heart
19  Breaker Breaker 1 9
20  Brown Eyed Girl
21  Buddah Lovaz
22  Can I Have A Kiss
23  Can't Let Go
24  Chill Factor
25  Choosey Lover
26  Climbin Up The Ladder
27  Come My Way
28  Cooling Me Out
29  Cow Jumped Over The Moon
30  Craziest
31  Dedicate This Song
32  Don't Give It Away
33  Don't Hold Back Your Love
34  Don't Say Goodnight
35  Drag
36  Every Day It Rains
37  Fight The Power
38  Float On
39  Floatin On Your Love
40  Footsteps In The Dark
41  For The Love Of You
42  Free Big Willie
43  From Ruthless 2 Death Row Do We All Part
44  From The Beginning
45  Fun And Games
46  Funkdafied
47  Get Into Something
48  Get My Licks In
49  Girls Will Be Girls

Page 4 of 8

V3446 D747   Page 87

50   Give The Women What They Want
51   Go All The Way
52   Go For What You Know
53   Go For Your Guns
54   Groove With You
55   Harvest For The World
56   Heat Is On, The
57   Here We Go Again
58   He's Got Your Love
59   Highways Of My Life
60   Hollywood Paradox
61   Hoochies Need Love Too
62   Hope You Feel Better Love
63   How Lucky I Am
64   Hurry Up And Wait
65   I Can't Let Go
66   I Got Work To Do
67   I Know
68   I Know Who You Been Sockin It To
69   I N C Ride
70   I Need Your Body
71   I Once Had Your Love
72   I Turned You On
73   I Wanna Be With You
74   I Wanna Be With You
75   I'd Rather Be Your Lover
76   If He Can You Can
77   If You Were There
78   I'll Do It All For You
79   In My Opinion
80   Inside You
81   It Was A Good Day
82   It's A Disco Night
83   It's Allright With Me
84   Its Your Thing *
85   I've Got To Get Myself Together
86   Keep On Doin
87   L D
88   Let Me Down Easy
89   Let Me In Your Life
90   Let's Fall In Love
91   Let's Get Intimate
92   Let's Make Love Tonight
93   Lettin Niggas Know
94   Life In The City
95   Liquid Love
96   Live It Up
97   Livin In The Life
98   Love Comes And Goes
99   Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.
                    Page  5  of  8

V3446 D747   Page 88

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

Page 6 of 8

V3446 D747  Page 89

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart

V3446 D747  Page 90

## SCHEDULE III

1.    Letter Agreement dated as of June 15, 1983 between CBS Records, a Division of CBS, Inc., and T-Neck Records, Inc.

THIS SPACE FOR USE OF FILING OFFICER

V3446 D747 Page 41

## FINANCING STATEMENT — FOLLOW INSTRUCTIONS CAREFULLY

This Financing Statement is presented for filing pursuant to the Uniform Commercial Code and will remain effective, with certain exceptions, for 5 years from date of filing

| A. NAME & TEL. OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|

C. RETURN COPY TO (Name and Mailing Address)

McDermott, Will & Emery
50 Rockefeller Plaza
New York, New York  10020

D. OPTIONAL DESIGNATION (if applicable)  ☐ LESSOR/LESSEE  ☐ CONSIGNOR/CONSIGNEE  ☐ NON-UCC FILING

1. DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (1a or 1b)

| 1a. ENTITY'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME: Isley | FIRST NAME: Rudolph | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS  c/o Isley Brothers Management  10866 Wilshire Blvd., Suite 560 | CITY: Los Angeles | STATE: CA  COUNTRY: USA  POSTAL CODE: 90024 | |
| 1d. SS. OR TAX I.D. #  OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR  1e. TYPE OF ENTITY | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 1g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY  ☐ NONE | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – Insert only one debtor name (2a or 2b)

| 2a. ENTITY'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE  COUNTRY  POSTAL CODE | |
| 2d. SS. OR TAX I.D. #  OPTIONAL ADD'NL INFO RE: ENTITY DEBTOR  2e. TYPE OF ENTITY | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION | 2g. ENTITIES ORGANIZATIONAL I.D. #, IF ANY  ☐ NONE | |

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME – Insert only one secured party name (3a or 3b)

| 3a. ENTITY'S NAME: The Pullman Group, LLC | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 3c. MAILING ADDRESS  1370 Avenue of the Americas | CITY: New York | STATE: NY  COUNTRY: USA  POSTAL CODE: 10019 | |

4. This FINANCING STATEMENT covers the following types or items of property:
See Exhibit A attached hereto and made a part hereof.

