# EXHIBIT G-1

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

**THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.**

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
|---|---|
| **3476** | **682** |

| VOLUME | PAGE |
|---|---|



OFFICIAL SEAL

*Marybeth Peters*

**Register of Copyrights and Associate Librarian for Copyright Services**

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**RECEIVED**

**JAN 17 2002**

**DOCUMENT SECTION**

121825273

Do not write above this line.

**DOCUMENT COVER SHEET**
**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office) JAN 16 2002
Month   Day   Year

Volume 3476   Page 682
Volume 3476   Page 682

FUNDS RECEIVED _____

FOR OFFICE USE ONLY

**To the Register of Copyrights:**

*Please record the accompanying original document or copy thereof.*

**1** Name of the party or parties to the document spelled as they appear in the document  (List up to the first three)

Three Boys' Music Corporation
The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document   July   23   1999
(month)   (day)   (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other   Engagement Letter

**5** Title of first work as given in the document   After the Dance

**6** Total number of titles in document   112

**7** Amount of fee calculated   $ 230.00

**8** Fee enclosed
☐ Check
☐ Money Order

☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____
Account name _____

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation *must* be signed even if you are also signing Space 10.)

Signature   *Robert G. Roomian*
Date   1/15/02
Phone Number   212-750-0210   Fax Number   212-750-0464

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____ Founder Chairman and CEO
The Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of:   1/15/02
Date

Recordation will be mailed in window envelope to this address:

Name ▼   Robert G. Roomian, Esq.
Number/Street/Apt ▼   P.O. Box 7111
City/State/Zip ▼   Alexandria, VA 22307

YOU MUST
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL ELEMENTS TOGETHER
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999   20,000
WEB REV: June 1999   ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56

JUN-15-2000  12:35   MWE

# PULLMAN

**THE PULLMAN GROUP,® LLC**
*1370 Avenue of the Americas*
*New York, NY 10019*
*212.750.0210 tel.*
*212.750.0464 fax*
*info@pullmanco.com*
*www.pullmanco.com*
*Securitizing the Future™*

V3476 D682

July 20, 1999

VIA FEDERAL EXPRESS

Ron and Rudolph Isley
Three Boys' Music Corporation
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA 90024

JAN 1 6. 200 2

Re:   Engagement as Exclusive Securitizing
      Agent and Advisor

Dear Mr. Ron and Rudolph Isley,

This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by Three Boys' Music Corporation, ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

1.   _Engagement Period._  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

2.   _Exclusive Authority._  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions. Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman. Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions. Pullman may perform the same or similar services for others, as well as engage in other business activities.

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

JUN-15-2000  12:41

Engagement between Pullman and Three Boys' Music Corporation
Page 2

3. <u>Pullman's Services.</u> Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee approval, Pullman or an affiliate, as appropriate, will, using reasonable best efforts, perform or cause to be performed under its supervision the following services (collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities") or asset sale(s) backed by Record Masters, Music Publishing and Writers' share, including the composition "Love Is A Wonderful Thing" and its full copyright infringement judgment obtained against Michael Bolton, Sony, et al. and future royalties from such (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner, Owner's financial condition, or the Assets, and subject to the governing securities laws and regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility ("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions and other matters as Pullman shall reasonably deem necessary.

4. <u>Obligations of Owner.</u> Owner undertakes that, using its reasonable best efforts, Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all documents, agreements and other information, in hard copy and database form, which in Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence, marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees or agents is accurate and complete in all material respects, on the express understanding that Pullman shall be entitled to rely thereon without verification and to include all or any portions thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all documentation reasonably necessary to obtain the required ratings relating to the Securities and to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction, which

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

*Engagement between Pullman and Three Boys' Music Corporation*        V3476 D682   Page 3
Page 3

Pullman determines in the reasonable exercise of its discretion are necessary and appropriate to perform due diligence or other Services.

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.   Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees. **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

      (iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees or structuring fees of Pullman or out-of-pocket expenses, interest, Interest Rate and/or Interest Rate Buydown and/or any other fees contemplated herein and third-party expenses incurred by Pullman related to performance of the Services.

    6.   <u>Interest Rate.</u>  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities. For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down the securities from a yield of 9.50% at its sole discretion. Purchase price is to be set below par to reflect above yield.

    7.   <u>Refinancing or Asset Sale(s).</u>  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities. Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement. Such refinancing will be on the same terms and conditions outlined herein.  This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

    8.   <u>Breach.</u>  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach. No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

    9.   <u>Indemnification.</u>  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened. Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct. The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

    10.   <u>Non-circumvention.</u>  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

*Engagement between Pullman and Three Boys' Music Corporation*          V3476 D682  Page 5
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to paragraph 5 hereof.

11.  <u>Assignability</u>.  Pullman may not assign its rights and/or obligations under this Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman. Owner may not assign its rights and/or obligations under this Engagement Letter without the consent of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold the Assets and approved by counsel for the company issuing the Securities, if such assignment is necessary and prudent in connection with the securitization, and provided that such assignment shall not relieve Owner of its obligations hereunder.

12.  <u>Law and venue</u>.  This Engagement Letter shall be interpreted under and governed by the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or in connection with this Engagement Letter, the federal and state courts located in New York, New York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be commenced solely in said courts.  The losing party shall reimburse the prevailing party for its reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13.  <u>Authority</u>.  Owner represents and warrants to Pullman that all requisite approval action required under Owner's by-laws relating to Owner's entering into and performing in full under this Engagement Letter has been duly taken.

14.  <u>Confidentiality</u>.  Each of Owner and Pullman, on its own behalf and on behalf of its partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this Engagement Letter, the form and contents of all documents, instruments and other materials relating to the other party and to the Transactions which may become available to it during the course of performance under this Engagement Letter, and all information pertaining to the Securities, including the structure, the credit spread, and the other terms (collectively, the "Materials"), are confidential.  No such Materials, nor any portion of the contents or substance thereof or of this Engagement Letter may be communicated or made available to any person other than Owner and Pullman without the express prior written approval of the other party, except that each party may distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary for the party's performance hereunder and except that Pullman may publish information regarding the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this provision shall cause irreparable harm to the other party that remedies at law will be inadequate to redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar equitable relief against the other party in the event of breach of this provision.

15.  <u>Modifications</u>.  This Engagement Letter contains the entire agreement between the parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16.  <u>Notices</u>.  All notices under this Engagement Letter must be in writing and will be considered given when delivered by hand (including by courier service), or on the fifth day after being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

© Copyright 1998-1999. The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Three Boys' Music Corporation     V3476 D682   Page 6
Page 6

respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

Please execute this Engagement Letter in the space provided below and return the original to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _____

Its: _____CEO_____

ACCEPTED AND AGREED:

THREE BOYS' MUSIC CORPORATION

By_____
   Rudolph Isley

Title:_____V. P_____

Date:____7/23/99_____
   (Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

**SCHEDULE A    V3476 D682   Page 7**

**The Subject Compositions**

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| AFTER THE DANCE | 3/6/1976 | EP 351582 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95). |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  (In notice: Jobete Music Co., Inc.)  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. All renewed by Elgie Stover and Anna Gaye (RE 697-612 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Marvin Gaye |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281033 | 2/2/1998 | 1999 | Jobete Music Co., Inc.  New matter: Spanish translation.  Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Fuqua Pub. Co.  Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725360 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Marvin Gaye.  Also renewed by William Stevenson (RE 484-181 on 6/26/90) |
| BELLS, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvisa Gaye |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Mona Marvisa Gaye. Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308329 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Mona Marvisa Gaye |
| CLEO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

5/22/2001

V3476 D682 Page 3

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315837 | | 2002 | Jobete Music Co., Inc. |
| CONNIE | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/23/90). |
| COUNT OF COMMON PLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson (RE 601-283 on 12/16/92) |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/24/1994 | 1995 | Jobete Music Co., Inc. New matter: French translation. Previously registered as EU 190590 on 7/15/64. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire. |
| DEEP IN IT | 12/19/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc. New matter: some revisions and added lyrics and some music revision. Previously published on 9/25/71, EP 291366 |
| DON'T CRY FOR ME | 10/1/1965 | EP 208216 | 4/29/1972 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Willie Farmer (RE 634-674 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/19/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Fay Hale and George Gordy (RE 634-695 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/4/1976 | EP 351727 | | 2005 | Jobete Music Company |
| FIXIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| FIXIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293863 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (Additional words and music). Renewed by Anna Gaye |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc. (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson (RE 529-519 on 4/8/91) |

Page A-2

5/22/2001

V3476 D632 Page 9

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|------------------------------|--------------|------------------------|------------------------------------------|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc.   (copyright date in notice: 1971 and 1973)   New matter: changes in tempo, words and music.   Previously published on 12/21/70  EP 281236. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/2/1998 | 1999 | Jobete Music Co., Inc.   Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/30/1995 | 1996 | Jobete Music Co., Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 596-680 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by John Bristol and Harvey Fuqua (RE 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc.   Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye.   Also renewed by Clarence Paul and William Stevenson (RE 446-181 on 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/8/1991 | 1992 | Jobete Music Co., Inc.   Renewed by Clarence Paul and William Stevenson |
| I CAN'T HELP BUT LOVE YOU | 1/15/1968 | EP 241008 | 1/1/1996 | 1997 | Jobete Music Co., Inc.   Renewed by Robert Gordy and Thomas Kemp |
| I HEAR THE BELLS | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul, Stanley Ossman and Raymona Liles (RE 597-744 on 1/1/95) |
| I LOVE YOU | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Anna Gaye and Margaret Johnson (RE 596-702 on 3/1/95). |
| I LOVE YOU SECRETLY | 1/29/1973 | EP 318103 | | 2002 | Jobete Music Co., Inc. |
| I WANT TO COME HOME FOR CHRISTMAS | 12/4/1972 | EP 306137 | 1/3/2000 | 2001 | Jobete Music Co., Inc.   Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye an Forest Hairston |
| I'LL NEVER DO THAT AGAIN | 8/7/1961 | EU 682259 | 10/16/1989 | 1990 | Birdsong Pub. Co.   Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL WAIT FOR YOU | 1/16/1970 | EP 267756 | 1/2/1998 | 1999 | Jobete Music Co., Inc.   Renewed by Charles Edward Laskey |
| IF I SHOULD DIE TONIGHT | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Chersitown Music Company, Inc. |
| IF THIS WORLD WERE MINE | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |

6/22/2001

Page A-3

73476 0662 Page 20

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/18/1968 | EP 243265 | 1/3/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/200(WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/20/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-891 on 11/23/90) |
| IT HURT ME TOO | 7/20/1962 | EU 729916 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-122 on 11/23/90) |
| IT'S GOT TO BE LOVE | 9/1/1965 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAM | 6/3/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 9/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375635 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1966 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-942 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

V3476 D632   Page 11

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309814 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter:  strings added and musical variations.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288939 | 1/3/2000 | 2000 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 5/21/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Dentato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul and William Stevenson (RE 529-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194258 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 601-359 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 317253 | | 2002 | Jobete Music Co., Inc. and Chartdown Music Company, Inc. |
| POOR ABBEY WALSH | 12/29/1972 | EP 309006 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul and Dave Hamilton  (RE 631-086  on 4/5/92) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield and William Stevenson (RE 536-215 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Earl Derouen |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Reznaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 634-661 on 10/25/92) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

5/22/2001

Page A-5

V3476 D662  Page 12

## SCHEDULE A
## The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| SOUL BONGO | 11/23/1962 | EU 746203 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul (RE 497-001 on 11/23/90) |
| STEPPING CLOSER TO YOUR HEART | 10/1/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Harvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and George Gordy (RE 484-181 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc.  New matter:  revised melody in blues setting |
| T PLAYS IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/1/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307203 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THERE GOES MR. T | 12/19/1972 | EP 305007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 319580 | 1/1/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter:  arrangement. Renewed by EMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor in work made for hire |
| TROUBLE MAN | 5/3/1974 | EP 329340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  (In jobtes' Jobete Music Company, Inc. and Twentieth Music Corporation).  New matter:  melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by James Nyx |
| WHAT'S GOING ON? | 12/31/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 6/12/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson. |

Page A-6

5/22/2001

V3476 D682 Page 12

## SCHEDULE A
## The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimant & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/20/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Previously published on 12/31/70; EP 281238. Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323326 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Previously published 12/21/70; EP 281238 and 8/12/71; EP 289520. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320331 | 1/3/2000 | 2001 | Jobete Music Co., Inc. New matter: instrumental version. Renewed by Frankie Christian Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/15/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 248233 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 753369 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield (RE 525-343 on 2/11/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708071 | 11/23/1990 | 1991 | Fuqua Pub. Co. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kuner and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 9/27/1973 | EP 317264 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

5/22/2001

# EXHIBIT G-2

*Copyright
Office
of the
United
States*

**THE
LIBRARY
OF
CONGRESS**

*Certificate of Recordation*

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
|--------|------|
| **3476** | **689** |

| VOLUME | PAGE |
|--------|------|

OFFICIAL SEAL

*Marybeth Peters*

**Register of
Copyrights and
Associate
Librarian for
Copyright
Services**

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**RECEIVED**

JAN 17 2002

**DOCUMENT SECTION**

Do not write above this line.

121825284

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)   JAN 16 2002

| | Month | Day | Year |
|---|---|---|---|
| Volume 3476 | | Page | 689 |
| Volume 3476 | | Page | 689 |

FUNDS RECEIVED

**To the Register of Copyrights:**

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

Bovina Music Inc.

The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document   July   23   1999
(month)   (day)   (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other   Engagement Letter

**5** Title of first work as given in the document   After the Dance

**6** Total number of titles in document   112

**7** Amount of fee calculated   $ 230.00

**8** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to:
Copyright Office
Deposit Account number _____
Account name _____

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document. (Affirmation *must* be signed even if you are also signing Space 10.)

Signature _Robert G. Roomian_
Date   1/15/02
Phone Number   212-750-0210   Fax Number   212-750-0464

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____
The   Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of: _____
Date   1/15/02

Recordation will be mailed in window envelope to this address:

Name▼   Robert G. Roomian, Esq.

