## LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Joshua@levinepstein.com

October 12, 2020

*Via Electronic Filing*
The Honorable Judge Gregory H. Woods
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/20
```

      **Re:**  *The Pullman Group, LLC v. Isley et al*
            Case No.: 1:20-cv-07293-GHW

**MEMORANDUM ENDORSED**

Dear Honorable Judge Woods:

      This law firm represents Plaintiff The Pullman Group, LLC (the "**Plaintiff**") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules 1(A) and 1(E), this letter respectfully serves to request an adjournment of the Pre-Motion Conference scheduled for October 15, 2020 at 1:00 p.m. [*see* Dckt. No. 34], to a date and time set by the Court on or after October 19, 2020.

      Prior to the filing of this letter, the undersigned attempted to confer with Defendants' counsel to obtain their consent to the relief requested herein. However, Defendants' counsel has not responded to the undersigned's conferral attempt. Thus, this request is not made on consent of Defendants' counsel.

      The basis of the request is that the undersigned has a previously scheduled personal matter, which conflicts with October 15, 2020 Pre-Motion Conference. This is the first request of its kind. If granted, this request would not affect any other scheduled dates.

      Thus, Plaintiff respectfully requests that the Pre-Motion Conference scheduled for October 15, 2020 at 1:00 p.m. [*see* Dckt. No. 34] be adjourned to a date and time set by the Court on or after October 19, 2020.

      Thank you, in advance, for your time and attention to this matter.

                                            Respectfully submitted,

                                            Respectfully submitted,

                                        **LEVIN-EPSTEIN & ASSOCIATES, P.C.**

                                      By: */s/ Joshua Levin-Epstein*
                                          Joshua Levin-Epstein
                                          420 Lexington Avenue, Suite 2525
                                          New York, NY 10170

2

|  |  |
|---|---|
| VIA ECF: All Counsel | Tel. No.: (212) 792-0046<br>Email: Joshua@levinepstein.com<br>*Attorneys for Plaintiff* |

Application granted. The pre-motion conference scheduled for October 15, 2020 is adjourned to October 20, 2020 at 3:00 p.m. The parties are directed to use the conference call dial-in information and access code noted in the Court's Emergency Rules in Light of COVID-19 available on the Court's website, and are specifically directed to comply with Emergency Rule 2(C).

SO ORDERED.

Dated:  October 12, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge