UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PULLMAN GROUP, LLC,<br><br>    Plaintiff,<br><br>        vs.<br><br>RONALD ISLEY, RUDOLPH ISLEY, RESERVOIR MEDIA MANAGEMENT, INC., THE ESTATE OF O'KELLY ISLEY, J.R., ISLEY BROTHERS, L.L.C., ISLEY BROTHERS ROYALTY VENTURE I SPC, INC., THREE BOYS MUSIC CORPORATION, BOVINA MUSIC INC., T-NECK RECORDS, INC., TRIPLE THREE MUSIC, INC. AND JOHN DOE CORPORATIONS 1-5,<br><br>    Defendants. | Civil Action No. 1:20-cv-07293-GHW |

**ISLEY DEFENDANTS' NOTICE OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT**

**(ORAL ARGUMENT REQUESTED)**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint, and upon all pleadings and proceedings herein, Defendants Ronald Isley, Rudolph Isley, The Estate of O'Kelly Isley, Jr., Isley Brothers, L.L.C., Isley Brothers Royalty Venture I SPC, Inc., Three Boys Music Corporation, Bovina Music Inc., T-Neck Records, Inc., and Triple Three Music, Inc. (collectively, "Isley Defendants"), by and through their undersigned counsel, will move this Court, at a date and time to be determined by the Court, before the Honorable Gregory H. Woods, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

1

Dated: October 28, 2020              Respectfully submitted,

                                                    WILLS LAW FIRM, PLLC

*/s/ Rhonda H. Wills*
Rhonda H. Wills
New York Bar No. 5373295
rwills@rwillslawfirm.com
Wills Law Firm, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047

ATTORNEY FOR ISLEY DEFENDANTS

**CERTIFICATE OF SERVICE**

I, the undersigned counsel, hereby certify that the foregoing document has been electronically filed with the clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record, on this 28th day of October, 2020.

>  */s/ Rhonda H. Wills*
>  Rhonda H. Wills