USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
THE PULLMAN GROUP, LLC,                            :
:
                      Plaintiff,    :   1:20-cv-07293-GHW
:
            -against-    :   ORDER
:
RONALD ISLEY, RUDOLPH ISLEY,                       :
RESERVOIR MEDIA MANAGEMENT, INC.,                  :
THE ESTATE OF O'KELLY ISLEY, J.R.,                 :
ISLEY BROTHERS, L.L.C., ISLEY BROTHERS             :
ROYALTY VENTURE I SPC, INC., THREE                 :
BOYS MUSIC CORPORATION, BOVINA                     :
MUSIC, INC., T-NECK RECORDS, INC.,                 :
TRIPLE THREE MUSIC, INC. and JOHN DOE              :
CORPORATIONS 1-5,                                  :
:
                     Defendants.   :
:
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       On November 16, 2020, Plaintiff filed an Amended Complaint. Dkt. No. 47. Therefore, the Isley Defendants' pending motion to dismiss the Complaint, Dkt. No. 42, is denied as moot. Their pending motion to stay discovery pending the motion to dismiss and to adjourn the initial pretrial conference, Dkt. No. 44, is granted in part and denied in part. The initial pretrial conference scheduled for November 19, 2020 is adjourned to December 21, 2020 at 10:00 a.m. The motion to stay discovery pending the motion to dismiss is denied without prejudice to renewal if Defendants move to dismiss the Amended Complaint. The deadline for Plaintiff to answer or otherwise respond to the Amended Complaint is December 7, 2020.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 42 and 44.

SO ORDERED.

Dated: November 17, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge