**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
THE PULLMAN GROUP, LLC,                          :
                                                 :
                Plaintiff,                :
                                                 :
   -against-                                   :
                                                 :
RONALD ISLEY, RUDOLPH ISLEY,                     :
RESERVOIR MEDIA MANAGEMENT,                      :
INC., THE ESTATE OF O'KELLY ISLEY,               :   Case No. 20-cv-7293-GHW
J.R., ISLEY BROTHERS, L.L.C., ISLEY              :
BROTHERS ROYALTY VENTURE I SPC,                  :   Hon. Gregory H. Woods
INC., THREE BOYS MUSIC                           :
CORPORATION, BOVINA MUSIC INC.,                  :
T-NECK RECORDS, INC., TRIPLE THREE               :
MUSIC, INC. AND JOHN DOE                         :
CORPORATIONS 1-5,                                :
                                                 :
                Defendants.              :
---------------------------------------------------------- X

### JOINDER OF RESERVOIR MEDIA MANAGEMENT, INC.
### TO ISLEY DEFENDANTS' MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Reservoir Media Management, Inc. ("Reservoir") hereby joins in and adopts the arguments and authorities cited in the *Isley Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's First Amended Complaint* (Dkt. Nos. 50-51).  Based upon the reasons set forth therein, the Court should dismiss, with prejudice, the *First Amended Complaint* (Dkt. No. 49) of Plaintiff The Pullman Group, LLC for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

[Remainder of Page Intentionally Left Blank]

Dated: New York, New York
December 7, 2020

                                       LOEB & LOEB LLP

                                       By: /s/ *Barry I. Slotnick*
                                       Barry I. Slotnick
                                       Noah Weingarten
                                       345 Park Avenue
                                       New York, NY 10154
                                       Telephone: 212.407.4000
                                       Facsimile: 212.407.4990
                                       bslotnick@loeb.com
                                       nweingarten@loeb.com

                                       *Attorneys for Defendant*
                                       *Reservoir Media Management, Inc.*