# EXHIBIT C

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Monday, March 22, 2021 2:42 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: Pullman v. Isleys, et al.; Discovery Responses |

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Friday, January 22, 2021 12:09 PM
**To:** rwills@rwillslawfirm.com
**Cc:** praspino@rwillslawfirm.com
**Subject:** RE: Pullman v. Isleys, et al.; Discovery Responses

Rhonda,

Please advise as to the status of the Isley Defendants discovery responses, which were due yesterday.

Thank you in advance.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046

1

Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*