# EXHIBIT F

## Jason Mizrahi

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Tuesday, November 17, 2020 11:19 AM |
| **To:** | Rhonda Wills; Barry Slotnick; nweingarten@loeb.com |
| **Cc:** | Joshua Levin-Epstein |
| **Subject:** | RE: The Pullman Group, LLC v. Isley et al [20-cv-07293] |
| **Attachments:** | 2020-1117 Rule 26(a) Initial Disclosures.pdf |

Counsel,

Good morning. This office is counsel to Plaintiff The Pullman Group, LLC in the above-referenced action.

I understand that one or more of you were not able to open the.pdf attached to my previous email. Out of an abundance of caution, we are re-forwarding the .pdf, and also including it in the DropBox, which can be accessed via the link below.

Attached hereto, please find:

1. Plaintiff 's Rule 26(a) Initial Disclosures;

2. A courtesy link to the DropBox folder containing Plaintiff's bate-stamped document production

   https://www.dropbox.com/sh/h4zexc9hruu6jx6/AAARrcORK-xfS-2SBsQIIPepa?dl=0

Thank You,

Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Jason Mizrahi
**Sent:** Tuesday, November 17, 2020 10:38 AM
**To:** Rhonda Wills <rwills@rwillslawfirm.com>; Barry Slotnick <bslotnick@loeb.com>; nweingarten@loeb.com
**Cc:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Subject:** The Pullman Group, LLC v. Isley et al [20-cv-07293]

Counsel,

Good morning. This office is counsel to Plaintiff The Pullman Group, LLC in the above-referenced action.

Attached hereto, please find:

1.  Plaintiff 's Rule 26(a) Initial Disclosures;

2.  A courtesy link to the DropBox folder containing Plaintiff's bate-stamped document production

    https://www.dropbox.com/sh/h4zexc9hruu6jx6/AAARrcORK-xfS-2SBsQIIPepa?dl=0

Thank You,

Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Tuesday, December 22, 2020 11:55 AM |
| **To:** | Rhonda Wills |
| **Cc:** | Joshua Levin-Epstein; Barry Slotnick; nweingarten@loeb.com |
| **Subject:** | The Pullman Group, LLC v. Isley et al [20-cv-07293] |
| **Attachments:** | 2020-1222 Notice of Deposition [T-Neck Records, Inc.].pdf; 2020-1222 Notice of Deposition [Triple Three Music, Inc.].pdf; 2020-1222 Notice of Deposition [Bovina].pdf; 2020-1222 Notice of Deposition [Estate].pdf; 2020-1222 Notice of Deposition [Isley Brothers, LLC].pdf; 2020-1222 Notice of Deposition [Ronald Isley].pdf; 2020-1222 Notice of Deposition [Royalty Venture].pdf; 2020-1222 Notice of Deposition [Rudolph Isley].pdf; 2020-1222 Notice of Deposition [Three Boys].pdf; 2020-1222 Rogs [Isley Def.].pdf; 2020-1222 FRPD [Isley Def.].pdf |

Counsel,

Good morning. This office is counsel to Plaintiff The Pullman Group, LLC in the above-referenced action.

Attached hereto, please find:

1. Plaintiff's First Set of Interrogatories to the Isley Defendants;

2. Plaintiff's First Request for the Production of Documents to the Isley Defendants;

3. A Notice of Deposition for Defendant Ronald Isley;

4. A Notice of Deposition for Defendant Rudolph Isley;

5. A Notice of Deposition for the corporate representative of Defendant The Estate of O'Kelly Isley, J.R. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

6. A Notice of Deposition for the corporate representative of Defendant Isley Brothers, L.L.C. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

7. A Notice of Deposition for the corporate representative of Defendant Isley Brothers Royalty Venture I SPC, Inc. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

8. A Notice of Deposition for the corporate representative of Defendant Three Boys Music Corporation with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

9. A Notice of Deposition for the corporate representative of Defendant Bovina Music Inc. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

