# EXHIBIT G

**Jason Mizrahi**

| | |
|---|---|
| **From:** | Joshua Levin-Epstein |
| **Sent:** | Tuesday, February 16, 2021 3:24 PM |
| **To:** | Jason Mizrahi |
| **Subject:** | FW: The Pullman Group, LLC v. Isley, et al., Case No. 20-cv-7293-GHW - Reservoir Production |
| **Categories:** | The Pullman Group LLC |

_____
Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** Joshua Levin-Epstein
**Sent:** Tuesday, February 9, 2021 1:13 PM
**To:** praspino@rwillslawfirm.com
**Cc:** Noah Weingarten <nweingarten@loeb.com>; Jason Mizrahi <Jason@levinepstein.com>; rwills@rwillslawfirm.com; Barry Slotnick <bslotnick@loeb.com>
**Subject:** RE: The Pullman Group, LLC v. Isley, et al., Case No. 20-cv-7293-GHW - Reservoir Production

Patrick:

The agreement below is accepted.

Please revise your response to our request for documents accordingly.

Thank you.

Regards,

Josh

1

Joshua D. Levin-Epstein, Esq.
Levin-Epstein & Associates, P.C.
420 Lexington Avenue, Suite 2525
New York, NY 10170
Phone: (212) 792-0046
Mobile: (516) 343-0542
Email: Joshua@levinepstein.com

*The information contained in this transmission, including attachments, is strictly confidential and intended solely for and the use by the intended recipients. This email may be protected by the attorney-client privilege, work-product doctrine, or other applicable legal or professional protections. If you are not the intended recipient, please be notified that any retention, use, disclosure, dissemination, distribution or copying of this email is strictly prohibited, Kindly notify us of your inadvertent receipt of the email, by return email, destroy any printouts and delete any electronic copies. Any waiver of any privilege which might otherwise arise from this email being sent to, or received by, an unintended recipient is hereby expressly disclaimed. No attorney-client relationship is created by virtue of a recipients receipt of this email in error. Thank you.*

**From:** praspino@rwillslawfirm.com <praspino@rwillslawfirm.com>
**Sent:** Tuesday, February 9, 2021 12:58 PM
**To:** Joshua Levin-Epstein <Joshua@levinepstein.com>
**Cc:** Noah Weingarten <nweingarten@loeb.com>; Jason Mizrahi <Jason@levinepstein.com>; rwills@rwillslawfirm.com; Barry Slotnick <bslotnick@loeb.com>
**Subject:** RE: The Pullman Group, LLC v. Isley, et al., Case No. 20-cv-7293-GHW - Reservoir Production


Josh,

I believe that your below email misstates our conversation. Reservoir has now produced to you the Asset Purchase Agreement, as well as the exhibits and schedules to the Asset Purchase Agreement. We are continuing to search for and review potentially responsive documents, and we will produce any additional non-privileged responsive documents on a rolling basis.

Below please find our proposed electronic service agreement. We did not agree to send you virtual deposition protocols by Monday; however, we will try to get a draft out to you this week.

Proposed Agreement Regarding Electronic Service:

We propose the parties agree to accept electronic service of all pleadings, discovery and other litigation-related materials in lieu of service by mail, express mail, overnight delivery, or fax transmission. All such emails should be addressed to all counsel of record at each firm, and all such emails to Wills Law Firm, PLLC should be addressed to Rhonda H. Wills, rwills@rwillslawfirm.com, and Patrick Raspino, praspino@rwillslawfirm.com.  This agreement will last until a party notifies the others the agreement is terminated.

If any party is unable to serve or deliver any document via email, we will work together to agree on an alternative method of service. Please reply and let us know if you consent to such an arrangement. We are comfortable memorializing this arrangement via email between the parties. If you want this arrangement memorialized in some other fashion, please advise or propose a stipulation.

Thank you,

Patrick Raspino