UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PULLMAN GROUP, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>RONALD ISLEY, RUDOLPH ISLEY, RESERVOIR MEDIA MANAGEMENT, INC., THE ESTATE OF O'KELLY ISLEY, J.R., ISLEY BROTHERS, L.L.C., ISLEY BROTHERS ROYALTY VENTURE I SPC, INC., THREE BOYS MUSIC CORPORATION, BOVINA MUSIC INC., T-NECK RECORDS, INC., TRIPLE THREE MUSIC, INC. AND JOHN DOE CORPORATIONS 1-5,<br><br>   Defendants. | Civil Action No. 1:20-cv-07293-GHW<br><br>**DECLARATION OF<br>RHONDA H. WILLS, ESQ.** |

      **RHONDA H. WILLS**, an attorney duly admitted to practice in the United States District Court of the Southern District of New York, affirms the following:

      1.    I make this declaration in support of my application to withdraw as attorney of record for Defendants Ronald Isley, Rudolph Isley, The Estate of O'Kelly Isley, Jr., Isley Brothers, L.L.C., Isley Brothers Royalty Venture I SPC, Inc., Three Boys Music Corporation, Bovina Music Inc., T-Neck Records, Inc., and Triple Three Music, Inc. (collectively, the "Isley Defendants") in this matter.

      2.    The Isley Defendants have retained new counsel to represent them in this action. Specifically, Edward H. Rosenthal and Viviane K. Scott of Frankfurt Kurnit Klein & Selz, P.C. have been retained by the Isley Defendants and have entered notices of appearance in this matter

1

on their behalf. [Dkts. 88, 89]. Mr. Rosenthal and Ms. Scott and their firm will be handling this action for the Isley Defendants.

3. I am not asserting a retaining or charging lien with respect to this action.

4. This action has not yet been set for trial, and the Isley Defendants have not yet filed an answer. The deadline for completion of fact discovery and depositions is July 21, 2021, and the deadline for completion of expert discovery is September 6, 2021. The deadline for submission of motions for summary judgment is September 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 20, 2021

*Rhonda H. Wills*
Rhonda H. Wills