```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
THE PULLMAN GROUP,                                               :
                                                                 :
                                    Plaintiff,                   :    1:20-cv-7293-GHW
                                                                 :
                -v -                                             :    ORDER REFERRING CASE TO
                                                                 :    MAGISTRATE JUDGE
RONALD ISLEY, et al.,                                            :
                                                                 :
                                    Defendants.                  :
                                                                 :
---------------------------------------------------------------- X

The above entitled action is referred to a United States magistrate judge for the following purpose:

___ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific non-dispositive motion/dispute:
    _____
    _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement

___ Inquest after default/damages hearing

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas corpus

___ Social Security

___ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

    Particular motion:
    _____
    _____

    All such motions: _____

        SO ORDERED.

Date: May 26, 2021                                          _____
      New York, New York                                         GREGORY H. WOODS
                                                                United States District Judge