UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

THE PULLMAN GROUP, LLC,

                              Plaintiff,

            -against-

RONALD ISLEY, RUDOLPH ISLEY,
RESERVOIR MEDIA MANAGEMENT, INC.,
THE ESTATE OF O'KELLY ISLEY, J.R.,
ISLEY BROTHERS, L.L.C., ISLEY BROTHERS
ROYALTY VENTURE I SPC, INC., THREE
BOYS MUSIC CORPORATION, BOVINA
MUSIC, INC., T-NECK RECORDS, INC.,
TRIPLE THREE MUSIC, INC. and JOHN
DOE CORPORATIONS 1-5.,

                          Defendants.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2021

1:20-cv-7293-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated September 17, 2021, the Court has been advised that the parties have reached

a settlement in this matter.  Accordingly, it is hereby ORDERED that this action be conditionally

discontinued without prejudice and without costs; provided, however, that within thirty (30) days of

the date of this Order, the parties may submit to the Court their own Stipulation of Settlement and

Dismissal.[1]  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to

the active calendar of this Court in the event that the settlement is not consummated.  Upon such

application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the

Court shall promptly reinstate the action to its active docket, and the parties shall be directed to

appear before the Court, without the necessity of additional process, on a date within ten (10) days

_____

[1] As explained in Rule 4(E) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain
jurisdiction to enforce confidential settlement agreements.  If the parties wish that the Court retain
jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the
public record.

of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

SO ORDERED.

Dated: September 17, 2021
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

2