File with the County of Los Angeles

7. If filed in Florida (check one)
☐ Documentary stamp tax paid   ☐ Documentary stamp tax not applicable

5. CHECK BOX (if applicable)  ☐ This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required)

8. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable)

6. REQUIRED SIGNATURE(S) DEBTOR: Rudolph Isley

9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional)  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

SECURED PARTY: The Pullman Group, LLC

C&C-The United States Corp. Co.
1013 Centre Road
Wilmington, DE 19805-1297

(1) FILING OFFICER COPY

— NATIONAL FINANCING STATEMENT (FORM UCC1) (TRANS) (REV. 12/18/95)

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

Secured Party:   The Pullman Group, LLC
                 1370 Avenue of the Americas
                 New York, New York 10019

Debtor:   Rudolph Isley
         c/o Isley Brothers
         Management
         10866 Wilshire Blvd.
         Suite 560
         Los Angeles, CA 90024

      All of the Debtor's right, title and interest in and to the following, whether now or hereafter existing or acquired (the "*Collateral*"):

        (a) all Copyright Collateral and other general intangibles of the Debtor;

        (b) the judgment identified on Schedule I and all rights of the Debtor with respect thereto.

        (c) all books, records, writings, data bases, information and other property relating to, used or useful in connection with, evidencing, embodying, incorporating or referring to, any of the foregoing in this Exhibit A; and

        (d) all products, offspring, rents, issues, profits, returns, income and proceeds of and from any and all of the foregoing Collateral (including proceeds which constitute property of the types described in clauses (a) through (e) above and, to the extent not otherwise included, all payments under insurance (whether or not the Secured Party is the loss payee thereof), or any indemnity, warranty or guaranty, payable by reason of loss or damage to or otherwise with respect to any of the foregoing Collateral).

      The following terms when used in this Exhibit A shall have the following meanings (such meanings to be equally applicable to the singular and plural forms thereof):

      "*Copyright Collateral*" means all copyrights of the Debtor, whether statutory or common law, registered or unregistered, now or hereafter in force throughout the world including all of the Debtor's right, title and interest in and to all copyrights registered in the United States Copyright Office or anywhere else in the world and also including the copyrights referred to in Item A of Schedule II attached hereto, and all applications for registration thereof, whether pending or in preparation, all copyright licenses, the right to sue for past, present and future infringements of any thereof, all rights corresponding thereto throughout the world, all extensions and renewals of any thereof and/or all proceeds of the foregoing, including licenses, royalties, income, payments, claims, damages and proceeds of suit.

Page 1 of 7

## SCHEDULE I

Final Judgment for Three Boys Music Corporation against (i) Michael Bolton in the amount of $932,924; (ii) Sony Music Entertainment, Inc. in the amount of $4,218,838; (iii) Warner-Chappell Music Limited, Tamerlane Publishing Corporation and WB Music Corporation in the amount of $75,900; and (iv) Andrew Goldmark in the amount of $220,785, pursuant to an order dated December 18, 1996, CV 92-1177 LGB (BQRx).

## SCHEDULE II

See attached.

NYK 610046-1.053322.0011

ISLEY BROTHERS - MASTER SONG LIST

## Songs

| | |
|---|---|
| 1 | 1 Player |
| 2 | 25 Ta Life |
| 3 | Ain't Givin Up No Love |
| 4 | Ain't I Been Good To You |
| 5 | All In My Lover's Eyes |
| 6 | Are You With Me |
| 7 | At Your Best |
| 8 | At Your Best You Are Love |
| 9 | Baby Hold On |
| 10 | Baby You Got It |
| 11 | Ballad For The Fallen Soldier |
| 12 | Belly Dancer |
| 13 | Between The Sheets |
| 14 | Big Dope Dealer |
| 15 | Big Poppa |
| 16 | Biggest Part Of Me |
| 17 | Bitties In The BK Lounge |
| 18 | Bless Your Heart |
| 19 | Breaker Breaker 1 9 |
| 20 | Brown Eyed Girl |
| 21 | Buddah Lovaz |
| 22 | Can I Have A Kiss |
| 23 | Can't Let Go |
| 24 | Chill Factor |
| 25 | Choosey Lover |
| 26 | Climbin Up The Ladder |
| 27 | Come My Way |
| 28 | Cooling Me Out |
| 29 | Cow Jumped Over The Moon |
| 30 | Craziest |
| 31 | Dedicate This Song |
| 32 | Don't Give It Away |
| 33 | Don't Hold Back Your Love |
| 34 | Don't Say Goodnight |
| 35 | Drag |
| 36 | Every Day It Rains |
| 37 | Fight The Power |
| 38 | Float On |
| 39 | Floatin On Your Love |
| 40 | Footsteps In The Dark |
| 41 | For The Love Of You |
| 42 | Free Big Willie |
| 43 | From Ruthless 2 Death Row Do We All Part |
| 44 | From The Beginning |
| 45 | Fun And Games |
| 46 | Funkdafied |
| 47 | Get Into Something |
| 48 | Get My Licks In |
| 49 | Girls Will Be Girls |