Number/Street/Apt▼   P.O. Box 7111

City/State/ZIP▼   Alexandria, VA 22307

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

\*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999   20,000
WEB REV: June 1999   ♻ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56

# PULLMAN®

**THE PULLMAN GROUP,℮ LLC**
*1370 Avenue of the Americas*
*New York, NY 10019*
*212.750.0210 tel.*
*212.750.0464 fax*
*info@pullmanco.com*
*www.pullmanco.com*
Securitizing the Future™

**V3476  D689**



JAN 16 2002

*STRUCTURED ASSET SALES GROUP*

July 20, 1999

**VIA FEDERAL EXPRESS**

Ron and Rudolph Isley
Bovina Music Inc.
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA  90024

Re:    Engagement as Exclusive Securitizing
       Agent and Advisor

Dear Mr. Ron and Rudolph Isley,

This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by Bovina Music Inc., ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

1.    <u>Engagement Period</u>.  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

2.    <u>Exclusive Authority</u>.  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions.  Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman.  Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions.  Pullman may perform the same or similar services for others, as well as engage in other business activities.

℮ Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D689   Page 2

Engagement between Pullman and Bovina Music, Inc.
Page 2

3.   _Pullman's Services_.  Subject in the case of each particular Transaction to
Pullman's due-diligence review and the approval of Pullman's Commitment Committee and
Credit Committee approval, Pullman or an affiliate, as appropriate, will, using reasonable best
efforts, perform or cause to be performed under its supervision the following services
(collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities")
or asset sale(s) backed by Record Masters, Music Publishing and Writers' share (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at
least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner,
Owner's financial condition, or the Assets, and subject to the governing securities laws and
regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility
("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the
Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due
Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions
and other matters as Pullman shall reasonably deem necessary.

4.   _Obligations of Owner_.  Owner undertakes that, using its reasonable best efforts,
Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all
documents, agreements and other information, in hard copy and database form, which in
Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence,
marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other
agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees
or agents is accurate and complete in all material respects, on the express understanding that
Pullman shall be entitled to rely thereon without verification and to include all or any portions
thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all
documentation reasonably necessary to obtain the required ratings relating to the Securities and
to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's
choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to
serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction,
which Pullman determines in the reasonable exercise of its discretion are necessary and
appropriate to perform due diligence or other Services.

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

12/30/1999  01:26    3148784710    ISLEY MGMT WINBUSH P    PAGE  03

V3476 D689   Page 3

Engagement between Pullman and Bovina Music, Inc.
Page 3

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.   Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees.  **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

© Copyright 1998-1999, The Pullman Group, LLC.. All rights expressly reserved.

12/30/1999  01:40   3148784710         ISLEY MGMT WINBUSH P         PAGE  04

V3476 D689   Page 4

Engagement between Pullman and Bovina Music, Inc.
Page 4

(iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees of Pullman or out-of-pocket expenses, interest, and third-party expenses incurred by Pullman related to performance of the Services.

6.  <u>Interest Rate.</u>  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities.  For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down the securities from a yield of 9.50% at its sole discretion.  Purchase price is to be set below par to reflect above yield.

7.  <u>Refinancing or Asset Sale(s).</u>  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities.  Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement.  Such refinancing will be on the same terms and conditions outlined herein.  This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

8.  <u>Breach.</u>  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach.  No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

9.  <u>Indemnification.</u>  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened.  Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct.  The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

10.  <u>Non-circumvention.</u>  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any Transaction is consummated between Owner and/or its affiliates and the lender or investor introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to paragraph 5 hereof.

11.  <u>Assignability.</u>  Pullman may not assign its rights and/or obligations under this Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman.

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D689   Page 5

Engagement between Pullman and Bovina Music, Inc.
Page 5

Owner may not assign its rights and/or obligations under this Engagement Letter without the consent of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold the Assets and approved by counsel for the company issuing the Securities, if such assignment is necessary and prudent in connection with the securitization, and provided that such assignment shall not relieve Owner of its obligations hereunder.

12.  Law and venue.  This Engagement Letter shall be interpreted under and governed by the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or in connection with this Engagement Letter, the federal and state courts located in New York, New York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be commenced solely in said courts.  The losing party shall reimburse the prevailing party for its reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13.  Authority.  Owner represents and warrants to Pullman that all requisite approval action required under Owner's by-laws relating to Owner's entering into and performing in full under this Engagement Letter has been duly taken.  Owner designates Dennis Kennedy as its Authorized Representative(s) in connection with the Engagement and the Transactions and warrants that its Authorized Representative(s) is duly authorized to act on its behalf, including as to all matters on which Pullman may seek approval or authorization.  Owner shall give prompt notice to Pullman in the event that an individual named herein ceases to be authorized or if any other individuals are designated Authorized Representatives during the Engagement Period.

14.  Confidentiality.  Each of Owner and Pullman, on its own behalf and on behalf of its partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this Engagement Letter, the form and contents of all documents, instruments and other materials relating to the other party and to the Transactions which may become available to it during the course of performance under this Engagement Letter, and all information pertaining to the Securities, including the structure, the credit spread, and the other terms (collectively, the "Materials"), are confidential.  No such Materials, nor any portion of the contents or substance thereof or of this Engagement Letter may be communicated or made available to any person other than Owner and Pullman without the express prior written approval of the other party, except that each party may distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary for the party's performance hereunder and except that Pullman may publish information regarding the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this provision shall cause irreparable harm to the other party that remedies at law will be inadequate to redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar equitable relief against the other party in the event of breach of this provision.

15.  Modifications.  This Engagement Letter contains the entire agreement between the parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16.  Notices.  All notices under this Engagement Letter must be in writing and will be considered given when delivered by hand (including by courier service), or on the fifth day after being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Bovina Music, Inc.              V3476 D689  Page 6
Page 6

      Please execute this Engagement Letter in the space provided below and return the
original to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _____

Its: _____

ACCEPTED AND AGREED:

BOVINA MUSIC, INC.

By: _____
    Ronald Isley

Title: _____

Date: _____
    (Commencement Date)

BOVINA MUSIC, INC.

By: _____
    Rudolph Isley

Title: _____

Date: _____
    (Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

SCHEDULE A    V3476 D689   Page 7
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|------------------------------|--------------|-----------------------|------------------------------------------|
| AFTER THE DANCE | 3/6/1976 | EP 351582 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc. Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95). |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | Jobete Music Co., Inc. (In notice: Jobete Music Co., Inc.) Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. All renewed by Elgie Stover and Anna Gaye (RE 697-612 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Anna Gaye and Marvin Gaye. |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/3/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281032 | 1/2/1998 | 1999 | Jobete Music Co., Inc. New matter: Spanish translation. Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Fuqua Pub. Co. Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye... |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 735360 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye, III and Nona Marvies Gaye. Also renewed by William Stevenson (RE 464-181 on 6/16/90). |
| BELLE, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover. |
| BELLE, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| BHLLA, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/13/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvies Gaye. Also renewed... |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Marvin Gaye III and Nona Marvies Gaye, Marvin Gaye III and Nona Marvies Gaye. Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308329 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Marvin Gaye III and Nona Marvies Gaye |
| CLEO'S APARTMENT | 12/15/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

5/23/2001

V3476 D689 Page 8

SCHEDULE A
The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315837 | | 2002 | Jobete Music Co., Inc. |
| CONNIE | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/13/90). |
| COURT OF COMMON PLEA | 9/2/1968 | EP 245837 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/20/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson (RE 601-283 on 12/16/92) |
| DIANE TROS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc. New matter: French translation. Previously registered as 190590 on 7/15/64. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire. |
| DEEP IN IT | 12/13/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc. New matter: some revisions and added lyrics. Previously published on 9/25/71, EP 291366 revision. |
| DON'T CRY FOR ME | 10/1/1965 | EP 208316 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye, renewed by Willie Farmer (RE 624-674 on 10/8/93) |
| DON'T MESS WITH MR. T | 12/13/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Renewed by Frankie... |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by Fay Hale and George Gordy (RE 624-605 on 10/26/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 365727 | | 2005 | Jobete Music Company |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288395 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293863 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (Additional words and music). Renewed by Anna Gaye. |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc. (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson (RE 529-519 on 4/8/91... |

5/22/2001

V3476 D689   Page 9

**SCHEDULE A**
**The Subject Compositions**

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998, | 2002 | Jobete Music Co., Inc. (copyright date in notice: 1971 and 1973) New Matter: changes in tempo, words and music. Previously published on 12/21/70 EP 281336. Renewed by Anna Gaye |
| GOD IS LOVE | 12/21/1970 | EP 281336 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/20/1995 | 1996 | Jobete Music Co., Inc. Renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 696-680 on 2/1/95) renewed by John Bristol. |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by John Bristol and Harvey Fuqua (RE 577-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul and William Stevenson (RE 646-188 on 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/8/1991 | 1992 | Jobete Music Co., Inc. Renewed by Clarence Paul and William Stevenson |
| I CAN'T HELP BUT LOVE YOU | 1/15/1968 | EP 241008 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Robert Gordy and Thomas Kemp |
| I HEAR THE BELLS | 6/15/1967 | EP 222612 | 1/20/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Clarence Paul, Stanley Ossman and Raymond Miles (RE 697-746 on 2/1/95) |
| I LOVE YOU | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye and Margaret Johnson (RE 696-702 on 3/1/95) |
| I LOVE YOU SECRETLY | 1/29/1977 | EP 210103 | | 2002 | Jobete Music Co., Inc. |
| I WANT TO COME HOME FOR CHRISTMAS | 12/4/1972 | EP 306137 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Marvin Gaye an Forest Hairston |
| I'LL NEVER DO THAT AGAIN | 8/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co. Renewed by Harvey Fuqua, Robert White and James Nyx. |
| I'LL WAIT FOR YOU | 2/16/1970 | EP 267754 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Charles Edward Leakey |
| IF I SHOULD DIE TONIGHT | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Charstown Music Company, Inc. |
| IF THIS WORLD WERE MINE | 5/1/1967 | EP 230951 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |

5/22/2001

V3476 D689   Page 10

**SCHEDULE A**
**The Subject Compositions**

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 1/18/1968 | EP 242265 | 1/7/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WOULD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co. Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001(WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co. Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/30/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co. Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RR 497-091 on 11/23/90) |
| IT HURT ME TOO | 7/30/1962 | EU 729916 | 11/23/1990 | 1991 | Jobete Music Co. Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RR 497-122 on 11/23/90) |
| IT'S GOT TO BE LOVE | 9/1/1965 | EU 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RR 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAN | 6/1/1974 | EP 326335 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Charriton Music Company, Inc. |
| LATER REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A CAMERA | 12/19/1972 | EP 194497 | 3/21/1994 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1965 | EP 307207 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Harold Edwards, Brian Holland and William Stevenson (RR 634-542 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Warner/Chappell report, there is an in-process renewal application, which was filed by Thomson and Warner/Chappell, Inc. |

V3476 D689 Page 11

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THING FROM TROUBLE MAN | 12/26/1972 | EP 309824 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter: strings added and musical variations. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288939 | 1/3/2000 | 2000 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/31/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Pentato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by Clarence Paul and William Stevenson (RE 523-520 on 4/8/91) |
| MEND YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194258 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 601-389 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 317253 | | 2002 | Jobete Music Co., Inc. and Charleton Music Company, Inc. |
| POOR ABBEY WALSH | 12/15/1972 | EP 309006 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul and Dave Hamilton (RE 631-086 on 4/1/92) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Norman Whitfield and William Stevenson (RE 524-... 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Earl Derouen |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Ronaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 634-661 on 10/25/93) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

5/22/2001

V3476 D689 Page 12

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| SOUL BOARD | | | | | |
| STEPPING CLOSER TO YOUR HEART | 11/23/1962 | EU 746203 | 11/23/1990 | 1991 | Jobete Music Co. Inc. Also renewed by Clarence Paul (RE 457-031 on 11/23/90) |
| STUBBORN KIND OF FELLOW | 10/1/1964 | EU 154058 | 10/20/1992 | 1993 | Jobete Music Co. Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Marvin Gaye. Also renewed by Harvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co. Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvin Gaye. Also renewed by William Stevenson and George Gordy (RE 464-183 on 6/26/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co. Inc. New matter: revised melody in blues setting |
| I PLAYS IT COOL | 12/15/1972 | EP 307196 | | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. |
| I STAND FOR TROUBLE | 12/15/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. Renewed by Frankie Christi... |
| THREE FROM TROUBLE MAN | 11/15/1972 | EP 307203 | | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/15/1972 | EP 307204 | | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1971 | EP 319580 | 1/3/2000 | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. |
| THERE GOES MR. T | 12/15/1972 | EP 309007 | | 2001 | Jobete Music Co. Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 9/3/1974 | EP 329340 | | 2003 | Jobete Music Co. Inc. and Twentieth Century Music Corp. New matter: arrangement. Renewed by BMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor of work made for hire |
| TROUBLE MAN | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co. Inc. and Twentieth Century Music Corp. (In notice: Jobete Music Company, Inc. and Twentieth Music Corporation). New matter: melodic changes |
| WE CAN MAKE IT, BABY | 12/21/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co. Inc. Renewed by James Nyx |
| WHAT'S GOING ON? | 8/13/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co. Inc. Renewed by Ronaldo Benson |
| WHAT'S GOING ON? | | | | | Renewed by Ronaldo Benson. |

V3476 D689  Page 13

**SCHEDULE A**
**The Subject Compositions**

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/20/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Previously published on 12/21/70; EP 281238 and 4/12/71; EP 281238. Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323326 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Previously published 12/21/70; EP 281238 and 4/12/71; EP 289520. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye ar |
| WHAT'S GOING ON? | 12/28/1972 | EP 320331 | 1/3/2000 | 2001 | Jobete Music Co., Inc. New matter: instrumental version. Renewed by Frankie Christian Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/16/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 248233 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 753369 | 11/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield (ER 525-343 on 2/11/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708871 | 11/23/1990 | 1991 | Fuqua Pub. Co. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kamar and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 317264 | 12/31/1998 | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

5/22/2001

# EXHIBIT G-3

*Copyright*
*Office*
*of the*
*United*
*States*

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

| DATE OF RECORDATION |  |
| --- | --- |
| **16Jan02** | |

| VOLUME | PAGE |
| --- | --- |
| **3476** | **692** |

| VOLUME | PAGE |
| --- | --- |

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**RECEIVED**

**JAN 17 2002**

**DOCUMENT SECTION**

12182531

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)   JAN 16, 2002

| Month | Day | Year |
|---|---|---|

Volume 3476   Page 692
Volume 3476   Page 692

FUNDS RECEIVED

Do not write above this line.