10. A Notice of Deposition for the corporate representative of Defendant T-Neck Records, Inc. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

11. A Notice of Deposition for the corporate representative of Defendant Triple Three Music, Inc. with the most knowledge of the facts pled in Plaintiff's Amended Complaint;

12. A courtesy link to the DropBox folder containing Plaintiff's first set of discovery requests, as to the Isley Defendants

    https://www.dropbox.com/sh/u31jw37iiipq2qu/AABrHcQDU_kZe59tXdj5KSsRa?dl=0

Thank You,

Jason Mizrahi

_____
Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Jason Mizrahi |
| **Sent:** | Tuesday, February 16, 2021 4:12 PM |
| **To:** | Rhonda Wills; praspino@rwillslawfirm.com |
| **Cc:** | Joshua Levin-Epstein; Barry Slotnick; nweingarten@loeb.com |
| **Subject:** | The Pullman Group, LLC v. Isley et al [20-cv-07293] - Deficiency Letter [Isley Defendants] |
| **Attachments:** | 2021-0216 Deficiency Letter [To Isley Def.].pdf |

Counsel,

This office represents Plaintiff The Pullman Group, LLC in the above-referenced matter.

On behalf of Plaintiff, annexed hereto please find:

1. A deficiency letter, regarding the Isley Defendants' responses and objections to Plaintiff's First Set of Discovery Requests.

Respectfully,

Jason Mizrahi

_____

Jason Mizrahi, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Ave., Suite 2525
New York, NY 10170
Phone: (212) 792-0048
Mobile: (301) 758-7351
Facsimile: (646) 786-3170
Email: Jason@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Monday, March 22, 2021 3:32 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: RE: The Pullman Group, LLC v. Isley et al. |
| **Importance:** | High |
| **Categories:** | The Pullman Group LLC |

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Tuesday, December 22, 2020 4:39 PM
**To:** rwills@rwillslawfirm.com
**Cc:** praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: The Pullman Group, LLC v. Isley et al.
**Importance:** High

Dear Mrs. Wills:

Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.

Thank you, in advance.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Monday, March 22, 2021 3:32 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: SECOND REQUEST The Pullman Group, LLC v. Isley et al. |
| **Categories:** | The Pullman Group LLC |

---

Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Wednesday, December 23, 2020 12:44 PM
**To:** rwills@rwillslawfirm.com
**Cc:** praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Dear Mrs. Wills:

Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.

Thank you, in advance.

Regards,

Josh

---

Joshua D. Levin-Epstein, Esq.

Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

---

**From:** Joshua Levin-Epstein
**Sent:** Tuesday, December 22, 2020 4:39 PM
**To:** rwills@rwillslawfirm.com
**Cc:** praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: The Pullman Group, LLC v. Isley et al.
**Importance:** High

Dear Mrs. Wills:

Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.

Thank you, in advance.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Monday, March 22, 2021 3:32 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: SECOND REQUEST The Pullman Group, LLC v. Isley et al. |
| | |
| **Categories:** | The Pullman Group LLC |

Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Wednesday, December 23, 2020 1:22 PM
**To:** rwills@rwillslawfirm.com
**Cc:** praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Rhonda,

Happy holidays and happy new year.

January 5th at 3:00 p.m. EST works.

Thank you.

Regards,

Josh

Joshua D. Levin-Epstein, Esq.

1

Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Rhonda Hunter Wills <rwills@rwillslawfirm.com>
**Sent:** Wednesday, December 23, 2020 1:18 PM
**To:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** rwills@rwillslawfirm.com; praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.


Mr. Levin-Epstein, due to the holidays, I will not be available to confer until the week of January 4.  During that week, my current earliest availability is January 5 from 3 pm - 7 pm ET.  Let me know if that works for you.  If not, please propose alternative dates/times later in the week.  Also, please make sure that Patrick Raspino is also copied on all emails in this matter.  His email address is praspino@rwillslawfirm.com.