Page 4 of 7

50  Give The Women What They Want
51  Go All The Way
52  Go For What You Know
53  Go For Your Guns
54  Groove With You
55  Harvest For The World
56  Heat Is On, The
57  Here We Go Again
58  He's Got Your Love
59  Highways Of My Life
60  Hollywood Paradox
61  Hoochies Need Love Too
62  Hope You Feel Better Love
63  How Lucky I Am
64  Hurry Up And Wait
65  I Can't Let Go
66  I Got Work To Do
67  I Know
68  I Know Who You Been Sockin It To
69  I N C Ride
70  I Need Your Body
71  I Once Had Your Love
72  I Turned You On
73  I Wanna Be With You
74  I Wanna Be With You
75  I'd Rather Be Your Lover
76  If He Can You Can
77  If You Were There
78  I'll Do It All For You
79  In My Opinion
80  Inside You
81  It Was A Good Day
82  It's A Disco Night
83  It's Allright With Me
84  Its Your Thing *
85  I've Got To Get Myself Together
86  Keep On Doin
87  L D
88  Let Me Down Easy
89  Let Me In Your Life
90  Let's Fall In Love
91  Let's Get Intimate
92  Let's Make Love Tonight
93  Lettin Niggas Know
94  Life In The City
95  Liquid Love
96  Live It Up
97  Livin In The Life
98  Love Comes And Goes
99  Love Fever
100  Love Is A Wonderful Thing
101  Love Is What You Make It

\*Its Your Thing is owned by Triple Three Music, Inc.  Any royalties that are
paid by EMI on any and all alleged rights   EMI has to administrate "Its
Your Thing" are also covered by this financing statment.

Page 5 of 7

102  Love Merry Go Round
103  Love Zone
104  Lover's Eve
105  Make Me Say It Again Girl
106  Mama I'm In Love With A Gangsta
107  Midnight Sky
108  Mind Blowin
109  Mind Over Matter
110  Most Beautifullest Thing In This World
111  My Block
112  My Heart
113  My Little Girl
114  Need A Little Taste Of Love
115  Nika
116  No Axe To Grind
117  Nobody But You/Me
118  Nobody Can Do The Dog Like I Do
119  Ol G
120  Ol Skool
121  One Day
122  One Day You'll Be Mine
123  Open Up Your Heart
124  Overshine
125  Party Night
126  Pass It On
127  People Of Today
128  Pride, The
129  Punks Jump Up To Get Down
130  Real Deal, The
131  Recipe Of A Hoe
132  Respectable
133  Rockin With Fire
134  Save Me
135  Say You Will
136  Second Nature
137  Sensuality
138  Shake
139  Shake Your Thang
140  Shakin With Linda
141  She's Gone
142  She's The One
143  Shoot Em Up
144  Shout
145  Shout It Out
146  Showdown
147  Smokin Me Out
148  So You Wanna Stay Down
149  Somebody Been Missin
150  Sound Of Revolution
151  Soup Remix
152  Special Delivery
153  Stone Cold Lover

Page 6 of 7

V3446 D747   Page 98

154  Story Book
155  Street Dreams
156  Sunshine
157  Take Me To The Next Phase
158  Tango
159  Tell Me When You Need It Again
160  Tell Me Who
161  Tha Crossroads
162  That Lady
163  Tonight Is The Night
164  Top Ta Bottom
165  Touch Me
166  Try To Do Something
167  Turn It Up
168  Turn On Tune In Drop Out
169  Twenty Five Ta Life
170  Twist And Shout
171  Twistin Belinda
172  Under The Influence
173  Voyage To Atlantis
174  Way Out Love
175  Week Ago
176  Welcome Into My Heart
177  What It Comes Down To
178  What You Do To Me
179  Whatcha Gonna Do
180  What's Going On
181  Who Loves You Better
182  Who Said
183  Who's That Lady
184  Winner Takes All
185  With You
186  Without A Doubt
187  Work To Do
188  Yes Yes Y'all
189  You Make Me Wanna Shout
190  You Still Feel The Need
191  Young Girls
192  Your Old Lady
193  You're Beside Me
194  You're The Key To My Heart