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

O'Kelly Isley Estate

The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document    July 23 1999
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other  Engagement Letter

**5** Title of first work as given in the document    After the Dance

**6** Total number of titles in document    112

**7** Amount of fee calculated    $ 230.00

**8** Fee enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____

Account name _____

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature  *Robert G. Roomian*
Date  1/15/02

212-750-0210        212-750-0464
Phone Number           Fax Number

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature  _____  Founder Chairman and CEO

The Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of:
Date  1/15/02

Recordation will be mailed in window envelope to this address:

Name▼  Robert G. Roomian, Esq.

Number/Street/Apt▼  P.O. Box 7111

City/State/ZIP▼  Alexandria, VA 22307

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $80 and $15 for each group of 10 additional titles as of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.

June 1999   20,000
WEB REV: June 1999    ♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56

JUN-15-2000  12:37       MWE                                          P.12



# PULLMAN ®

---

**THE PULLMAN GROUP,® LLC**     **V3476 D692**
*1370 Avenue of the Americas*
*New York, NY 10019*
*212.750.0210 tel*
*212.750.0464 fax*
*info@pullmanco.com*
*www.pullmanco.com*
Securitizing the Future™

PN 16 2002

***STRUCTURED ASSET SALES GROUP***

July 20, 1999

VIA FEDERAL EXPRESS

O'Kelly Isley Estate
C/o Ron and Rudolph Isley
Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA  90024

> Re:    Engagement as Exclusive Securitizing
>         Agent and Advisor

Dear Mr. Ron and Rudolph Isley,

     This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by O'Kelly Isley Estate, ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

    1.    <u>Engagement Period</u>.  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

    2.    <u>Exclusive Authority</u>.  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions. Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman. Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions. Pullman may perform the same or similar services for others, as well as engage in other business activities.

    3.    <u>Pullman's Services</u>.  Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee

© Copyright 1998-1999, The Pullman Group. LLC.  All rights expressly reserved.

V3476 D692   Page 1

Engagement between Pullman and O'Kelly Isley Estate          V3476 D692  Page 2
Page 2

approval, Pullman or an affiliate, as appropriate, will, using reasonable best efforts, perform or cause to be performed under its supervision the following services (collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities") or asset sale(s) backed by Record Masters, Music Publishing and Writers' share (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner, Owner's financial condition, or the Assets, and subject to the governing securities laws and regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility ("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions and other matters as Pullman shall reasonably deem necessary.

4.    Obligations of Owner.  Owner undertakes that, using its reasonable best efforts, Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all documents, agreements and other information, in hard copy and database form, which in Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence, marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees or agents is accurate and complete in all material respects, on the express understanding that Pullman shall be entitled to rely thereon without verification and to include all or any portions thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all documentation reasonably necessary to obtain the required ratings relating to the Securities and to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction, which Pullman determines in the reasonable exercise of its discretion are necessary and appropriate to perform due diligence or other Services.

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and O'Kelly Isley Estate                V3476 D692   Page 3
Page 3

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.    Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees.  **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and O'Kelly Isley Estate                    V3476 D692   Page 4
Page 4

Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

    (iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees or structuring fees of Pullman or out-of-pocket expenses, interest, Interest Rate and/or Interest Rate Buydown and/or any other fees contemplated herein and third-party expenses incurred by Pullman related to performance of the Services.

    6.    Interest Rate.  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities.  For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down the securities from a yield of 9.50% at its sole discretion. Purchase price is to be set below par to reflect above yield.

    7.    Refinancing or Asset Sale(s).  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities.  Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement.  Such refinancing will be on the same terms and conditions outlined herein.  This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

    8.    Breach.  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach.  No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

    9.    Indemnification.  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened.  Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct. The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

    10.   Non-circumvention.  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and O'Kelly Isley Estate          V3476 D692   Page 5
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor
introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to
paragraph 5 hereof.

11. <u>Assignability</u>. Pullman may not assign its rights and/or obligations under this
Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman.
Owner may not assign its rights and/or obligations under this Engagement Letter without the consent
of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold
the Assets and approved by counsel for the company issuing the Securities, if such assignment is
necessary and prudent in connection with the securitization, and provided that such assignment shall
not relieve Owner of its obligations hereunder.

12. <u>Law and venue</u>. This Engagement Letter shall be interpreted under and governed by
the laws of the State of New York. In the event that any legal proceeding shall be instituted under or
in connection with this Engagement Letter, the federal and state courts located in New York, New
York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be
commenced solely in said courts. The losing party shall reimburse the prevailing party for its
reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13. <u>Authority</u>. Owner represents and warrants to Pullman that all requisite approval
action required under Owner's by-laws relating to Owner's entering into and performing in full under
this Engagement Letter has been duly taken.

14. <u>Confidentiality</u>. Each of Owner and Pullman, on its own behalf and on behalf of its
partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this
Engagement Letter, the form and contents of all documents, instruments and other materials relating
to the other party and to the Transactions which may become available to it during the course of
performance under this Engagement Letter, and all information pertaining to the Securities,
including the structure, the credit spread, and the other terms (collectively, the "Materials"), are
confidential. No such Materials, nor any portion of the contents or substance thereof or of this
Engagement Letter may be communicated or made available to any person other than Owner and
Pullman without the express prior written approval of the other party, except that each party may
distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary
for the party's performance hereunder and except that Pullman may publish information regarding
the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to
publish reports on the Transactions. Each of Owner and Pullman acknowledges that a breach of this
provision shall cause irreparable harm to the other party that remedies at law will be inadequate to
redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar
equitable relief against the other party in the event of breach of this provision.

15. <u>Modifications</u>. This Engagement Letter contains the entire agreement between the
parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16. <u>Notices</u>. All notices under this Engagement Letter must be in writing and will be
considered given when delivered by hand (including by courier service), or on the fifth day after
being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the
respective addresses stated at the beginning of this Engagement Letter (or at such other address as a
party may specify by notice given to the other).

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and O'Kelly Isley Estate                          V3476 D692  Page 6
Page 6

Please execute this Engagement Letter in the space provided below and return the original
to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _____

Its: _C EO_____

ACCEPTED AND AGREED:

O'KELLY ISLEY ESTATE

By: _____
Ronald Isley, as executor for the O'Kelly Isley Estate

Title: _____

Date: _7/23/99_____
(Commencement Date)

O'KELLY ISLEY ESTATE

By: _____
Rudolph Isley, as executor for the O'Kelly Isley Estate

Title: _____

Date: _7/23/99_____
(Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

**SCHEDULE A    V3476 D692    Page 7**
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| AFTER THE DANCE | 3/6/1976 | EP 351583 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95). |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  (In notice:  Jobette Music Co., Inc.)  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd and Anna Gaye (RE 697-612 on 3/1/95) All renewed by Elgie Stover and Anna Gaye. |
| BABY, I'M FOR REAL | 5/22/1969 | EP 252278 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Marvin Gaye. |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye. |
| BABY, YOU SURE THRILL ME | 9/1/1965 | UE 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281033 | 1/2/1998 | 1999 | Jobete Music Co., Inc. as proprietor in a work made for hire.  New matter:  Spanish translation.  Renewed by Jobete Music Company, Inc. |
| BECAUSE OUR LOVE IS REAL | 5/26/1961 | EU 676601 | 8/31/1988 | 1990 | Fuqua Pub. Co.  Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye. |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725360 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson (RE 484-181 on 6/25/90). |
| BELLS, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover. |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye (RE 696-679 on 2/1/95) by Elgie Stover and Anna Gaye. |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308329 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye. |
| CLEO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

V3476 D692   Page 8

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315837 | | 2002 | Jobete Music Co., Inc. |
| CONNIE | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/23/90). |
| COURT OF COMMON PLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson (RE 601-283 on 12/15/92) |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc. New matter: French translation. Previously registered 190590 on 7/15/64. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire. |
| DEEP IN IT | 12/13/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc. New matter: some revisions and added lyrics and some melodic revision. Previously published on 9/25/71, EP 291366 |
| DON'T CRY FOR ME | 10/1/1965 | EP 208116 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Willie Parmer (RE 634-674 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/13/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by by Frankie Christian Gaye, Marvin Gaye III and Nona Marvina Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Fay Hale and George Gordy (RE 634-605 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 351727 | | 2005 | Jobete Music Company |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 292863 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (Additional words and music). Renewed by Anna Gaye |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc. (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvina Gaye. Also renewed by William Stevenson (RE 523-519 on 4/8/91.) |

5/22/2001

V3476 D692   Page 9

SCHEDULE A
The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc. (copyright date in notice: 1971 and 1973) New matter: changes in tempo, words and music. Previously published on 12/31/70 EP 281236. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/3/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye. Also renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 696-690 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye. Also renewed by John Bristol and Harvey Fuqua (RE 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvin Gaye. Also renewed by Clarence Paul and William Stevenson (RE 444-... 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/4/1991 | 1992 | Jobete Music Co., Inc. Renewed by Clarence Paul and William Stevenson |
| I CAN'T HELP BUT LOVE YOU | 1/3/1968 | EP 241008 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Robert Gordy and Thomas Kemp |
| I HEAR THE BELLS | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye. Also renewed by Clarence Paul, Stanley Ossman and Raymond Giles (RE 697-746 on 1/3/95) |
| I LOVE YOU | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye. Also renewed by Anna Gaye and Margaret Johnson (RE 696-702 on 2/1/95) |
| I LOVE YOU SECRETLY | 1/29/1973 | EP 310103 | | 2002 | Jobete Music Co., Inc. |
| I WANT TO COME HOME FOR CHRISTMAS | 12/4/1972 | EP 306137 | 1/2/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvin Gaye an Forrest Hairston |
| I'LL NEVER DO THAT AGAIN | 8/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co. Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL WAIT FOR YOU | 1/16/1970 | EP 267754 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Charles Edward Leakey |
| IF I SHOULD DIE TONIGHT | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Charritoon Music Company, Inc. |
| IF THIS WORLD WERE MINE | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye |

5/22/2001

V3476 D692  Page 10

SCHEDULE A
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/19/1968 | EP 243265 | 1/3/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/2/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/20/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-991 on 11/13/90) |
| IT HURT ME TOO | 7/30/1962 | EU 729916 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-122 on 11/13/90) |
| IT'S GOT TO BE LOVE | 9/1/1955 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 634-511 on 10/25/91) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAN | 6/3/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Charritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING/DREAM CALLED A GIRL, A | 2/1/1965 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-942 on 10/25/91) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

5/22/2001

V3476 D692   Page 11

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309814 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter: strings added and musical variations.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288933 | 1/3/2000 | 2000 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/21/1971 | EP 292717 | 12/31/1999 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Denisto)  Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul and William Stevenson (RE 529-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194358 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 601-359 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 317253 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| POOR ABBEY WALSH | 12/19/1972 | EP 309906 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul and Dave Hamilton  (RE 631-086 on 4/1/93) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield and William Stevenson (RE 516-269 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Earl Derouen |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 634-661 on 10/25/93) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

Page A-5

5/22/2001

V3476 D692  Page 12

**SCHEDULE A**
**The Subject Compositions**

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| SOUL BONGO | 11/23/1962 | EU 746203 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul (RE 497-091 on 11/13/90) |
| STEPPING CLOSER TO YOUR HEART | 10/2/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Als renewed by Marvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson and George Gordy (RE 484-183 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc.  New matter: revised melody in blues setting |
| T PLAYS IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christi Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307203 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THERE GOES MR. T | 12/19/1972 | EP 309007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 319580 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter: arrangement.  Renewed by BMI Catalogue Partnership and Jobete Music Company, Inc. as provision in work made for hire |
| TROUBLE MAN | 9/3/1974 | EP 333340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp. (In notice:  Jobete Music Company, Inc. and Twentieth Music Corporation).  New matter:  melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by James Nyx |
| WHAT'S GOING ON? | 12/21/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 8/12/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson. |

V3476 D692  Page 13

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/30/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Previously published on 12/21/70; EP 281238. Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323326 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Previously published 12/21/70; EP 281238 and 8/12/71; EP 289520. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye ac Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320231 | 1/3/2000 | 2001 | Jobete Music Co., Inc. New matter: instrumental version. Renewed by Frankie Christina Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/16/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 246233 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 752369 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield (RE 535-343 on 2/11/91) |
| WEIGHTING ABOUT YOU | 3/1/1962 | EU 708871 | 11/23/1990 | 1991 | Fuqua Pub. Co. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kamar and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 317264 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 6/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

5/23/2001

# EXHIBIT G-4

# Copyright Office of the United States

### THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
|---|---|
| **3476** | **693** |

| VOLUME | PAGE |
|---|---|

OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002.
After that date, check the Copyright Of-
fice Website at www.loc.gov/copyright or
call (202) 707-3000 for current fee infor-
mation.

121825320

**RECEIVED**

JAN 17 2002

**DOCUMENT SECTION**

Do not write above this line.

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

**DOCUMENT COVER SHEET**
For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office) JAN. 16. 2002

| Month | Day | Year |
|-------|-----|------|

Volume 3476   Page 693
Volume 3476   Page 693

FUNDS RECEIVED

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

T-Neck Records, Inc.
The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document
July 23 1999
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other   Engagement Letter

**5** Title of first work as given in the document   After the Dance

**6** Total number of titles in document   112

**7** Amount of fee calculated   $ 230.00

**8** Fee
☒ enclosed
☒ Check
☐ Money Order

☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number

Account name

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)



Signature *Robert G. Roomian*
Date 1/15/02
Phone Number 212-750-0210   Fax Number 212-750-0464

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____ Fowler Chairman CEO
The Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of:
Date 1/15/02

Recordation
will be mailed
in window
envelope to
this address:

Name▼ Robert G. Roomian, Esq.