Regards,

Rhonda Wills

Rhonda Hunter Wills

Licensed in CA, TX & NY

Wills Law Firm, PLLC

1776 Yorktown, Suite 570

Houston, Texas  77056

Telephone: 713.528.4455

Facsimile: 713.528.2047

Email: rwills@rwillslawfirm.com

--------------------------- Original Message ---------------------------
Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.
From: "Joshua Levin-Epstein" <Joshua@levinepstein.com>
Date: Wed, December 23, 2020 5:44 pm
To: "rwills@rwillslawfirm.com" <rwills@rwillslawfirm.com>
Cc: "praspino@rwillslawfirm.com" <praspino@rwillslawfirm.com>
"Jason Mizrahi" <Jason@levinepstein.com>
------------------------------------------------------------------------

> Dear Mrs. Wills:
>
> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.
>
> Thank you, in advance.
>
> Regards,
>
> Josh
>
>
> _____
> Joshua D. Levin-Epstein, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Avenue, Suite 2525
> New York, NY 10170
> Phone: (212) 792-0046
> Mobile: (516) 343-0542
> Email: Joshua@levinepstein.com
>
> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.
>
>
From: Joshua Levin-Epstein
> Sent: Tuesday, December 22, 2020 4:39 PM
> To: rwills@rwillslawfirm.com
> Cc: praspino@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
> Subject: RE: The Pullman Group, LLC v. Isley et al.
> Importance: High
>
> Dear Mrs. Wills:
>
> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.

&gt;
&gt; Thank you, in advance.
&gt;
&gt; Regards,
&gt;
&gt; Josh
&gt;
&gt; _____
&gt; Joshua D. Levin-Epstein, Esq.
&gt; Levin-Epstein & Associates, P.C.
&gt; 420 Lexington Avenue, Suite 2525
&gt; New York, NY 10170
&gt; Phone: (212) 792-0046
&gt; Mobile: (516) 343-0542
&gt; Email: Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>
&gt;
&gt; The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.
&gt;
&gt;

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Monday, March 22, 2021 3:32 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: SECOND REQUEST The Pullman Group, LLC v. Isley et al. |
| **Categories:** | The Pullman Group LLC |

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Friday, January 15, 2021 4:12 PM
**To:** praspino@rwillslawfirm.com; rwills@rwillslawfirm.com
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Rhonda,

As per our call this past Monday, please send a copy of the proposed protective order.

Please also let me know the Isleys' availability for a deposition.

Thank you.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.

1

Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

---

**From:** Joshua Levin-Epstein
**Sent:** Monday, January 11, 2021 6:05 PM
**To:** praspino@rwillslawfirm.com
**Cc:** rwills@rwillslawfirm.com
**Subject:** Re: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Rhonda - please let me know if you need to reschedule. I was expecting your call. Thanks.

Sent from my iPhone

> On Jan 7, 2021, at 4:14 PM, Joshua Levin-Epstein <Joshua@levinepstein.com> wrote:
>
> Patrick,
>
> Monday at 6:00 p.m. works. Please call me on my mobile at 516.343.0542.
>
> We want to discuss the consolidation of the deposition into two dates, at a mutually date and time, as well as other discovery issues.
>
> Thank you in advance.
>
> Regards,
>
> Josh
>
> _____
> Joshua D. Levin-Epstein, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Avenue, Suite 2525
> New York, NY 10170
> Phone: (212) 792-0046
> Mobile: (516) 343-0542
> Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** praspino@rwillslawfirm.com <praspino@rwillslawfirm.com>
**Sent:** Thursday, January 7, 2021 1:43 PM
**To:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** rwills@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.


Josh,

Are you available for a call on Monday at any time between 12:00 p.m. and 6:00 p.m. EST?