Number/Street/Apt▼ P.O. Box 7111

City/State/ZIP▼ Alexandria, VA 22307

YOU MUST
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to Register of Copyrights
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recorda-
tion fee for the
Document
Cover Sheet is
$50 and $15
for each group
of 10 addi-
tional titles as
of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999   20,000
WEB REV: June 1999      ♻ PRINTED ON RECYCLED PAPER      ✩U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56



# PULLMAN ®

**THE PULLMAN GROUP,® LLC** V3476 D693

1370 Avenue of the Americas
New York, NY 10019
212.750.0210 tel.
212.750.0464 fax
info@pullmanco.com
www.pullmanco.com
Securitizing the Future℠

JAN 16 2002

**STRUCTURED ASSET SALES GROUP**

July 20, 1999

VIA FEDERAL EXPRESS

Ron and Rudolph Isley
T-Neck Records, Inc.
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA  90024

Re:   Engagement as Exclusive Securitizing
      Agent and Advisor

Dear Mr. Ron and Rudolph Isley,

        This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by T-Neck Records, Inc., ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

   1.    <u>Engagement Period</u>.  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

   2.    <u>Exclusive Authority</u>.  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions.  Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman.  Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions.  Pullman may perform the same or similar services for others, as well as engage in other business activities.

V3476 D693   Page 1

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and T-Neck Records, Inc.
Page 2

3.   Pullman's Services.  Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee approval, Pullman or an affiliate, as appropriate, will, using reasonable best efforts, perform or cause to be performed under its supervision the following services (collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities") or asset sale(s) backed by Record Masters and Record Royalties (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner, Owner's financial condition, or the Assets, and subject to the governing securities laws and regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility ("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions and other matters as Pullman shall reasonably deem necessary.

4.   Obligations of Owner.  Owner undertakes that, using its reasonable best efforts, Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all documents, agreements and other information, in hard copy and database form, which in Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence, marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees or agents is accurate and complete in all material respects, on the express understanding that Pullman shall be entitled to rely thereon without verification and to include all or any portions thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all documentation reasonably necessary to obtain the required ratings relating to the Securities and to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction, which Pullman determines in the reasonable exercise of its discretion are necessary and appropriate to perform due diligence or other Services.

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

Engagement between Pullman and T-Neck Records, Inc.
Page 3

V3476 D693   Page 3

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.   Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of ~~$25,000~~, payable at execution of this Engagement Letter and credited toward fees. **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D693   Page 4

Engagement between Pullman and T-Neck Records, Inc.
Page 4

Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

    (iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees or structuring fees of Pullman or out-of-pocket expenses, interest, Interest Rate and/or Interest Rate Buydown and/or any other fees contemplated herein and third-party expenses incurred by Pullman related to performance of the Services.

    6.    Interest Rate.  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities.  For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down the securities from a yield of 9.50% at its sole discretion. Purchase price is to be set below par to reflect above yield.

    7.    Refinancing or Asset Sale(s).  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities.  Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement.  Such refinancing will be on the same terms and conditions outlined herein.  This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

    8.    Breach.  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach.  No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

    9.    Indemnification.  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened.  Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct.  The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

    10.    Non-circumvention.  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D693   Page 5

Engagement between Pullman and T-Neck Records, Inc.
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to paragraph 5 hereof.

11.   Assignability.  Pullman may not assign its rights and/or obligations under this Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman. Owner may not assign its rights and/or obligations under this Engagement Letter without the consent of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold the Assets and approved by counsel for the company issuing the Securities, if such assignment is necessary and prudent in connection with the securitization, and provided that such assignment shall not relieve Owner of its obligations hereunder.

12.   Law and venue.  This Engagement Letter shall be interpreted under and governed by the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or in connection with this Engagement Letter, the federal and state courts located in New York, New York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be commenced solely in said courts.  The losing party shall reimburse the prevailing party for its reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13.   Authority.  Owner represents and warrants to Pullman that all requisite approval action required under Owner's by-laws relating to Owner's entering into and performing in full under this Engagement Letter has been duly taken.

14.   Confidentiality.  Each of Owner and Pullman, on its own behalf and on behalf of its partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this Engagement Letter, the form and contents of all documents, instruments and other materials relating to the other party and to the Transactions which may become available to it during the course of performance under this Engagement Letter, and all information pertaining to the Securities, including the structure, the credit spread, and the other terms (collectively, the "Materials"), are confidential.  No such Materials, nor any portion of the contents or substance thereof or of this Engagement Letter may be communicated or made available to any person other than Owner and Pullman without the express prior written approval of the other party, except that each party may distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary for the party's performance hereunder and except that Pullman may publish information regarding the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this provision shall cause irreparable harm to the other party that remedies at law will be inadequate to redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar equitable relief against the other party in the event of breach of this provision.

15.   Modifications.  This Engagement Letter contains the entire agreement between the parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16.   Notices.  All notices under this Engagement Letter must be in writing and will be considered given when delivered by hand (including by courier service), or on the fifth day after being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D693   Page 6

Engagement between Pullman and T-Neck Records, Inc.
Page 6

respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

   Please execute this Engagement Letter in the space provided below and return the original to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _____

Its: _____CEO_____

ACCEPTED AND AGREED:

T-NECK RECORDS, INC.

By: _____
       Rudolph Isley

Title: _____V.P._____

Date: ___7/23/99_____
       (Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

SCHEDULE A    V3476 D693    Page 7
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| AFTER THE DANCE | 3/6/1976 | EP 351582 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc. Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95) |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | Jobete Music Co., Inc. (In notice: Jobette Music Co., Inc.) Renewed by Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. All renewed by Elgie Stover and Anna Gaye (RE 697-612 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Anna Gaye and Marvin Gaye. |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281033 | 1/5/1998 | 1999 | Jobete Music Co., Inc. New matter: Spanish translation. Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Pagus Pub. Co. Renewed by Pagus, Robert White, James Nyx and Marvin Gaye. |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725360 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye, Marvina Gaye. Also renewed by William Stevenson (RE 484-111 on 6/25/90) |
| BELLS, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvina Gaye |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Marvin Gaye III and Nona Marvina Gaye. Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308329 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Marvin Gaye III and Nona Marvina Gaye. |
| CIAO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

5/22/2001

V3476 D693  Page 8

**SCHEDULE A**
**The Subject Compositions**

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315437 | | 2002 | Jobete Music Co., Inc. |
| CORNIN | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/23/90) |
| COURT OF COMMON PLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by William Stevenson (RE 601-283 on 12/16/92) |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc. New matter: French translation. Previously registered on 7/15/66. Renewed by Jobete Music Company, Inc. as a proprietor of a work made for hire. |
| DEEP IN IT | 12/19/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DEFIANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323222 | | 2002 | Jobete Music Co., Inc. New matter: some revisions and added lyrics and music of revision. Previously published on 9/25/71, EP 291366 |
| DON'T CRY FOR ME | 10/1/1965 | EP 208216 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Millie Farmer (RE 634-674 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/19/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Fay Hale and George Gourdy (RE 634-605 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 351727 | | 2005 | Jobete Music Company |
| FIXIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| FIXIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293963 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (Additional words and music). Renewed by Anna Gaye |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc. (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson (RE 529-519 on 4/8/91) |

V3476 D693 Page 9

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc. (copyright date in notice: 1971 and 1973) New matter: changes in tempo, words and music. Previously published on 12/21/70 EP 281236. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 696-680 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by John Bristol and Harvey Fuqua (RE 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE ... 6/25/90) |
| HITCH HIKE | 2/1/1963 | EP 172740 | 4/4/1991 | 1992 | Jobete Music Co., Inc. Renewed by Clarence Paul and William Stevenson |
| I CAN'T HELP BUT LOVE YOU | 1/15/1968 | EP 241008 | 1/2/1996 | 1997 | Jobete Music Co., Inc. Renewed by Robert Gordy and Thomas Kemp |
| I HEAR THE BELLS | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul, Stanley Ossman and Raymond Liles (RE 697-746 on 1/1/95) |
| I LOVE YOU | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Anna Gaye and Margaret Johnson (RE 696-702 on 3/1/95). |
| I LOVE YOU SECRETLY | 1/29/1973 | EP 310103 | | 2002 | Jobete Music Co., Inc. |
| I WANT TO COME HOME FOR CHRISTMAS | 12/4/1972 | EP 306127 | 1/2/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye an Forrest Hairston |
| I'LL NEVER DO THAT AGAIN | 9/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co. Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL WAIT FOR YOU | 1/16/1970 | EP 267764 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Charles Edward Laskey |
| IF I SHOULD DIE TONIGHT | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| IF THIS WORLD WERE MINE | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |

Page A-3

8/22/2001

V3476 D693   Page 10

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/18/1968 | EP 243265 | 1/3/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/30/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (HM 497-091 on 11/13/90) |
| IT HURT ME TOO | 7/30/1962 | EU 728916 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-113 on 11/13/90) |
| IT'S GOT TO ME LOVE | 9/1/1965 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RM 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAN | 6/3/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1965 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-942 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomason and Thomason report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

V3476  D693   Page 11

**SCHEDULE A**
**The Subject Compositions**

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309314 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter: strings added and musical variations.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288939 | 1/3/2000 | 2000 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/21/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Dankato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758966 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul and William Stevenson (RE 529-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194159 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 601-359 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 9/24/1973 | EP 317253 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| POOR ABBEY WALSH | 12/19/1972 | EP 309006 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul and Dave Hamilton (RE 631-086 on 4/1/93) |
| PRIDE AND JOY | 2/13/1963 | EU 757652 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield and William Stevenson (RE 526-039 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Earl Dercoven |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| SINCE I HAD YOU | 3/4/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Clarence Paul (RE 631-661 on 10/25/93) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

5/25/2001

SCHEDULE A   V3476 D693   Page 12

The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|-------------------------------|--------------|------------------------|-----------------------------------------|
| SOUL MONGO | 11/23/1962 | EU 746203 | 11/23/1990 | 1991 | Jobete Music Co., Inc.   Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvisa Gaye. Also renewed by Clarence Paul (RE 497-031 on 11/12/90) |
| STEPPING CLOSER TO YOUR HEART | 10/1/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc.   Renewed by Frankie Gaye, Marvin Gaye III and Mona Gaye.   Als renewed by Harvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc.   Renewed by Frankie Christian Gaye, Marvin Gaye III and Mona Marvisa Gaye.   Also renewed by William Stevenson and George Gordy (RE 484-183 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/8/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc.   New matter:   revised melody in blues setting |
| T PLAIN IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.   Renewed by Frankie Christi Gaye, Marvin Gaye III and Mona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307203 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.   Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THERE GOES MR. T | 12/19/1972 | EP 309007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.   Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 319560 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.   New matter:   arrangement.   Renewed by BMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor in work made for hire |
| TROUBLE MAN | 9/3/1974 | EP 329340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp. (In notice:   Jobete Music Company, Inc. and Twentieth Music Corporation).   New matter:   melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co., Inc.   Renewed by James Nyx |
| WHAT'S GOING ON? | 12/21/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co., Inc.   Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 8/12/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co., Inc.   Renewed by Renaldo Benson. |

Page A-6

5/22/2001

V3476 D693   Page 13

**SCHEDULE A**
**The Subject Compositions**

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/30/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Previously published on 12/21/70; EP 281238.  Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323326 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Previously published 12/21/70; EP 281238 and 6/12/71; EP 289520.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320231 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  New matter: instrumental version.  Renewed by Frankie Christina Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/16/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 248233 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 753369 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield (RE 526-343 on 2/11/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708871 | 11/23/1990 | 1991 | Fuqua Pub. Co.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Hal Kamar and Harvey Fuqua |
| WHOLLY HOLY | 6/16/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 317264 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

5/22/2001

# EXHIBIT G-5

# Copyright Office of the United States

## THE LIBRARY OF CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
| --- | --- |
| **3476** | **694** |

| VOLUME | PAGE |
| --- | --- |

OFFICIAL SEAL

*Marybeth Peters*

Register of Copyrights and Associate Librarian for Copyright Services

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002.
After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee infor-
r...

**RECEIVED**

JAN 17 2002

**DOCUMENT SECTION**

121825331

Do not write above this line.

**DOCUMENT COVER SHEET**
**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)
Jan. 15, 2002

| Month | Day | Year |

Volume 3476 Page 694
Volume 3476 Page 694

FUNDS RECEIVED

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

Triple Three Music, Inc.

The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document  July  23  1999
(month) (day) (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other  Engagement Letter

**5** Title of first work as given in the document  After the Dance

**6** Total number of titles in document  112

**7** Amount of fee calculated
$ 230.00

**8** Fee enclosed
☒ Check
☐ Money Order

**9** ☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number
Account name

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

**9** Affirmation: I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature
Date  1/15/02
212-750-0210    212-750-0464
Phone Number     Fax Number

Signature
The  Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of:   1/15/02
Date

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document

MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $80 and $15 for each group of 10 additional titles as of July 1, 1999.

Recordation will be mailed in window envelope to this address:

Name▼  Robert G. Roomian, Esq.

Number/Street/Apt▼  P.O. Box 7111

City/State/ZIP▼  Alexandria, VA 22307

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.
June 1999   20,000
WEB REV: June 1999                    ♻ PRINTED ON RECYCLED PAPER              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56

JUN-15-2000  12:30      MWE                                    P.07



THE PULLMAN GROUP, LLC      **V3476 D694**
*1370 Avenue of the Americas*
*New York, NY 10019*                                    JUN 16 2002
*212.750.0210 tel.*
*212.750.0464 fax*
*info@pullmanco.com*
*www.pullmanco.com*                    *STRUCTURED ASSET SALES GROUP*
Securitizing the Future™

July 20, 1999

VIA FEDERAL EXPRESS

Ron and Rudolph Isley
Triple Three Music, Inc.
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA  90024

> Re:   Engagement as Exclusive Securitizing
>        Agent and Advisor

Dear Mr. Ron and Rudolph Isley,

     This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by Triple Three Music, Inc., ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

     1.   Engagement Period.  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

     2.   Exclusive Authority.  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions. Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman. Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions. Pullman may perform the same or similar services for others, as well as engage in other business activities.

® Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

                                                    TOTAL P.07
                                                         P.07
JUN-15-2000  12:36                    98%

Engagement between Pullman and Triple Three Music, Inc.
Page 2

3.   Pullman's Services.  Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee approval, Pullman or an affiliate, as appropriate, will, using reasonable best efforts, perform or cause to be performed under its supervision the following services (collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities") or asset sale(s) backed by Record Masters, Music Publishing and Writers' share (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner, Owner's financial condition, or the Assets, and subject to the governing securities laws and regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility ("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions and other matters as Pullman shall reasonably deem necessary.

4.   Obligations of Owner.  Owner undertakes that, using its reasonable best efforts, Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all documents, agreements and other information, in hard copy and database form, which in Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence, marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees or agents is accurate and complete in all material respects, on the express understanding that Pullman shall be entitled to rely thereon without verification and to include all or any portions thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all documentation reasonably necessary to obtain the required ratings relating to the Securities and to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction, which Pullman determines in the reasonable exercise of its discretion are necessary and appropriate to perform due diligence or other Services.

* Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D694  Page 2

Engagement between Pullman and Triple Three Music, Inc.
Page 3

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.    Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees.  Pullman will waive the retainer specifically for this transaction.

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

V3476 D694    Page 3

JUN-15-2000  12:35        MWE                                                   P.04

Engagement between Pullman and Triple Three Music, Inc.
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor
introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to
paragraph 5 hereof.

11.  _Assignability_.  Pullman may not assign its rights and/or obligations under this
Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman.
Owner may not assign its rights and/or obligations under this Engagement Letter without the consent
of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold
the Assets and approved by counsel for the company issuing the Securities, if such assignment is
necessary and prudent in connection with the securitization, and provided that such assignment shall
not relieve Owner of its obligations hereunder.

12.  _Law and venue_.  This Engagement Letter shall be interpreted under and governed by
the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or
in connection with this Engagement Letter, the federal and state courts located in New York, New
York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be
commenced solely in said courts.  The losing party shall reimburse the prevailing party for its
reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13.  _Authority_.  Owner represents and warrants to Pullman that all requisite approval
action required under Owner's by-laws relating to Owner's entering into and performing in full under
this Engagement Letter has been duly taken.

14.  _Confidentiality_.  Each of Owner and Pullman, on its own behalf and on behalf of its
partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this
Engagement Letter, the form and contents of all documents, instruments and other materials relating
to the other party and to the Transactions which may become available to it during the course of
performance under this Engagement Letter, and all information pertaining to the Securities,
including the structure, the credit spread, and the other terms (collectively, the "Materials"), are
confidential. No such Materials, nor any portion of the contents or substance thereof or of this
Engagement Letter may be communicated or made available to any person other than Owner and
Pullman without the express prior written approval of the other party, except that each party may
distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary
for the party's performance hereunder and except that Pullman may publish information regarding
the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to
publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this
provision shall cause irreparable harm to the other party that remedies at law will be inadequate to
redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar
equitable relief against the other party in the event of breach of this provision.

15.  _Modifications_.  This Engagement Letter contains the entire agreement between the
parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16.  _Notices_.  All notices under this Engagement Letter must be in writing and will be
considered given when delivered by hand (including by courier service), or on the fifth day after
being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the
respective addresses stated at the beginning of this Engagement Letter (or at such other address as a
party may specify by notice given to the other).

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Triple Three Music, Inc.,
Page 6

respective addresses stated at the beginning of this Engagement Letter (or at such other address
as a party may specify by notice given to the other).

          Please execute this Engagement Letter in the space provided below and return the
original to us to acknowledge your understanding and acceptance of the terms hereof.

                              Very truly yours,
                              The Pullman Group, LLC

                              By: _____

                              Its: _____CEO_____


ACCEPTED AND AGREED:


TRIPLE THREE MUSIC, INC.

By: _____
        Rudolph Isley

Title: _____VP_____

Date: _____7/23/99_____
        (Commencement Date)

© Copyright 1998-1999. The Pullman Group, LLC. All rights expressly reserved.

SCHEDULE A     V3476 D694   Page 6
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|-------------------------------|--------------|------------------------|------------------------------------------|
| AFTER THE DANCE | 3/5/1976 | EP 361582 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-588 on 3/1/95). |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | (In notice:  Jobette Music Co., Inc.)  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd.  All renewed by Elgie Stover and Anna Gaye (RE 697-612 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Marvin Gaye |
| BABY, IT'S LOVE | 10/5/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281032 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  New matter: Spanish translation.  Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Fuqua Pub. Co.  Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725360 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye 111 and Nona Marvisa Gaye.  Also renewed by William Stevenson (RE 464-181 on 6/25/90) |
| BELLS, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye 111 and Nona Marvisa Gaye |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226840 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Mona Marvisa Gaye.  Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308325 | 1/1/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye |
| CLEO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

Page A-1

5/22/2001

V3476 D694  Page 7

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315637 | | 2002 | Jobete Music Co., Inc. |
| CORNIE | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/23/90) |
| COREY OF COMMON FLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. All renewed by William Stevenson (RE 601-283 on 12/16/92) |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc.  New matter: French translation.  Previously registered as EU 190590 on 7/15/64.  Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire. |
| DEEP IN IT | 12/19/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc.  New matter: some revisions and added lyrics and revision.  Previously published on 9/26/71, EP 291366 |
| DON'T CRY FOR ME | 10/1/1965 | EP 208215 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. All renewed by Willie Farmer (RE 634-674 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/19/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Fay Hale and George Gordy (RE 634-605 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 361727 | | 2005 | Jobete Music Company |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293863 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  (Additional words and music).  Renewed by Anna Gaye |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson (RE 529-519 on 4/8/91) |

V3476 D694  Page 8

**SCHEDULE A**
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|------------------------------|--------------|------------------------|------------------------------------------|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc.  (copyright date in notice: 1971 and 1973)  New matter: changes in tempo, words and music.  Previously published on 12/21/70  EP 281136. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/25/1967 | EP 226941 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Als renewed by John Bristol, Harvey Fuqua and Thomas Kemp (EU 696-680 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renew by John Bristol and Harvey Fuqua (EU 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and No Marvin Gaye.  Also renewed by Clarence Paul and William Stevenson (EU 516-168 on 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/4/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Clarence Paul and William Stevenson |
| HITCH HIKE | 1/15/1968 | EP 241008 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Robert Gordy and Thomas Kemp |
| I CAN'T HELP BUT LOVE YOU | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Clarence Paul, Stanley Ossman and Raymond Kiles (EU 697-746 on 3/1/95) |
| I HEAR THE BELLS | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Anna Gaye and Margaret Johnson  (EU 696-702 on 3/1/95) |
| I LOVE YOU | 1/29/1973 | EP 310103 | | 2002 | Jobete Music Co., Inc. |
| I LOVE YOU SECRETLY | 12/4/1972 | EP 306137 | 1/2/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III, and Nona Marvin Gaye an Forest Hairston |
| I WANT TO COME HOME FOR CHRISTMAS | 8/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co.  Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL NEVER DO THAT AGAIN | 1/16/1970 | EP 267754 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Charles Edward Laskey |
| I'LL WAIT FOR YOU | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Charktown Music Company, Inc. |
| IF I SHOULD DIE TONIGHT | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| IF THIS WORLD WERE MINE | | | | | |

Page A-7

6/22/2001

V3476 D694   Page 9

**SCHEDULE A**
**The Subject Compositions**

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/18/1968 | EP 243265 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  New matter: arrangement.  Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc.  New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co.  Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  New matter: arrangement.  Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/20/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson and Ricardo Wallace (RE 497-091 on 11/13/90) |
| IT HURT ME TOO | 7/30/1962 | EP 729916 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson and Ricardo Wallace (RE 497-122 on 11/13/90) |
| IT'S GOT TO BE LOVE | 9/1/1965 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul (RE 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAN | 6/3/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317352 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1965 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-942 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

Page A-6

V3476 D694  Page 10

SCHEDULE A
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309814 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter: strings added and musical variations. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288939 | 1/3/2000 | 2000 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/21/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Dentato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE 523-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194258 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 601-359 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 217253 | | 2002 | Jobete Music Co., Inc. and Charritown Music Company, Inc. |
| POOR ABBEY WALSH | 12/19/1972 | EP 309006 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and Dave Hamilton (RE 631-088 on 4/1/93) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield and William Stevenson (RE 523-519 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Earl Deroven |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Alec renewed by Clarence Paul (RE 634-661 on 10/25/93) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

5/22/2001

V3476 D694   Page 11

## SCHEDULE A
## The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|-------------------------------|--------------|------------------------|------------------------------------------|
| SOUL BONGO | 11/23/1962 | EU 746103 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul (RE 497-031 on 11/13/90) |
| STEPPING CLOSER TO YOUR HEART | 10/1/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Als renewed by Harvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson and George Gordy (RE 484-183 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc.  New matter:  revised melody in blues setting |
| T PLAYS IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christi Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307303 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THERE GOES MR. T | 12/19/1972 | EP 309007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 319580 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter:  arrangement Renewed by EMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor in work made for hire |
| TROUBLE MAN | 9/3/1974 | EP 329340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  (In motion:  Jobete Music Company, Inc. and Twentieth Music Corporation).  New matter:  melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by James Nyx |
| WHAT'S GOING ON? | 12/21/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 8/12/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson. |

5/23/2001

Page A-6

V3476 D694 Page 12

## SCHEDULE A
## The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/20/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Previously published on 12/21/70; EP 281238.  Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323326 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Previously published 12/21/70; EP 281238 and 8/12/71; EP 289520.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye an...Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320331 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  New matter: instrumental version.  Renewed by Frankie Christina Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/16/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 246223 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 753369 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield (RE 525-343 on 2/11/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708871 | 11/23/1990 | 1991 | Fuqua Pub. Co.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kaner and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 217264 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga... |

5/22/2001

EXHIBIT G-6

# Copyright Office of the United States

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
|--------|------|
| **3476** | **695** |

| VOLUME | PAGE |
|--------|------|

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**RECEIVED**

121825342



**JAN 17 2002**

**DOCUMENT SECTION**

Do not write above this line.

# DOCUMENT COVER SHEET
## For Recordation of Documents
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)

| JAN 16 2002 | | |
|---|---|---|
| Month | Day | Year |

Volume **3476** Page **695**

Volume **3476** Page **695**

FUNDS RECEIVED

---

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

FOR OFFICE USE ONLY

**1** Name of the party or parties to the document spelled as they appear in the document (List up to the first three)

Ronald Isley
The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document

| July | 23 | 1999 |
|---|---|---|
| (month) | (day) | (year) |

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other  Engagement Letter

**5** Title of first work as given in the document  After the Dance

**6** Total number of titles in document  112

**7** Amount of fee calculated  $ 230.00

**8** Fee enclosed
☒ Check
☐ Money Order

**9** ☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____

Account name _____

**Affirmation:** I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature  *Robert G. Roomian* 1/15/02

Date  212-750-0210    212-750-0464
Phone Number    Fax Number

**10** **Certification:** Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature  *[signature]* Fowler Chairman Itr

The  Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of:   1/15/02

Date

---

YOU MUST
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9

SEND ALL 3 ELEMENTS TOGETHER:
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document

MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

Recordation will be mailed in window envelope to this address:

Name ▼  Robert G. Roomian, Esq.

Number/Street/Apt ▼  P.O. Box 7111

City/State/ZIP ▼  Alexandria, VA 22307

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C. §1001.*

June 1999   20,000
WEB REV: June 1999    ☼ PRINTED ON RECYCLED PAPER

☼U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/58

# PULLMAN®

**THE PULLMAN GROUP,® LLC**
*1370 Avenue of the Americas*
*New York, NY 10019*
*212.750.0210 tel.*
*212.750.0464 fax*
*info@pullmanco.com*
*www.pullmanco.com*
Securitizing the Future℠

**V3476 D695**



JAN 16, 2002

*STRUCTURED ASSET SALES GROUP*

July 20, 1999

VIA FEDERAL EXPRESS

Ronald Isley
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA 90024

> Re:   Engagement as Exclusive Securitizing
>       Agent and Advisor

Dear Mr. Ronald Isley,

This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by Ronald Isley, ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

1.   Engagement Period. The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

2.   Exclusive Authority. During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions. Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman. Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions. Pullman may perform the same or similar services for others, as well as engage in other business activities.

3.   Pullman's Services. Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee

V3476 D695   Page 1

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

Engagement between Pullman and Ronald Isley
Page 2

approval, Pullman or an affiliate, as appropriate, will, using reasonable best efforts, perform or cause to be performed under its supervision the following services (collectively the "Services"):

(a) Structuring a securitization program for the issuance of securities (the "Securities") or asset sale(s) backed by Record Royalties, Record Masters, Music Publishing and Writers' share (the "Assets").

(b) Additionally subject to (i) the Securities' receiving an investment-grade rating by at least two nationally recognized rating agencies and (ii) no material, adverse changes in Owner, Owner's financial condition, or the Assets, and subject to the governing securities laws and regulations, marketing the Securities.

(c) Structuring and obtaining a secured line of credit or similar lending facility ("Warehouse Loan") on commercially reasonable terms.

(d) Compiling information, research and supporting data with respect to the Transactions and Owner (the "Due Diligence Package"), qualifying investors to review the Due Diligence Package and overseeing investors' due diligence review.

(e) Performing such due diligence with respect to the proposed parties to Transactions and other matters as Pullman shall reasonably deem necessary.