Thank you,

Patrick Raspino

Wills Law Firm, PLLC

---------------------------- Original Message ----------------------------
Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.
From: "Joshua Levin-Epstein" <Joshua@levinepstein.com>
Date: Tue, January 5, 2021 6:08 pm
To: "praspino@rwillslawfirm.com" <praspino@rwillslawfirm.com>
Cc: "rwills@rwillslawfirm.com" <rwills@rwillslawfirm.com>
"Jason Mizrahi" <Jason@levinepstein.com>
--------------------------------------------------------------------------

> Patrick,
>
> Please send my condolences to Rhonda.
>
> Regards,
>
> Josh
>
> _____
> Joshua D. Levin-Epstein, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Avenue, Suite 2525
> New York, NY 10170
> Phone: (212) 792-0046
> Mobile: (516) 343-0542
> Email: Joshua@levinepstein.com

>

> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

>

>

From: praspino@rwillslawfirm.com <praspino@rwillslawfirm.com>

> Sent: Tuesday, January 5, 2021 12:45 PM

> To: Joshua Levin-Epstein <Joshua@levinepstein.com>

> Cc: rwills@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>

> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>

>

> Josh,

>

> Rhonda's uncle passed away last night from COVID, and she is dealing with family matters. We will need to reschedule our call with you to later this week. We will be in touch.

>

> Thank you,

>

> Patrick Raspino

>

> Wills Law Firm, PLLC

>

> --------------------------- Original Message ---------------------------

> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>

From: "Joshua Levin-Epstein" <Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>>

> Date: Wed, December 23, 2020 6:22 pm

> To: "rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>" <rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>>

> Cc: "praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>" <praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>>

> "Jason Mizrahi" <Jason@levinepstein.com<mailto:Jason@levinepstein.com>>

> -----------------------------------------------------------------------

>

>> Rhonda,

>>

>> Happy holidays and happy new year.

>>

>> January 5th at 3:00 p.m. EST works.

>>

>> Thank you.

>>

>> Regards,

>>

>> Josh

>>

>> _____

>> Joshua D. Levin-Epstein, Esq.

>> Levin-Epstein & Associates, P.C.

>> 420 Lexington Avenue, Suite 2525

>> New York, NY 10170

>> Phone: (212) 792-0046

>> Mobile: (516) 343-0542

>> Email: Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>

>>

>> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

>>

>>

>

From: Rhonda Hunter Wills <rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>>

>> Sent: Wednesday, December 23, 2020 1:18 PM

>> To: Joshua Levin-Epstein <Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>>

>> Cc: rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>; praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>; Jason Mizrahi <Jason@levinepstein.com<mailto:Jason@levinepstein.com>>

>> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>>

>>

>> Mr. Levin-Epstein, due to the holidays, I will not be available to confer until the week of January 4. During that week, my current earliest availability is January 5 from 3 pm - 7 pm ET. Let me know if that works for you. If not, please propose alternative dates/times later in the week. Also, please make sure that Patrick Raspino is also copied on all emails in this matter. His email address is praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com>>.

>>

>> Regards,

>>

>> Rhonda Wills

>>

>> Rhonda Hunter Wills

>>

>> Licensed in CA, TX & NY

>>

>> Wills Law Firm, PLLC

>>

>> 1776 Yorktown, Suite 570

>>

>> Houston, Texas 77056

>>

>> Telephone: 713.528.4455

>>

>> Facsimile: 713.528.2047

>>

>> Email:

[rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com>>](rwills@rwillslawfirm.com)

>>

>>

>>

>>

>> --------------------------- Original Message ----------------------------

>> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>>

>

From: "Joshua Levin-Epstein"

<[Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com>>>](Joshua@levinepstein.com)

>> Date: Wed, December 23, 2020 5:44 pm

>> To:

"[rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com><mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com%3e>](rwills@rwillslawfirm.com)"

<[rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com>>>](rwills@rwillslawfirm.com)

>> Cc:

"[praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com><mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com%3e>](praspino@rwillslawfirm.com)"

<[praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com>>>](praspino@rwillslawfirm.com)

>> "Jason Mizrahi"

<[Jason@levinepstein.com<mailto:Jason@levinepstein.com<mailto:Jason@levinepstein.com%3cmailto:Jason@levinepstein.com>>>](Jason@levinepstein.com)

>> -------------------------------------------------------------------------

>>

>>> Dear Mrs. Wills:

>>>

>>> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.