4.    Obligations of Owner.  Owner undertakes that, using its reasonable best efforts, Owner will:

(a) Make available or cause to be made available to Pullman, at Owner's expense, all documents, agreements and other information, in hard copy and database form, which in Pullman's reasonable judgment are necessary or appropriate for the performance of due diligence, marketing or sales in any of the Transactions.

(b) Provide Pullman with access to Owner's officers, directors, employees and other agents, as well as obligors under any loans, encumbrances or obligations of Owner.

(c) Ensure that all information provided by Owner and its officers, directors, employees or agents is accurate and complete in all material respects, on the express understanding that Pullman shall be entitled to rely thereon without verification and to include all or any portions thereof in any marketing, issuance or offering documents with respect to the Transactions.

(d) Negotiate in good faith and, subject to said negotiations, enter into all documentation reasonably necessary to obtain the required ratings relating to the Securities and to complete the Transactions with the third parties proposed by Pullman.

(e) Approve and retain, at Owner's expense, third-party contractors of Pullman's choosing, including but not limited to accountants, rating agencies, auditors, and attorneys to serve as Transaction counsel or Issuer's, Pullman's and/or investor's counsel, on any Transaction, which Pullman determines in the reasonable exercise of its discretion are necessary and appropriate to perform due diligence or other Services.

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

Engagement between Pullman and Ronald Isley
Page 3

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.    Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees.  **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

V3476 D695   Page 3

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Ronald Isley
Page 4

Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

      (iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees or structuring fees of Pullman or out-of-pocket expenses, interest, Interest Rate and/or Interest Rate Buydown and/or any other fees contemplated herein and third-party expenses incurred by Pullman related to performance of the Services.

    6.   <u>Interest Rate.</u>  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities.  For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down the securities from a yield of 9.50% at its sole discretion. Purchase price is to be set below par to reflect above yield.

    7.   <u>Refinancing or Asset Sale(s).</u>  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities.  Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement.  Such refinancing will be on the same terms and conditions outlined herein.   This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

    8.   <u>Breach.</u>  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach.  No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

    9.   <u>Indemnification.</u>  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened.  Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct.  The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

    10.   <u>Non-circumvention.</u>  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any

V3476 D695   Page 4

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Ronald Isley
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to paragraph 5 hereof.

    11.  <u>Assignability</u>.  Pullman may not assign its rights and/or obligations under this Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman. Owner may not assign its rights and/or obligations under this Engagement Letter without the consent of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold the Assets and approved by counsel for the company issuing the Securities, if such assignment is necessary and prudent in connection with the securitization, and provided that such assignment shall not relieve Owner of its obligations hereunder.

    12.  <u>Law and venue</u>.  This Engagement Letter shall be interpreted under and governed by the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or in connection with this Engagement Letter, the federal and state courts located in New York, New York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be commenced solely in said courts.  The losing party shall reimburse the prevailing party for its reasonable attorney's fees and costs incurred with respect to such legal proceeding.

    13.  <u>Authority</u>.  Owner represents and warrants to Pullman that all requisite approval action required under Owner's by-laws relating to Owner's entering into and performing in full under this Engagement Letter has been duly taken.

    14.  <u>Confidentiality</u>.  Each of Owner and Pullman, on its own behalf and on behalf of its partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this Engagement Letter, the form and contents of all documents, instruments and other materials relating to the other party and to the Transactions which may become available to it during the course of performance under this Engagement Letter, and all information pertaining to the Securities, including the structure, the credit spread, and the other terms (collectively, the "Materials"), are confidential.  No such Materials, nor any portion of the contents or substance thereof or of this Engagement Letter may be communicated or made available to any person other than Owner and Pullman without the express prior written approval of the other party, except that each party may distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary for the party's performance hereunder and except that Pullman may publish information regarding the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this provision shall cause irreparable harm to the other party that remedies at law will be inadequate to redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar equitable relief against the other party in the event of breach of this provision.

    15.  <u>Modifications</u>.  This Engagement Letter contains the entire agreement between the parties hereto and may be modified only in a writing signed by both Owner and Pullman.

    16.  <u>Notices</u>.  All notices under this Engagement Letter must be in writing and will be considered given when delivered by hand (including by courier service), or on the fifth day after being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

V3476 D695  Page 5

Engagement between Pullman and Ronald Isley
Page 6

Please execute this Engagement Letter in the space provided below and return the original
to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _____

Its: _Founder Chairman and CFO_

ACCEPTED AND AGREED:

RONALD ISLEY

By: _____

Title: _Pres._

Date: _7/23/99_____
      (Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

SCHEDULE A   V3476 D695   Page 7
The Subject Compositions

| Song | (c) Date | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| AFTER THE DANCE | 3/6/1976 | EP 351582 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95). |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | (In notice: Jobette Music Co., Inc.)  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. All renewed by Elgie Stover and Anna Gaye (RE 697-611 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Marvin Gaye. |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/21/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Nona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281033 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  New matter: Spanish translation.  Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Fuqua Pub. Co.  Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye. |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725360 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson (RE 484-181 on 6/25/90). |
| BELLS, THE | 8/1/1968 | EP 248432 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover. |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IN POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308339 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye |
| CLEO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

5/23/2001

V3476 D695   Page 8

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315837 | | 2002 | Jobete Music Co., Inc. |
| CORNER | 4/12/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by William Stevenson and Lamont Dozier (RE 496-976 on 11/13/90). |
| COURT OF COMMON PLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye (RE 601-283 on 11/16/92) renewed by William Stevenson |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc.  New matter: French translation.  Previously registered as EU 190590 on 7/15/64.  Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire. |
| DEEP IN IT | 12/19/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc.  New matter: some revisions and added lyrics and arrangement.  Previously published on 9/25/71.  EP 291366 revision. |
| DON'T CRY FOR ME | 10/1/1965 | EP 208216 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye renewed by Willie Farmer (RE 634-474 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/19/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Fay Hale and George Gordy (RE 614-605 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 361727 | | 2005 | Jobete Music Company |
| FIXIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293863 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  (Additional words and music).  Renewed by Anna Gaye. |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757667 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by William Stevenson (RE 539-515 on 4/8/91) |

Page A-2

5/22/2001

V3476 D695   Page 9

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc. (copyright date in notice: 1971 and 1973) New matter: changes in tempo, words and music. Previously published on 12/21/70 EP 281236. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| GOT TO GIVE IT UP, Pt. 1-2 | 3/30/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Ala renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 696-680 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 115590 | 3/21/1994 | 1995 | D. Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. by John Bristol and Harvey Fuqua (RE 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | EU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye, Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE ... 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/8/1991 | 1992 | Jobete Music Co., Inc. Renewed by Clarence Paul and William Stevenson |
| HITCH HIKE | 1/15/1968 | EP 241008 | 1/2/1996 | 1997 | Jobete Music Co., Inc. Renewed by Robert Gordy and Thomas Kemp |
| I CAN'T HELP BUT LOVE YOU | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Clarence Paul, Stanley Ossman and Raymona Liles (RE 697-746 on 3/1/95) |
| I HEAR THE BELLS | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. renewed by Anna Gaye and Margaret Johnson (RE 696-702 on 3/1/95) |
| I LOVE YOU | 1/29/1973 | EP 310103 | | 2002 | Jobete Music Co., Inc. |
| I LOVE YOU SECRETLY | 12/4/1972 | EP 306137 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye. Marvisa Gaye an Forrest Hairston |
| I WANT TO COME HOME FOR CHRISTMAS | 8/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co. Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL NEVER DO THAT AGAIN | 1/16/1970 | EP 267754 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Charles Edward Lankey |
| I'LL WAIT FOR YOU | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Charitown Music Company, Inc. |
| IF I SHOULD DIE TONIGHT | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |

5/22/2001

V3476 D695   Page 10

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/14/1968 | EP 242365 | 1/3/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1972 | EP 114567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001WANNA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/20/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-091 on 11/13/90) |
| IT HURT ME TOO | 7/30/1962 | EU 728916 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-112 on 11/13/90) |
| IT'S GOT TO BE LOVE | 9/1/1965 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAM | 6/5/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1965 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-843 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

5/22/2001

V3476 D695   Page 11

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309814 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter: strings added and musical variations. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 288939 | 1/3/2000 | 2000 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/31/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Dentato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/26/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE 529-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194258 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 601-359 on 12/16/91) |
| PARMAN DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 217253 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| POOR ABBEY WALSH | 12/19/1972 | EP 309906 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul and Dave Hamilton (RE 621-086 on 4/1/93) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield and William Stevenson (RE 526-538 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Earl Deroven |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 614-661 on 10/25/93) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

5/23/2001

V3476 D695 Page 12

SCHEDULE A
The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| SOUL BONGO | 11/23/1962 | EU 746203 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul (RE 497-031 on 11/13/90) |
| STEPPING CLOSER TO YOUR HEART | 10/1/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harvey Fuqua (RE 601-354 on 12/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by William Stevenson and George Gordy (RE 444-183 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc. New matter: revised melody in blues setting |
| T PLAYS IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Renewed by Frankie Christl Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307203 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THEME GOES MR. T | 12/19/1972 | EP 309007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 119580 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter: arrangement. Renewed by EMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor in work made for hire |
| TROUBLE MAN | 9/3/1974 | EP 229340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp. (in notice: Jobete Music Company, Inc. and Twentieth Music Corporation). New matter: melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by James Nyx |
| WHAT'S GOING ON? | 12/21/1970 | EP 281238 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 8/12/1971 | EP 185520 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson. |

5/23/2001

V3476 D695  Page 13

**SCHEDULE A**
**The Subject Compositions**

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|-------------------------------|--------------|------------------------|------------------------------------------|
| WHAT'S GOING ON? | 12/20/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Previously published on 12/21/70; EP 292210.  Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323226 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Previously published 12/21/70; EP 281238 and 8/31/71; EP 289520.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320331 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  New matter: instrumental version.  Renewed by Frankie Christina Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/15/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 248233 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 752365 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Norman Whitfield (RE 525-343 on 2/21/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708871 | 11/23/1990 | 1991 | Fuqua Pub. Co.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kanar and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 317264 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 2 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1969 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

# EXHIBIT G-7

*Copyright*
*Office*
*of the*
*United*
*States*

THE
LIBRARY
OF
CONGRESS

# Certificate of Recordation

THIS IS TO CERTIFY THAT THE ATTACHED DOCU-
MENT WAS RECORDED IN THE COPYRIGHT OFFICE
ON THE DATE AND IN THE PLACE SHOWN BELOW.

THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE COPYRIGHT OFFICE.

DATE OF RECORDATION

**16Jan02**

| VOLUME | PAGE |
|--------|------|
| **3476** | **696** |

| VOLUME | PAGE |
|--------|------|

OFFICIAL SEAL

*Marybeth Peters*

Register of
Copyrights and
Associate
Librarian for
Copyright
Services

Certificate of Recordation
C-762 March 2001—30,000

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

**RECEIVED**

JAN 17 2002

121825353

**DOCUMENT SECTION**

## DOCUMENT COVER SHEET
**For Recordation of Documents**
UNITED STATES COPYRIGHT OFFICE

DATE OF RECORDATION
(Assigned by Copyright Office)   JAN 16 2002

| Month | Day | Year |
|---|---|---|

Volume _3476_   Page _696_

Volume _3476_   Page _696_

FUNDS RECEIVED

Do not write above this line.

## To the Register of Copyrights:

*Please record the accompanying original document or copy thereof.*

**FOR OFFICE USE ONLY**

**1** Name of the party or parties to the document spelled as they appear in the document  (List up to the first three)

Rudolph Isley

The Pullman Group, LLC dba The Pullman Group

**2** Date of execution and/or effective date of the accompanying document

July _23_ 1999
(month)   (day)   (year)

**3** Completeness of document
☒ Document is complete by its own terms.
☐ Document is not complete. Record "as is."

**4** Description of document
☐ Transfer of Copyright
☐ Security Interest
☐ Change of Name of Owner
☐ Termination of Transfer(s) [Section 304]
☐ Shareware
☐ Life, Identity, Death Statement [Section 302]
☐ Transfer of Mask Works
☒ Other _Engagement Letter_

**5** Title of first work as given in the document   After the Dance

**6** Total number of titles in document   112

**7** Amount of fee calculated   $ 230.00

**8** Fee enclosed
☒ Check
☐ Money Order

**9** ☐ Fee authorized to be charged to :
Copyright Office
Deposit Account number _____
Account name _____

**Affirmation:** I hereby affirm to the Copyright Office that the information given on this form is a true and correct representation of the accompanying document. This affirmation will not suffice as a certification of a photocopy signature on the document.
(Affirmation *must* be signed even if you are also signing Space 10.)

Signature _Robert G. Roomian_
Date _1/15/02_

Phone Number _212-750-0210_   Fax Number _212-750-0464_

**10** Certification: Complete this certification in addition to the Affirmation if a photocopy of the original signed document is substituted for a document bearing the actual signature.
NOTE: This space *may not* be used for an official certification.
   I certify under penalty of perjury under the laws of the United States of America that the accompanying document is a true copy of the original document.

Signature _____
The Pullman Group, LLC dba The Pullman Group
Duly Authorized Agent of: _1/15/02_
Date _____

Recordation will be mailed in window envelope to this address:

Name ▼   Robert G. Roomian, Esq.

Number/Street/Apt ▼   P.O. Box 7111

City/State/ZIP ▼   Alexandria, VA 22307

YOU MUST:
• Complete all necessary spaces
• Sign your Cover Sheet in Space 9
SEND ALL 3 ELEMENTS TOGETHER
1. Two copies of the Document Cover Sheet
2. Check/money order payable to *Register of Copyrights*
3. Document
MAIL TO:
Library of Congress, Copyright Office
Documents Recordation Section, LM-462
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

The recordation fee for the Document Cover Sheet is $50 and $15 for each group of 10 additional titles as of July 1, 1999.