>>>

>>> Thank you, in advance.

>>>

>>> Regards,

>>>

>>> Josh

>>>

>>>

>>> _____

>>> Joshua D. Levin-Epstein, Esq.

>>> Levin-Epstein & Associates, P.C.

>>> 420 Lexington Avenue, Suite 2525

>>> New York, NY 10170

>>> Phone: (212) 792-0046
>>> Mobile: (516) 343-0542
>>> Email:
Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailt
o:Joshua@levinepstein.com>>
>>>
>>> The information contained in this transmission, including attachments, is strictly confidential and
intended solely for and the use by the intended recipients. This email may be protected by the attorney-
client privilege, work-product doctrine, or other applicable legal or professional protections. If you are
not the intended recipient, please be notified that any retention, use, disclosure, dissemination,
distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of
the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any
privilege which might otherwise arise from this email being sent to, or received by, an unintended
recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a
recipients receipt of this email in error. Thank you.
>>>
>>>
>>
>
From: Joshua Levin-Epstein
>>> Sent: Tuesday, December 22, 2020 4:39 PM
>>> To:
rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:r
wills@rwillslawfirm.com>>
>>> Cc:
praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%
3cmailto:praspino@rwillslawfirm.com>>; Jason Mizrahi
<Jason@levinepstein.com<mailto:Jason@levinepstein.com<mailto:Jason@levinepstein.com%3cmailto:J
ason@levinepstein.com>>>
>>> Subject: RE: The Pullman Group, LLC v. Isley et al.
>>> Importance: High
>>>
>>> Dear Mrs. Wills:
>>>
>>> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley
Defendants' depositions on a mutually agreeable date and time.
>>>
>>> Thank you, in advance.
>>>
>>> Regards,
>>>
>>> Josh
>>>
>>> _____
>>> Joshua D. Levin-Epstein, Esq.
>>> Levin-Epstein & Associates, P.C.
>>> 420 Lexington Avenue, Suite 2525
>>> New York, NY 10170
>>> Phone: (212) 792-0046
>>> Mobile: (516) 343-0542
>>> Email:
Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailt

o:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com%3c
mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com>>>

>>>

>>> The information contained in this transmission, including attachments, is strictly confidential and
intended solely for and the use by the intended recipients. This email may be protected by the attorney-
client privilege, work-product doctrine, or other applicable legal or professional protections. If you are
not the intended recipient, please be notified that any retention, use, disclosure, dissemination,
distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of
the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any
privilege which might otherwise arise from this email being sent to, or received by, an unintended
recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a
recipients receipt of this email in error. Thank you.

>>>

>>>

>>

>>

>>

>>

>>

>>

>>

>>

>>

>>

>>

>

## Jason Mizrahi

**From:**          Joshua Levin-Epstein
**Sent:**          Monday, March 22, 2021 3:32 PM
**To:**            Jason Mizrahi
**Subject:**       FW: THIRD REQUEST The Pullman Group, LLC v. Isley et al.


_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Tuesday, January 19, 2021 4:33 PM
**To:** praspino@rwillslawfirm.com; rwills@rwillslawfirm.com
**Subject:** RE: THIRD REQUEST The Pullman Group, LLC v. Isley et al.

THIRD REQUEST

Rhonda,

Please send a copy of the proposed protective order.

Please also let me know the Isleys' availability for a deposition.

Thank you.

Regards,

Josh


_____
Joshua D. Levin-Epstein, Esq.

Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Friday, January 15, 2021 4:12 PM
**To:** praspino@rwillslawfirm.com; rwills@rwillslawfirm.com
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Rhonda,

As per our call this past Monday, please send a copy of the proposed protective order.

Please also let me know the Isleys' availability for a deposition.