*Knowingly and willfully falsifying material facts on this form may result in criminal liability. 18 U.S.C.§1001.
June 1999  20,000
WEB REV: June 1999    PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/56

# PULLMAN ®

**THE PULLMAN GROUP,® LLC**  V3476 D696

*1370 Avenue of the Americas*
*New York, NY 10019*
*212.750.0210 tel.*
*212.750.0464 fax*
info@pullmanco.com
www.pullmanco.com
Securitizing the Future℠



JAN 16 2002

**STRUCTURED ASSET SALES GROUP**

July 20, 1999

VIA FEDERAL EXPRESS

Rudolph Isley
C/o Isley Brothers Management
10866 Wilshire Blvd., Suite 560
Los Angeles, CA 90024

Re:   Engagement as Exclusive Securitizing
      Agent and Advisor

Dear Mr. Rudolph Isley,

This engagement letter (the "Engagement Letter") confirms the engagement (the "Engagement") by Rudolph Isley, ("Owner") of The Pullman Group. ("Pullman") to act as Owner's agent and advisor on an exclusive basis with respect to the financial transactions described in paragraph 3(a) through (f) hereof ("Transactions"), on the following terms and conditions:

1.    **Engagement Period.**  The term of the Engagement (the "Engagement Period") shall commence on the date Owner executes this letter (as entered by Owner below its authorized signatory's signature) (the "Commencement Date") and shall expire unless extended by mutual agreement of the parties hereto, upon the expiration of Ron Isley's Federal bankruptcy proceeding.

2.    **Exclusive Authority.**  During the Engagement Period, neither Owner nor anyone acting on its behalf shall, other than with or through Pullman, undertake any activities with regard to Transactions.  Notwithstanding the foregoing, Owner may obtain interim financing without doing so with or through Pullman, on condition that Owner provide notice and the particulars thereof to Pullman and that the interim financing is pre-payable and shall be refinanced in a transaction contemplated under this Engagement Letter to be the subject of Services by Pullman.  Owner will refer to Pullman any expressions of interest and offers which Owner receives during the Engagement Period with respect to any Transactions.  Pullman may perform the same or similar services for others, as well as engage in other business activities.

3.    **Pullman's Services.**  Subject in the case of each particular Transaction to Pullman's due-diligence review and the approval of Pullman's Commitment Committee and Credit Committee

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Rudolph Isley
Page 5

Transaction is consummated between Owner and/or its affiliates and the lender or investor introduced by Pullman, Owner will be liable to Pullman for fees on the Transaction pursuant to paragraph 5 hereof.

11.   Assignability.  Pullman may not assign its rights and/or obligations under this Engagement Letter without the consent of Owner, except to one or more affiliates of Pullman. Owner may not assign its rights and/or obligations under this Engagement Letter without the consent of Pullman, except to any one or more single-purpose corporations or partnerships formed to hold the Assets and approved by counsel for the company issuing the Securities, if such assignment is necessary and prudent in connection with the securitization, and provided that such assignment shall not relieve Owner of its obligations hereunder.

12.   Law and venue.  This Engagement Letter shall be interpreted under and governed by the laws of the State of New York.  In the event that any legal proceeding shall be instituted under or in connection with this Engagement Letter, the federal and state courts located in New York, New York, shall have full jurisdiction over both parties with regard thereto, and litigation shall be commenced solely in said courts.  The losing party shall reimburse the prevailing party for its reasonable attorney's fees and costs incurred with respect to such legal proceeding.

13.   Authority.  Owner represents and warrants to Pullman that all requisite approval action required under Owner's by-laws relating to Owner's entering into and performing in full under this Engagement Letter has been duly taken.

14.   Confidentiality.  Each of Owner and Pullman, on its own behalf and on behalf of its partners, shareholders, officers, employees and agents, hereby acknowledges that the contents of this Engagement Letter, the form and contents of all documents, instruments and other materials relating to the other party and to the Transactions which may become available to it during the course of performance under this Engagement Letter, and all information pertaining to the Securities, including the structure, the credit spread, and the other terms (collectively, the "Materials"), are confidential.  No such Materials, nor any portion of the contents or substance thereof or of this Engagement Letter may be communicated or made available to any person other than Owner and Pullman without the express prior written approval of the other party, except that each party may distribute Materials to its lawyers, accountants, lenders and advisors acting on its behalf as necessary for the party's performance hereunder and except that Pullman may publish information regarding the Transactions on the Bridge/Knight Ridder electronic screen and/or cause rating agencies to publish reports on the Transactions.  Each of Owner and Pullman acknowledges that a breach of this provision shall cause irreparable harm to the other party that remedies at law will be inadequate to redress and that Pullman and Owner, as the case may be, will be entitled to injunctive or similar equitable relief against the other party in the event of breach of this provision.

15.   Modifications.  This Engagement Letter contains the entire agreement between the parties hereto and may be modified only in a writing signed by both Owner and Pullman.

16.   Notices.  All notices under this Engagement Letter must be in writing and will be considered given when delivered by hand (including by courier service), or on the fifth day after being mailed by prepaid certified or registered mail, return receipt requested, to the parties at the respective addresses stated at the beginning of this Engagement Letter (or at such other address as a party may specify by notice given to the other).

® Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Rudolph Isley
Page 3

(f) Reimburse Pullman on a current basis for the out-of-pocket expenses incurred by Pullman in the performance of the Services.

(g) Ensure that Pullman receives, promptly on execution thereof, a fully executed copy of every agreement entered into by Owner in any Transaction, and all amendments and modifications thereto.

5.    Compensation to Pullman.

(a) As compensation for Pullman's performance of the Services, Owner shall pay to Pullman:

(i) A non-refundable retainer of $25,000, payable at execution of this Engagement Letter and credited toward fees.  **Pullman will waive the retainer specifically for this transaction.**

(ii) A fee equal to ten percent (10%) of the aggregate commitment amount of a Warehouse Loan or asset sale, including any increase in the commitment amount, payable at the closing of the Warehouse Loan or, in the event of an increase, at the time the commitment to the increase is issued, or

(iii) A fee equal to ten percent (10%) of the aggregate principal amount of investment-grade Securities or proceeds from asset sale(s), payable at the time the Securities or assets are sold,

(b) Pullman shall give written notice in the event it declines to undertake to provide the Services as to any particular Transaction, in which event Owner shall be free to engage a third party to perform Services as to that Transaction and will have no obligation to pay Pullman a fee therefor.

(c) Owner acknowledges that Pullman shall be entitled to its fee in full, pursuant to paragraph 5(a), in the event that:

(i) An investor from whom Owner accepts an offer to purchase the Securities requires Pullman to cease its marketing and sales efforts or Owner otherwise fails to permit Pullman to carry out its undertaking herein with regard to the transaction.

(ii) A Transaction as to which Pullman commences providing Services during the Engagement Period does not close prior to the Termination Date for any reason other than the willful breach of this Engagement Letter by Pullman, so long as Pullman remains ready, willing and able to perform the Services through the closing of the Transaction (whether or not Owner chooses to permit Pullman to do so).

(iii) A Transaction does not occur because of Owner's failure or refusal to perform its obligations under this Engagement Letter, in which event, since Owner acknowledges that

V3476 D696   Page 3

© Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Rudolph Isley
Page 4

Pullman will incur consequential damages by reason of the injury to its relations to third parties involved in the Transaction which are not susceptible to quantifiable proof, Owner shall be additionally liable to Pullman for liquidated damages for such injury in the amount of $250,000.

(iv)  With respect to 5(c)(i) and 5(c)(ii) above, Owner agrees that Pullman can file an attachment or lien for the full extent of any fees or structuring fees of Pullman or out-of-pocket expenses, interest, Interest Rate and/or Interest Rate Buydown and/or any other fees contemplated herein and third-party expenses incurred by Pullman related to performance of the Services.

6.    Interest Rate.  Subject to Paragraph 5(d), Pullman is granted the exclusive option, at its sole discretion, to buy down the Interest rate on the securities from the securitization transaction which are "A" rated or above by at least one national rating agency from an interest rate equal to the yield of 450 basis points over the corresponding treasury of the average life of the securities.  For example, if the average life is 10 years and the U.S. ten (10) year treasury is trading at 5.0%, Pullman may buy down  the securities from  a yield of 9.50% at its sole discretion. Purchase price is to be set below par to reflect above yield.

7.    Refinancing or Asset Sale(s).  Pullman is granted the exclusive right, at its sole discretion, to refinance any future transaction(s) or asset sale(s) for owner upon future recoupment of the Securities.  Such financing or asset sale shall be at a minimum transaction size of the initial transaction contemplated by this agreement.  Such refinancing will be on the same terms and conditions outlined herein.   This clause shall be interpreted to include all future financings during the greater of owner's life or two future financing periods in addition to the initial financing contemplated by this agreement.

8.    Breach.  In order to make specific and definite and to eliminate, if possible, any controversy which may arise between the parties, if at any time Owner believes that the terms of this Engagement Letter are being breached by Pullman, it will give notice thereof to Pullman, setting forth with specificity the alleged breach, and shall allow Pullman a period of thirty (30) days after receipt thereof within which to cure the alleged breach.  No breach of this Engagement Letter, unless intentionally dishonest, will be construed as incurable.

9.    Indemnification.  Owner will indemnify and hold harmless Pullman, its parent and affiliates, and their respective directors, officers, controlling persons, agents and employees past and present (each being an "Indemnified Party") from and against all claims, liabilities, losses, damages, proceedings or actions (collectively "claims") related to or arising out of this Engagement or Pullman's role in connection therewith, and will reimburse each Indemnified Party for all reasonable costs and expenses, including counsel fees, as they are incurred in connection with investigating, preparing for and defending any such claim, whether pending or threatened.  Owner will not, however, be responsible for any claims which are judicially determined by final order, without any further right to appeal, to have resulted primarily from Pullman's gross negligence or willful misconduct.  The foregoing right to indemnification shall be in addition to any other rights which an Indemnified Party may have and shall apply whether or not an Indemnified Party is named or threatened to be named as a party in any action, suit or proceeding, brought or to be brought.

10.   Non-circumvention.  From the Commencement Date until three years after the Termination Date, Owner will not attempt to contact any of the investors or lenders introduced by Pullman to Owner without Pullman's prior written approval.  If such contact is made and any

® Copyright 1998-1999, The Pullman Group, LLC.  All rights expressly reserved.

Engagement between Pullman and Rudolph Isley
Page 6

Please execute this Engagement Letter in the space provided below and return the original to us to acknowledge your understanding and acceptance of the terms hereof.

Very truly yours,
The Pullman Group, LLC

By: _David Pullman_

Its: _Founder Chairman and CEO_

ACCEPTED AND AGREED:

RUDOLPH ISLEY

By: _Rudolph Isley_

Title: _V-P_

Date: _7/23/99_
(Commencement Date)

© Copyright 1998-1999, The Pullman Group, LLC. All rights expressly reserved.

V3476 D696 Page 7

## SCHEDULE A
## The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal State Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| AFTER THE DANCE | 3/6/1976 | EP 351682 | | 2005 | Jobete Music Company, Inc. |
| ALL IN THE PROMISE OF TOMORROW | 10/1/1967 | EP 236815 | 1/30/1995 | 1996 | Jobete Music Company, Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd.  Also renewed by Anna Gaye and Thelma Gordy (RE 697-598 on 3/1/95) |
| ALL MY LIFE | 3/15/1965 | EP 200058 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  (In notice: Jobete Music Co., Inc.)  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd. |
| AT LAST (I FOUND LOVE) | 10/15/1967 | EP 237828 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd.  Also renewed by Elgie Stover and Anna Gaye (RE 697-611 on 3/1/95) |
| BABY, I'M FOR REAL | 5/22/1969 | EP 259278 | 1/3/1997 | 1998 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Marvin Gaye |
| BABY, IT'S LOVE | 10/6/1970 | EP 278006 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BABY, YOU SURE THRILL ME | 9/1/1965 | EP 207307 | 3/11/1994 | 1994 | Jobete Music Co., Inc.  Renewed by Mona Gaye, Frankie Gaye and Marvin Gaye 3rd |
| BAILANDO EN LA CALLE | 12/7/1970 | EP 281033 | 1/2/1998 | 1999 | Jobete Music Co., Inc.  New matter:  Spanish translation.  Renewed by Jobete Music Company, Inc. as proprietor in a work made for hire. |
| BECAUSE OUR LOVE IS REAL | 6/26/1961 | EU 676601 | 8/31/1989 | 1990 | Fuqua Pub. Co.  Renewed by Fuqua, Robert White, James Nyx and Marvin Gaye |
| BEECHWOOD 4-5789 | 6/25/1962 | EU 725260 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson (RE 484-181 on 6/25/90) |
| BELLS, THE | 8/1/1968 | EP 246432 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| BELLS, THE | 1/16/1970 | EP 267749 | 3/26/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| BELLS, THE | 4/14/1970 | EP 277653 | | 1999 | Jobete Music Co., Inc. |
| BREAK IF POLICE SHOOT BIG, THE | 12/19/1972 | EP 307195 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. |
| CHANGE WHAT YOU CAN | 1/15/1967 | EP 226940 | 1/30/1995 | 1996 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Elgie Stover and Anna Gaye (RE 696-679 on 3/1/95) |
| CHRISTMAS IN THE CITY | 12/13/1972 | EP 308329 | 1/3/2000 | 2001 | Jobete Music Co., Inc.  Renewed by Marvin Gaye III and Nona Marvisa Gaye |
| CLEO'S APARTMENT | 12/19/1972 | EP 307201 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |

Page A-1

5/22/2001

V3476 D696   Page 8

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| COME GET TO THIS | 2/14/1973 | EP 315837 | | 2002 | Jobete Music Co., Inc. |
| CONNIE | 4/22/1962 | EU 715087 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by William Stevenson and Lamont Dozier (RE 495-976 on 11/23/90). |
| CORNER OF CHMMON PLEA | 9/2/1968 | EP 249587 | 1/3/1996 | 1997 | Jobete Music Co., Inc.  Renewed by Anna Gaye and Elgie Stover |
| DANCING IN THE STREET | 7/15/1964 | EP 190590 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by William Stevenson (RE 601-283 on 12/16/92) |
| DANS TOUS LES PAYS | 6/13/1966 | EU 941286 | 10/28/1994 | 1995 | Jobete Music Co., Inc.  New matter:  French translation.  Previously registered as 190590 on 7/15/64.  Renewed by Jobete Music Company, Inc. as a proprietor of a work made for hire. |
| DEEP IN IT | 12/19/1972 | EP 307206 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| DISTANT LOVER | 9/25/1971 | EP 291366 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Sandra Greene |
| DISTANT LOVER | 8/27/1973 | EP 323322 | | 2002 | Jobete Music Co., Inc.  New matter:  some revisions and added lyrics and revision.  Previously published on 9/25/71.  EP 291366 |
| DON'T CRY FOR ME | 10/1/1965 | EP 208216 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Willie Farmer (RE 634-674 on 10/25/93) |
| DON'T MESS WITH MR. T | 12/19/1972 | EP 307200 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvina Gaye |
| FALSE WORDS | 12/1/1965 | EP 211610 | 4/29/1993 | 1994 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye.  Also renewed by Fay Hale and George Gordy (RE 634-605 on 10/25/93) |
| FEEL ALL MY LOVE INSIDE | 3/6/1976 | EP 361727 | | 2005 | Jobete Music Company |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 6/23/1971 | EP 288195 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Anna Gaye |
| FLYIN' HIGH (IN THE FRIENDLY SKY) | 12/28/1971 | EP 293863 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  (Additional words and music).  Renewed by Anna Gaye |
| GET MY HANDS ON SOME LOVING | 2/13/1963 | EU 757647 | 12/16/1991 | 1992 | Jobete Music Co., Inc.  (Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvina Gaye.  Also renewed by William Stevenson (RE 529-519 on 4/8/91) |

5/22/2001

Page A-2

V3476 D696 Page 9

## SCHEDULE A
### The Subject Compositions

| Song | (C) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| GOD IS LOVE | 2/6/1973 | EP 311519 | 12/31/1998 | 2002 | Jobete Music Co., Inc. (copyright date in notice: 1971 and 1973) New matter: changes in tempo, words and music. Previously published on 12/31/70 EP 281236. Renewed by Anna Gaye |
| GOD IS LOVE/16/2001 LOVING | 12/21/1970 | EP 281236 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Anna Gaye |
| GOT TO GIVE IT UP, PT. 1-2 | 3/10/1977 | EP 366530 | | 2006 | Jobete Music Co., Inc. |
| HEAD OVER HEELS IN LOVE WITH YOU, BABY | 1/15/1967 | EP 226941 | 1/20/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by John Bristol, Harvey Fuqua and Thomas Kemp (RE 696-689 on 3/1/95) |
| HEY, DIDDLE DIDDLE | 4/1/1966 | EP 215590 | 3/21/1994 | 1995 | D. Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by John Bristol and Harvey Fuqua (RE 677-842 on 10/21/94) |
| HITCH HIKE | 12/26/1962 | BU 750856 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE 446-188 on 6/25/90) |
| HITCH HIKE | 3/1/1963 | EP 172740 | 4/8/1991 | 1992 | Jobete Music Co., Inc. Renewed by Clarence Paul and William Stevenson |
| I CAN'T HELP BUT LOVE YOU | 1/15/1968 | EP 241008 | 1/2/1996 | 1997 | Jobete Music Co., Inc. Renewed by Robert Gordy and Thomas Kemp |
| I HEAR THE BELLS | 6/15/1967 | EP 232612 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul, Stanley Ossman and Raymond Liles (RE 697-746 on 1/1/95) |
| I LOVE YOU | 2/1/1967 | EP 227721 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Anna Gaye and Margaret Johnson (RE 696-701 on 3/1/95) |
| I LOVE YOU SECRETLY | 1/29/1973 | EP 310103 | | 2002 | Jobete Music Co., Inc. |
| I WANT TO COME HOME FOR CHRISTMAS | 12/4/1972 | EP 306137 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye an Forest Hairston |
| I'LL NEVER DO THAT AGAIN | 8/7/1961 | EU 682359 | 10/16/1989 | 1990 | Birdsong Pub. Co. Renewed by Harvey Fuqua, Robert White and James Nyx |
| I'LL WAIT FOR YOU | 1/16/1970 | EP 267754 | 1/2/1998 | 1999 | Jobete Music Co., Inc. Renewed by Charles Edward Laskey |
| IF I SHOULD DIE TONIGHT | 8/24/1973 | EP 317244 | | 2002 | Jobete Music Co., Inc. and Charritown Music Company, Inc. |
| IF THIS WORLD WERE MINE | 5/1/1967 | EP 230953 | 1/30/1995 | 1996 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |

Page A-3

5/22/2001

V3476 D696 Page 10

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| IF THIS WORLD WERE MINE | 3/18/1968 | EP 242265 | 1/3/1996 | 1997 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IF THIS WORLD WERE MINE | 2/14/1973 | EP 314567 | | 2002 | Jobete Music Co., Inc. New matter: melodic variations and lyric changes |
| IF YOUR LOVE BELONGED TO ME | 5/3/1963 | EU 769773 | 6/25/1991 | 1992 | Birdsong Pub. Co. Renewed by Robert White and James Nyx |
| INNER CITY BLUES (MAKE ME WANNA HOLLER) | 7/6/1971 | EP 287807 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| INNER CITY BLUES 5/16/2001MANDA HOLLER) | 11/1/1971 | EP 293174 | 12/31/1998 | 2000 | Jobete Music Co., Inc. New matter: arrangement. Renewed by Jobete Music Company, Inc. as a proprietor in a work made for hire |
| IT HURT ME TOO | 7/20/1962 | EU 728604 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-091 on 11/23/90) |
| IT HURT ME TOO | 7/30/1962 | EU 728916 | 11/23/1990 | 1991 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvin Gaye. Also renewed by William Stevenson and Ricardo Wallace (RE 497-122 on 11/23/90) |
| IT'S GOT TO BE LOVE | 9/1/1965 | EP 207202 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Clarence Paul (RE 634-511 on 10/25/93) |
| IT'S NOW OR NEVER | 4/1/1966 | EP 216680 | 3/21/1994 | 1995 | Detroit Jobete, Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye |
| JAN | 6/3/1974 | EP 326535 | | 2003 | Jobete Music Co., Inc. |
| KEEP GETTIN' IT ON | 8/24/1973 | EP 317252 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| LATIN REACTION | 9/1/1977 | EP 375435 | | 2006 | Jobete Music Co., Inc. |
| LIFE IS A GAMBLE | 12/19/1972 | EP 307207 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| LIVING DREAM CALLED A GIRL, A | 2/1/1965 | EP 198497 | 3/21/1994 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Gaye. Also renewed by Harold Edwards, Brian Holland and William Stevenson (RE 634-342 on 10/25/93) |
| MAIN THEME FROM TROUBLE MAN | 12/19/1972 | EP 307205 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. For 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |

5/22/2001

V3476 D656 Page 11

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| MAIN THEME FROM TROUBLE MAN | 12/26/1972 | EP 309814 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. New matter: strings added and musical variations. Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell Music, Inc. |
| MERCY MERCY ME (THE ECOLOGY) | 7/19/1971 | EP 298939 | 1/3/2000 | 2000 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| MERCY MERCY ME (THE ECOLOGY) | 8/21/1971 | EP 292717 | 12/31/1998 | 2000 | Jobete Music Co., Inc. (arrangement by Johnny Dantato) Renewed by Jobete Music Company, Inc. |
| MY TWO ARMS MINUS YOU EQUALS TEARS | 2/20/1963 | EU 758946 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul and William Stevenson (RE 529-520 on 4/8/91) |
| NEED YOUR LOVIN' (WANT YOU BACK) | 11/1/1964 | EP 194358 | 10/30/1992 | 1993 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul (RE 601-359 on 12/16/92) |
| PLEASE DON'T STAY (ONCE YOU GO AWAY) | 8/24/1973 | EP 317253 | | 2002 | Jobete Music Co., Inc. and Cherritown Music Company, Inc. |
| POOR ABBEY WALSH | 12/19/1972 | EP 309006 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| PRETTY LITTLE BABY | 6/1/1965 | EP 203453 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye. (Also renewed by Clarence Paul and Dave Hamilton (RE 631-086) on 4/1/93) |
| PRIDE AND JOY | 2/13/1963 | EU 757653 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield and William Stevenson (RE 526-289 on 2/11/91) |
| RIGHT ON | 7/7/1971 | EP 290456 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Earl Deroven |
| SAVE THE CHILDREN | 7/6/1971 | EP 287806 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| SINCE I HAD YOU | 3/6/1976 | EP 351728 | | 2005 | Jobete Music Co., Inc. |
| SO LET THEM LAUGH (AT ME) | 5/1/1965 | EP 202250 | 4/29/1993 | 1994 | Jobete Music Co., Inc. Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Clarence Paul. (RE 634-661 on 10/25/91) |
| SOON I'LL BE LOVING YOU | 5/3/1976 | EP 352784 | | 2005 | Jobete Music Co., Inc. |

Page A-5

5/22/2001

V3476 D696  Page 12

## SCHEDULE A
### The Subject Compositions

| Song | (c) Date | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|------|----------|------------------------------|--------------|------------------------|------------------------------------------|
| SOUL BONGO | 11/23/1962 | EU 744203 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Clarence Paul (RE 497-001 on 11/13/90) |
| STEPPING CLOSER TO YOUR HEART | 10/1/1964 | EP 194058 | 10/30/1992 | 1993 | Jobete Music Co., Inc.  Renewed by Frankie Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by Harvey Fuqua (RE 601-384 on 11/16/92) |
| STUBBORN KIND OF FELLOW | 8/6/1962 | EU 730762 | 11/23/1990 | 1991 | Jobete Music Co., Inc.  Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye.  Also renewed by William Stevenson and George Gordy (RE 484-183 on 6/25/90) |
| STUBBORN KIND OF FELLOW | 4/9/1974 | EP 330077 | | 2003 | Jobete Music Co., Inc.  New matter:  revised melody in blues setting |
| T PLAYS IT COOL | 12/19/1972 | EP 307196 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| T STANDS FOR TROUBLE | 12/19/1972 | EP 307194 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Renewed by Frankie Christi Gaye, Marvin Gaye III and Nona Marvisa Gaye |
| THEME FROM TROUBLE MAN | 12/19/1972 | EP 307203 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| THERE GOES MR. T | 12/19/1972 | EP 309007 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp. |
| TROUBLE MAN | 12/19/1972 | EP 307204 | | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  Per 11/14/00 Thomson and Thomson report, there is an in-process renewal application, which was filed by Warner/Chappell, Inc. |
| TROUBLE MAN | 12/20/1972 | EP 319580 | 1/3/2000 | 2001 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  New matter:  arrangement.  Renewed by BMI Catalogue Partnership and Jobete Music Company, Inc. as proprietor of work made for hire |
| TROUBLE MAN | 9/3/1974 | EP 329340 | | 2003 | Jobete Music Co., Inc. and Twentieth Century Music Corp.  (In notice:  Jobete Music Company, Inc. and Twentieth Music Corporation).  New matter:  melodic changes |
| WE CAN MAKE IT, BABY | 6/16/1970 | EP 273951 | 1/3/1998 | 1999 | Jobete Music Co., Inc.  Renewed by James Nyx |
| WHAT'S GOING ON? | 12/21/1970 | EP 281238 | 1/3/1998 | 1999 | Jobete Music Co., Inc.  Renewed by Renaldo Benson |
| WHAT'S GOING ON? | 8/12/1971 | EP 289520 | 12/31/1998 | 2000 | Jobete Music Co., Inc.  Renewed by Renaldo Benson. |

5/22/2001

V3476 D696 Page 13

## SCHEDULE A
### The Subject Compositions

| Song | (c) DATE | Copyright Registration Number | Renewal Date | Renewal Starts Jan 1st | Copyright and Renewal Claimants & Notes |
|---|---|---|---|---|---|
| WHAT'S GOING ON? | 12/20/1971 | EP 314122 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Previously published on 12/21/70; EP 281238; EP 281236. Renewed by Renaldo Benson. |
| WHAT'S GOING ON? | 12/27/1972 | EP 323316 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Previously published 12/21/70; EP 281238 and 6/12/71; EP 289520. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S GOING ON? | 12/28/1972 | EP 320331 | 1/3/2000 | 2001 | Jobete Music Co., Inc. New matter: instrumental version. Renewed by Frankie Christina Gaye (sic), Marvin Gaye III and Nona Marvisa Gaye and Renaldo Benson |
| WHAT'S HAPPENING, BROTHER? | 6/16/1971 | EP 287719 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by James Nyx, Jr. |
| WHEN YOU ARE AVAILABLE | 7/15/1968 | EP 248233 | 1/3/1996 | 1997 | Jobete Music Co., Inc. Renewed by Anna Gaye and Elgie Stover |
| WHERE EVER I LAY MY HAT | 1/16/1963 | EU 752369 | 12/16/1991 | 1992 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye. Also renewed by Norman Whitfield (RE 525-343 on 2/11/91) |
| WHISTLING ABOUT YOU | 3/1/1962 | EU 708171 | 11/23/1990 | 1991 | Fuqua Pub. Co. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Mel Kanar and Harvey Fuqua |
| WHOLLY HOLY | 6/15/1971 | EP 287291 | 12/31/1998 | 2000 | Jobete Music Co., Inc. Renewed by Renaldo Benson |
| YOU SURE LOVE TO BALL | 8/27/1973 | EP 317364 | | 2002 | Jobete Music Co., Inc. |
| YOU'RE THE MAN PT. 1 | 4/1/1972 | EP 299080 | 1/3/2000 | 2001 | Jobete Music Co., Inc. Renewed by Frankie Christian Gaye, Marvin Gaye III and Nona Marvisa Gaye and Kenneth Stover |
| YOU'RE THE ONE | 1/15/1959 | EP 254446 | 1/3/1997 | 1998 | Jobete Music Co., Inc. Renewed by Ivy Hunter, Elgie Stover, Marvin Gaye and Anna Ga |

5/22/2001