Thank you.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Monday, January 11, 2021 6:05 PM
**To:** praspino@rwillslawfirm.com
**Cc:** rwills@rwillslawfirm.com
**Subject:** Re: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Rhonda - please let me know if you need to reschedule. I was expecting your call. Thanks.

Sent from my iPhone

> On Jan 7, 2021, at 4:14 PM, Joshua Levin-Epstein <Joshua@levinepstein.com> wrote:

Patrick,

Monday at 6:00 p.m. works. Please call me on my mobile at 516.343.0542.

We want to discuss the consolidation of the deposition into two dates, at a mutually date and time, as well as other discovery issues.

Thank you in advance.

Regards,

Josh

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited,  Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies.  Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** praspino@rwillslawfirm.com <praspino@rwillslawfirm.com>
**Sent:** Thursday, January 7, 2021 1:43 PM
**To:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** rwills@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
**Subject:** RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

Josh,

Are you available for a call on Monday at any time between 12:00 p.m. and 6:00 p.m. EST?

Thank you,

Patrick Raspino

Wills Law Firm, PLLC

---------------------------- Original Message ----------------------------
Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.
From: "Joshua Levin-Epstein" <Joshua@levinepstein.com>
Date: Tue, January 5, 2021 6:08 pm
To: "praspino@rwillslawfirm.com" <praspino@rwillslawfirm.com>
Cc: "rwills@rwillslawfirm.com" <rwills@rwillslawfirm.com>
"Jason Mizrahi" <Jason@levinepstein.com>
--------------------------------------------------------------------------

> Patrick,
>
> Please send my condolences to Rhonda.
>
> Regards,
>
> Josh
>
> _____
> Joshua D. Levin-Epstein, Esq.
> Levin-Epstein & Associates, P.C.
> 420 Lexington Avenue, Suite 2525
> New York, NY 10170
> Phone: (212) 792-0046
> Mobile: (516) 343-0542
> Email: Joshua@levinepstein.com
>
> The information contained in this transmission, including attachments, is strictly confidential and
intended solely for and the use by the intended recipients. This email may be protected by the attorney-
client privilege, work-product doctrine, or other applicable legal or professional protections. If you are
not the intended recipient, please be notified that any retention, use, disclosure, dissemination,
distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of
the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any
privilege which might otherwise arise from this email being sent to, or received by, an unintended
recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a
recipients receipt of this email in error. Thank you.
>
>
From: praspino@rwillslawfirm.com <praspino@rwillslawfirm.com>
> Sent: Tuesday, January 5, 2021 12:45 PM
> To: Joshua Levin-Epstein <Joshua@levinepstein.com>

> Cc: rwills@rwillslawfirm.com; Jason Mizrahi <Jason@levinepstein.com>
> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.
>
>
> Josh,
>
> Rhonda's uncle passed away last night from COVID, and she is dealing with family matters. We will need to reschedule our call with you to later this week. We will be in touch.
>
> Thank you,
>
> Patrick Raspino
>
> Wills Law Firm, PLLC
>
> --------------------------- Original Message ---------------------------
> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.
>
From: "Joshua Levin-Epstein" <Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>>
> Date: Wed, December 23, 2020 6:22 pm
> To: "rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>" <rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>>
> Cc: "praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>" <praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>>
> "Jason Mizrahi" <Jason@levinepstein.com<mailto:Jason@levinepstein.com>>
> --------------------------------------------------------------------------
>
>> Rhonda,
>>
>> Happy holidays and happy new year.
>>
>> January 5th at 3:00 p.m. EST works.
>>
>> Thank you.
>>
>> Regards,
>>
>> Josh
>>
>> _____
>> Joshua D. Levin-Epstein, Esq.
>> Levin-Epstein & Associates, P.C.
>> 420 Lexington Avenue, Suite 2525
>> New York, NY 10170
>> Phone: (212) 792-0046
>> Mobile: (516) 343-0542
>> Email: Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>
>>
>> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination,

distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

>>

>>

>

From: Rhonda Hunter Wills <rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>>

>> Sent: Wednesday, December 23, 2020 1:18 PM

>> To: Joshua Levin-Epstein <Joshua@levinepstein.com<mailto:Joshua@levinepstein.com>>

>> Cc: rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com>;
praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com>; Jason Mizrahi
<Jason@levinepstein.com<mailto:Jason@levinepstein.com>>

>> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>>

>>

>> Mr. Levin-Epstein, due to the holidays, I will not be available to confer until the week of January 4. During that week, my current earliest availability is January 5 from 3 pm - 7 pm ET. Let me know if that works for you. If not, please propose alternative dates/times later in the week. Also, please make sure that Patrick Raspino is also copied on all emails in this matter. His email address is
praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com>>.

>>

>> Regards,

>>

>> Rhonda Wills

>>

>> Rhonda Hunter Wills

>>

>> Licensed in CA, TX & NY

>>

>> Wills Law Firm, PLLC

>>

>> 1776 Yorktown, Suite 570

>>

>> Houston, Texas 77056

>>

>> Telephone: 713.528.4455

>>

>> Facsimile: 713.528.2047

>>

>> Email:
rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com>>

>>

>>

>>

>>

>> --------------------------- Original Message ----------------------------

>> Subject: RE: SECOND REQUEST The Pullman Group, LLC v. Isley et al.

>>

>
From: "Joshua Levin-Epstein"
<Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com>>>
>> Date: Wed, December 23, 2020 5:44 pm
>> To:
"rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com><mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com%3e>"
<rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com>>>
>> Cc:
"praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com><mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com%3e>"
<praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com>>>
>> "Jason Mizrahi"
<Jason@levinepstein.com<mailto:Jason@levinepstein.com<mailto:Jason@levinepstein.com%3cmailto:Jason@levinepstein.com>>>
>> -------------------------------------------------------------------------
>>
>>> Dear Mrs. Wills:
>>>
>>> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.
>>>
>>> Thank you, in advance.
>>>
>>> Regards,
>>>
>>> Josh
>>>
>>>
>>> _____
>>> Joshua D. Levin-Epstein, Esq.
>>> Levin-Epstein & Associates, P.C.
>>> 420 Lexington Avenue, Suite 2525
>>> New York, NY 10170
>>> Phone: (212) 792-0046
>>> Mobile: (516) 343-0542
>>> Email:
Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com>>
>>>
>>> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.

>>>
>>>
>>
>
From: Joshua Levin-Epstein
>>> Sent: Tuesday, December 22, 2020 4:39 PM
>>> To:
rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com<mailto:rwills@rwillslawfirm.com%3cmailto:rwills@rwillslawfirm.com>>
>>> Cc:
praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com<mailto:praspino@rwillslawfirm.com%3cmailto:praspino@rwillslawfirm.com>>; Jason Mizrahi
<Jason@levinepstein.com<mailto:Jason@levinepstein.com<mailto:Jason@levinepstein.com%3cmailto:Jason@levinepstein.com>>>
>>> Subject: RE: The Pullman Group, LLC v. Isley et al.
>>> Importance: High
>>>
>>> Dear Mrs. Wills:
>>>
>>> Please let me know your availability for a discovery conference to discuss the scheduling of the Isley Defendants' depositions on a mutually agreeable date and time.
>>>
>>> Thank you, in advance.
>>>
>>> Regards,
>>>
>>> Josh
>>>
>>> _____
>>> Joshua D. Levin-Epstein, Esq.
>>> Levin-Epstein & Associates, P.C.
>>> 420 Lexington Avenue, Suite 2525
>>> New York, NY 10170
>>> Phone: (212) 792-0046
>>> Mobile: (516) 343-0542
>>> Email:
Joshua@levinepstein.com<mailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com<mailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com%3cmailto:Joshua@levinepstein.com>>>
>>>
>>> The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.
>>>
>>>
>>

8

>>
>>
>>
>>
>>
>>
>>
>>
>>
>>
>